# AFFIDAVIT

Under penalties of perjury, **RICHARD L. ANDERSON** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-0101-13 step 8 Vocational Rehabilitation Program Specialist in RSA Region II (New York).

2. My date of birth is August 20, 1951. I am a person with a disability: a Traumatic Brain Injury (resulting from a cerebral hemorrhage at nine months of age) affecting the left side of my body. Because of this condition, I am a one-handed typist and use Dragon Dictate software as a reasonable accommodation.

3. I was hired by RSA on June 11, 1990, and was promoted in 1993 to GS-13 (15 years as of June 11, 2005). I have over 30 years of employment experience in the field of rehabilitation.

4. My primary responsibilities include serving as the RSA liaison (State Representative) between the New York State vocational rehabilitation services programs (Title I and VI-C), the Independent Living services program (Title VII), and the New York State Client Assistance Program. My duties include onsite monitoring, provision of technical assistance to assist in program compliance with the law and regulations, responding to consumer complainants, serving as team leader for onsite compliance reviews, ongoing meetings with senior administrative agency staff, and the preparation of reports and technical assistance correspondence.

5. My secondary responsibilities include functioning as the Regional Program Specialist for Independent Living, Supported Employment, Americans with Disabilities Act, Assistive Technology, and Native American projects. I have prepared regional technical assistance correspondence, been assigned to national workgroups and review teams, and participated as a speaker, panelist or trainer at conferences and in-service training programs. Lastly, I have served on RSA project advisory boards, and have been recognized by RSA as a National Expert on Independent Living.

6. On July 23, 2005, I received a notice of reduction in force, which stated that I would be separated from federal service effective September 30, 2005.

EXHIBIT 1

7. I am the primary wage earner for my family. I have a son (senior) in college for whose college expenses I am solely responsible.

8. At age 54 and with a disability, it would be difficult to find a comparable job earning the same salary and benefits. The job market in the rehabilitation field is limited if non-existent in the Metropolitan New York area for individuals at my level of salary/benefits. With thirty years of administrative, supervisory and counseling experience, I could apply for positions as a manager as well as a counselor. However, the salary and benefits package for advertised positions is considerably less than what I am currently earning. For example, a Director for an Office for Students with Disabilities at a local college or university, could expect to earn around $45,000, while a Certified Rehabilitation Counselor could expect to earn around $35,000 a year. This would mean a decrease of between 50 to 60 thousand dollars a year in salary. As the primary wage earner and parent responsible for paying my son's college expenses ($30,000) this would create severe financial hardships for my family. I expect that it could take me up to a year to find a comparable position. However, because of my disability, and my need to maintain medical coverage, I might be forced to take a lower paying job in order to maintain health insurance coverage.

9. Even if I get the opportunity to move to Washington to take another job, my wife will probably have to leave her teaching job at a local community college. Additionally, I will not be able to provide the same type of assistance to my elderly (legally Blind) mother who lives in the New York area. My 22-year-old son currently lives with us because of a divorce agreement; he would have to find an apartment. I most likely will have to sell my cooperative apartment in order to live in the Washington area, and rent an apartment in Washington or travel to and from Washington to NYC on a regular basis at great cost.

_____        _____
Richard L. Anderson                                         Date     8/12/05