# AFFIDAVIT

Under penalties of perjury, **BRYAN J. BASHIN** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-14 Supervisory Vocational Rehabilitation Program Specialist (Assistant Regional Commissioner) for RSA Region IX (San Francisco).

2. My date of birth is March 17, 1955. I am a Blind person.

3. I joined RSA eighteen months ago pursuant to a Schedule A appointment in January 2004, and was promoted to my current job in the excepted status on January 24, 2005. I am eligible for conversion to career conditional appointment status on January 24, 2006.

4. As Assistant Regional Commissioner, I coordinate the work of RSA's Region IX office. That work consists of supervising staff, certifying time and attendance, fulfilling EDPAS requirements and other supervisory duties. The bulk of my work involves monitoring of grantees and providing technical assistance and best practices to state VR agencies and a half-dozen allied programs funded under the Rehabilitation Act of 1973, as amended. Monitoring programs involves on-site investigations and production of written reports and correspondence fulfilling the statutory requirements to monitor grantees. Providing technical assistance can be as simple as responding to telephoned consumer questions or as complex as writing analyses for VR agencies on legal justifications for proposed state operations.

5. I received a notice of reduction in force on July 18, 2005 which informed me that my position will be eliminated and I will be separated from federal service effective October 1, 2005.

6. I left my six year tenure as Executive Director of the Sacramento Society of the Blind in order to take the RSA position, which I was led to believe would have more stability than the nonprofit world can offer, and would contain significant career advancement potential in northern California. I cannot return to my former job because it has been filled and no comparable agency exists within commuting distance of Sacramento. This, as well as my status as a blind person over age 50, make it certain that I will have increased difficulty securing employment and the sudden closure will likely lead to an extended period of unemployment.

7. I originally interviewed for a position with RSA on December 9, 2002. There were long unexplained delays in the hiring process after my interview and I re-



EXHIBIT 2

applied for the same Program Specialist position in 2003. I was not informed that I had been hired by RSA until November, 2003, a full eleven months after my face-to-face interview. Much later I learned that the RSA Commissioner herself had to take the matter of comparatively-slow hiring of blind employees to top leadership in order to move the stalled hiring of several blind individuals forward.

8. Just prior to that in-person interview I attended an RSA-sponsored conference in Albuquerque, New Mexico in my then-capacity as Executive Director of the Society for the Blind. At the Albuquerque conference I learned from a number of participants that OSERS had a difficult or even hostile relationship with at least one disability consumer group, the National Federation of the Blind. I was encouraged by several participants in the conference to exclude mention of the NFB on my resume and to de-emphasize my membership in the organization during my interview because OSERS had been demonstrating a hostile attitude toward membership in this consumer group. Consequently when I successfully re-applied, I removed nearly all references to the NFB and my connection with blindness was de-emphasized.

9. Six months after my December 2002 in-person interview I attended, along with nearly 3,000 other participants, the 2003 annual convention of the National Federation of the Blind. At that time during the plenary session I witnessed a public exchange between the then Assistant Secretary of OSERS, Robert Pasternack, and the President of the National Federation of the Blind. I found the OSERS chief to be rude and surprisingly hostile to members of the organized blind and I was astonished to hear that he wasn't even aware of whether his own RSA Commissioner was in the room. The remarks uttered by Pasternack and the tone that afternoon startled me and left me with the distinct impression that the OSERS chief was actively hostile to the nation's largest group of disabled consumers, the NFB. It left me with the feeling that my blindness and my membership in NFB might be something which could injure my career success.

10. Eight months into my employment with RSA, during an onsite monitoring trip to Carson City, Nevada, I learned much more about OSERS' discriminatory climate against blind employees. Accompanying me in the Nevada trip during September 13-17, 2004 was an OSERS central office employee assigned to help with the monitoring. The employee began telling me the very first day that there was a tremendous backlash in OSERS against the hiring of "too many" blind employees, and particularly against blind employees who were members of the NFB. He told me he had heard from several high OSERS officials that there was disgruntlement that blind employees were being hired as 'state representatives' (Vocational Rehabilitation Program Specialists). The employee opined that the feeling was that these new blind hires couldn't possibly know enough about vocational rehabilitation operations compared to the traditional sighted state reps. He further stated that if the Commissioner wanted to hire 'so many' blind employees, she should have placed them in jobs such as public relations,

communications or other non-technical jobs rather than demanding ones such as VR program specialist.

11. I was stupefied by what I heard, especially since I knew the blind have assumed the most demanding and leading roles in disability policy for decades. The employee continued his reportage of the mood and climate at central office over the next several days. He said there was already a backlash against the blind Commissioner and that it would probably result in the punitive collapse of the existing structure and a transfer of VR operations to the Department of Labor. So great was the fear of NFB 'infiltration' that he named Carol Dobak, a blind central office employee, as an NFB member when I know for a fact she was not.

12. I was instantly hurt and shocked by what I heard. I made the unusual step of telephoning from the field my supervisor in Seattle to tell her what I had heard. She and another vocational rehabilitation program specialist got on the speakerphone and I detailed all the hostility and discriminatory statements I had heard. I later telephoned a third colleague of mine in the San Francisco office to tell him the same humiliating story. I briefly considered quitting my job at that time. I felt as if my employment and contributions to the agency were perceived as a sham, a charity hire, or worse.

13. I'm not sure how word of this experience progressed through RSA but when I returned, during the week of September 20, 2004 I received a telephone call from the RSA Commissioner herself and Basic Support chief Roseanne Ashby. They asked me to again detail what I had heard and they took the report seriously. They did not contradict what I had stated during that telephone call.

14. One last fact bears reporting here. On January 24, 2005 I began my new duties as Supervisory Vocational Rehabilitation Program Specialist. The promotion was one I had sought but during the same week RSA employees learned through a leaked document that OSERS had already planned massive cuts to the RSA staff, effectively cutting RSA staff in half -- the precise number of positions held by regional office employees. I couldn't understand why OSERS chose to fill the Region IX supervisory vacancy -- which had remained unfilled for more than one year – while at the same time it was planning a drastic closure of regional offices. I later wondered whether OSERS, after sustaining criticism for delaying or stalling the hiring of blind employees, had cynically determined to place me in a new position which documents now show they were simultaneously planning to abolish, simply to get statistical credit for hiring blind employees while knowing that those positions would soon be eliminated. Much of my work in the six months since the 'promotion' has been concerned with the dismantling of the office in preparation for the elimination of my own job.

15. The stress and uncertainty cause after the announcement of the regional office closure has caused me to seek and receive a changed prescription for hypertension. The new medication has unpleasant side effects. My COBRA costs

will be enormous, because I have ongoing medical conditions. If not for COBRA however, I would likely be uninsurable.

16. If I lose my position with RSA on September 30, I will fall a little more than three months' short of the two years necessary to convert my accepted status into standard competitive status. All the job advantages and protections of career status will be denied to me, and should I secure a new federal job, my two year clock to achieve career status will need to start all over again. So will my probation. Therefore, the termination of my employment would result in the necessity my working up to four years in federal service as an accepted service employee before I could hope to gain the privileges of converting to career status/

17. I have and will continue to apply for available OSERS positions in my grade or higher. However, I have been notified that as a blind person requiring the services of a reader, the reader's employment will be counted along with mine when applied to the RSA FTE ceiling of 81 or so. Inevitably, this policy will consciously or unconsciously contribute to OSERS discriminating against hiring blind employees in an agency just brutalized by losing half of its former employees. I consider this policy discriminatory and believe that it makes my chances of being rehired at OSERS dim indeed.

18. I currently use the following accommodations: 50 % of a reader shared with another blind employee in my office; JAWS screen review program; Braille embosser and Braille translation software.

19. There is a class of accommodations managed by OSERS which has been extremely problematic. During onsite monitoring trips OSERS directed me to hire onsite readers rather than pay for my Region IX reader to travel with me. I have on numerous trips located and engaged local people to provide reader services for me, though at some trouble. However the process for paying such one time casual readers was exceedingly complex and difficult, requiring each reader – for only a couple of days' worth of reading – to sign up in advance as a formal federal contractor complete with DUNS number and other signed documentation. This process sometimes took my readers days to accomplish, with little and sometimes-surly customer service from the financial people at OSERS assigned to handle this task. After performing the reading during my trip, the reader would then need to invoice OSERS in a complex way with little instructions and if some little detail were missed weeks would pass without payment. I would then get calls several weeks after a trip from an exasperated reader wondering where their payment was and why they couldn't get a straightforward answer to billing questions from OSERS. I know for a fact that one reader who assisted me for several days in a monitoring trip in July 2004 finally gave up and never has been paid for her service one year later. It took the repeated requests of my supervisor to OSERS to allow a workaround system which requires me to spend my personal funds to pay the readers immediately

onsite and then get reimbursed weeks after advancing the cash to the federal government. I very much doubt that a sighted OSERS employee would be subjected to a similar lengthy and exasperating process in order to rent a car or some other necessary item or service for government travel.

_____  
Bryan J. Bashin

19 AUG '05  
Date