# AFFIDAVIT

Under penalties of perjury, KEITH R. BEICHNER swears and affirms that the following is true to the best of his knowledge:

1. I serve as a Vocational Rehabilitation (VR) Program Specialist (Regional and State Representative) in the Region III Office of the Rehabilitation Services Administration (RSA). I am in Series 101, Grade GS-13, Step 10. I have worked in the Regional Office of RSA for 26 ½ years. I previously worked for the Pennsylvania Bureau of Blindness and Visual Services.

2. My date of birth is June 22, 1941 (64 years). I have restricted visual fields (greater in my left eye) resulting from the removal of congenital cataracts as a child, a detached retina later in life, and damage to my optic nerve resulting from another congenital medical condition, Ankylosing Spondylitis, which is a form of inflammatory arthritis. I have hearing loss in both ears, which is remedied only in my right ear by a hearing aid. My Spondylitis has fused my sacroiliac joint, the vertebrae of my lower back, and the joints that connect my ribs to my spine; therefore, I cannot bend or stoop with my back. Finally, I have a chronic lung disease, which makes climbing stairs and walking even short distances a problem.

3. My duties include serving as a VR specialist within Region III with both geographical and functional assignments, in this role; I am the primary external representative of RSA to the assigned areas of responsibility. Geographic responsibilities involve two or more State VR agencies. Functional areas of expertise are noted below.

4. Major duties include assuring that my assigned VR agencies: West Virginia Division of Rehabilitation Services (DRS) and the District of Columbia (D.C.) Rehabilitation Services Administration (RSA) operate in conformity and compliance with applicable Federal laws, regulations, and policies deriving from the Rehabilitation Act of 1973, as amended, the Randolph-Sheppard Act, the Technology Related Assistance for Individuals with Disabilities Act of 1988, the Individuals with Disabilities Education Act, and the Americans with Disabilities Act.

5. My duties also include providing leadership and obtaining and assuring technical accuracy of all State Plans required by the Rehabilitation Act. in the areas of geographic responsibility (DRS and DC-RSA) and recommending approval or disapproval to the Regional Commissioner. I negotiate changes and provide technical assistance to key State VR agency officials, as necessary, to bring assigned State VR agencies' State Plans into compliance.



EXHIBIT 3

6. As a team leader, I lead review teams consisting of rehabilitation specialists, state agency representatives, and outside reviewers. I plan the review approach, train and orient the team members, organize the assignments, and determine the intensity of the review. I also negotiate workable agreements to resolve long-standing or unique problems identified by the review.

7. I implement quality assurance measures, e.g. State Plan Assurance Reviews (SPAR); the Case Review system (CARS); and other approved review instruments and program audits in assigned State VR agencies (DRS and DC-RSA); develop format for such reviews; function as team leader and have responsibility for developing the content and scope of these reviews; and prepare written assessments and follow-up as may be required. Take the lead when negotiating with key agency officials to bring State programs into conformity with Federal requirements and explore problems and questions adversely affecting program operations; assist State VR agency in developing plans based on identified needs and recommended solutions. Negotiate and elicit from key agency officials workable agreements to correct problems where there are apparently program weaknesses and when there are no or inappropriate guides to follow in assessing and correcting them.

8. As an expert in the assigned functional areas of Independent Living Rehabilitation Services, Deafness and Communicative Disorders, Blindness and Visual Disability, the Randolph-Sheppard Vending Facility Program, and Special Recreation Services for Individuals with Disabilities, I recognize and stimulate the development of innovative approaches used by state and local agencies and grantees, identify and work to resolve conflicts and negative effects of differing eligibility requirements of rehabilitation programs of other agencies, interprets new regulations and advises state agencies on their compliance efforts, develop and present training for state agencies on new program requirements and regulations, stimulate cooperative efforts on state agencies involved in rehabilitation programs, and promote partnerships with private organizations. I serve as objective manager for the assigned functional areas and as such develop plans for meeting the objectives and devises approaches to measure RSA's success in meeting the objectives.

9. I serve on National policy workgroups to develop National policies and guidelines. I have taken lead role in the identification of goals and objectives, issue development, and evaluation in my functional areas of expertise. I have written and edited Rehabilitation Services Manual chapters, as assigned based on functional area expertise. I identify areas of policy deficiency or conflict, and serve on National peer review panels for selection of projects related to legislation for programsfor individuals

with disabilities and prepares policy papers, as required for use by National leadership. I have also convened at the Regional Office peer review panels reviewing National Center for Independent Living and Special Recreation Projects for Individuals with Disabilities applications. I review draft policies and draft review instruments to be used on a National scale which have been submitted by headquarters and prepares regional comments in regard to those draft items.

10. I provide leadership, technical assistance, and oversight to Regional Office activities as they relate to Client Assistance Program (CAP) and Protection of Individual Rights (PAIR) program in assigned State agencies (DRS and DC-RSA), and assure full implementation of statutory and regulatory requirements relating to the State Plan assurances for the CAP and PAIR programs. I assure technical accuracy of all State Plan assurances and recommend approval or disapproval to the Regional Commissioner. I negotiate changes and provide technical assistance as necessary, to assigned State agencies, to bring State Plan assurances into compliance. I review annual grant applications; recommend approval/ disapproval. Monitor CAP and PAIR grants and participate in national CAP and PAIR work groups.

11. I provide leadership, technical assistance, and oversight to all regional Office activities, VR agencies programs and projects in assigned States (West Virginia and the District of Columbia), as they relate to the national initiative on the Americans with Disabilities Act (ADA). I assist in interpreting and developing program policies for State VR agencies that have assumed the leadership responsibility for the ADA in implementing and coordinating of rehabilitation services for adults with disabilities and the training of State departments on ADA.

12. I assist in the resolution of issues raised by audits – including both programmatic and fiscal findings – for assigned State VR agencies and discretionary grant projects. I maintain peer relationships with State VR Directors and key executive staff. I perform research on programmatic issues, developing positions and options for resolving complex programmatic, legal, administrative, and managerial problems.

13. The period from February 2005 until the present has been working on me, personally, very negatively. The constant reminders of the impending reduction in force (RIF) made by the leadership in the Office of Special Education and Rehabilitative Services (OSERS) – whom I regard as malicious, mean, and inhumane - has caused me to take several actions not necessarily beneficial to my career. I wrote to the Acting Deputy Commissioner, the Assistant Secretary of OSERS and finally to the Secretary of Education in less than flattering terms and copied everyone in OSERS and RSA. This caused a bit of a furor. I really do not believe I

    would have done it if the OSERS and transplanted OSERS staff in RSA Headquarters had not been beating the regional office staff over the head almost daily with threats and reminders of the upcoming RIF event. Fortunately my supervisor was able to gain at least partial forgiveness for the incidents and I felt it necessary to seek professional counseling to try to avoid any future incidents. Since then, I have been under the treatment of a Psychiatrist and matched Clinical Counselor with Life Counseling Services, Haddonfield, NJ. I am taking several prescribed medications and undergoing counseling sessions regularly.

14. Beyond the health effects, I also find that I will be forced into retirement before I can afford it. My wife and I still owe a considerable sum on our home mortgage and do not have enough money to carry us to the point of the mortgage being paid off. I am the sole breadwinner with the exception of a meager pension that my wife receives from her previous employer, provided upon their moving out of New Jersey. My wife has been unable to secure a job since, and it is possible that we might have to sell our home because of the remaining mortgage balance. Our daughter and grandson live with us and therefore the danger that we might lose our home places three generations in jeopardy. With my age and disabilities it does not look promising for me to locate another position. I believe that I am being discriminated against because of my age and disabilities. The RIF is not fair. The Department gives us nowhere to transfer and no consideration. It appears that the OSERS staff is trying to destroy the culture of the State-Federal Vocational Rehabilitation Program, as I have known it for forty years.

15. My purpose in joining this action is to fight the closure of the Regional Offices, because it is a discriminatory act and will make it impossible for RSA to function. I would like to continue to work in the Regional Office. Barring that, I would like to work for RSA in a flex-place location in my home in Cherry Hill. I would also like to have an apology from the Department of Education for causing such a mess, along with an assurance that the Department will not again try to destroy the State-Federal Vocational Rehabilitation Program.

*Keith R. Belchner*          8-15-2005
Keith R. Belchner                Date