# AFFIDAVIT

Under penalties of perjury, **JOE D. CORDOVA** swears and affirms that the following is true to the best of his knowledge:

1. I am a GS-101-15, Supervisory VR Program Specialist and a Regional Commissioner for the Rehabilitation Services Administration (RSA), a component of the Office of Special Education and Rehabilitative Services (OSERS) in the U. S. Department of Education (ED). I supervise Regions V (Chicago) and VII (Kansas City).

2. My date of birth is January 11, 1951. I am a person with the targeted disability of blindness and am of Hispanic ethnicity.

3. I have over eight years of Federal Service with RSA. My service date is March 17, 1997.

4. In my capacity as Regional Commissioner, I review and analyze plans, and develop, facilitate and manage program changes, including the allocation of scarce resources among major rehabilitation programs; establish and revise program and financial operating procedures; review grantee operations; aggregate and access program data; and provide high-level technical assistance to internal and external customers, constituents and stakeholders. I supervise a staff in two geographically separate regional offices in Chicago and Kansas City covering ten states in the Midwest region of the country, each with vastly different political environments and service delivery needs. I am responsible for providing leadership, technical assistance, consultation and support to State Vocational Rehabilitation agencies (General, Combined and Blind), other public and private agencies, and universities contributing to the vocational rehabilitation, supported employment and independent living of individuals with disabilities.

5. On or about July 18, 2005, I received a notice of reduction in force which stated that I will be separated from federal service effective September 30, 2005.

6. Prior to my employment with RSA, I held the office of President of the National Federation of the Blind of New Mexico. Before assuming employment with RSA in March 1997, I resigned the office I held with the NFB of New Mexico. Over the past several years of my employment with RSA, I have become aware that OSERS was becoming increasingly hostile to Blind employees generally, and members of the National Federation of the Blind specifically.


EXHIBIT 4

7. During the summer of 2003, the then-Assistant Secretary of OSERS, Robert Pasternack, spoke to the National Convention of the NFB. His presentation there was disrespectful and hostile to the NFB. This confirmed what I had heard from others: that OSERS was negatively predisposed toward NFB members.

8. After the above speech by the Assistant Secretary, Former Commissioner Wilson informed RSA's leadership team that she had been warned by OSERS leadership that she was hiring too many blind people. In recruiting and selecting new employees, I experienced OSERS' scrutiny of the disabling conditions of potential employees. As an example, when I submitted Shirley Wright's name (a blind applicant) as the individual I selected to fill a VR Program Specialist position in the Kansas City regional office, the OSERS personnel specialist called me to inquire what Ms. Wright's disability was. Soon after I submitted Ms. Wright's name as my recommended selection for this position, I was informed by OSERS leadership that I could no longer fill this position. I believe that this rejection of Ms. Wright's selection was a direct result of OSERS' discriminatory practice of refusing to hire any further blind employees.

9. During March of 2003, I applied for the position of Deputy Commissioner for the Rehabilitation Services administration (RSA). I was determined by personnel to be qualified for the position but was subsequently screened out during the selection process from maiking the "most qualified" list and, consequently, I was not interviewed for the Deputy Commissioner position. After bringing this matter to the attention of then RSA Commissioner Joanne Wilson ( herself blind), the primary selecting official for this position, she express surprised that I did not make it to the list of interviewees, given my extensive background and experience in administering Vocational Rehabilitation programs both on the state and federal levels. I believe, as the only blind applicant for the Deputy position, that I was selectively screened out of the interview process due to the hostility against hiring of blind applicants by OSERS leadership.

10. I currently use the following accommodations in order to fulfill the functions of my job. I use a JAWS computer screen reading system, a Braille electronic notetaker, and an an accessible optical scanner reading device. I have had no concerns about OSERS' provision of my accommodations.

11. Two years ago, I resigned my position as Director of the Division for the Blind for RSA in Washington, D.C. to accept the position of Regional Commissioner in the Chicago Regional Office. I would not have left my previous career position with RSA's central office in Washington, DC had I known of the pending elimination of the regional offices two years later.

12. Additionally, I incurred over $10,000 in personal moving expenses to relocate to Chicago. I have also recently purchased a home in Chicago and have the responsibility of a monthly mortgage payment. I am the sole breadwinner in the family and we are dependent on my federal income for normal living expenses, and health and life insurance benefits.

13. The uncertainty of my future employment has caused me and my family extreme personal stress and has contributed to health-related issues. I am a diabetic under a doctor's care and take special medication for blood-sugar control. My recent blood-sugar ratios have been highly elevated, I believe, due to job-related stress.

14. I believe it will be extremely difficult for me to find other comparable employment at this point in my career due to my disability of blindness and my age (54). I have personal experience having been discriminated against on the basis of blindness in the past while seeking employment and, thus, I have every reason to believe this will be a similar pattern with my future employment prospects. According to the U.S. Department of Labor data, 70% of all working age Blind adults are unemployed.

_____          _____
Joe D. Cordova                                    Date

8-22-05