# AFFIDAVIT

Under penalties of perjury, **MARY S. DAVIS** swears and affirms that the following is true to the best of her knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-l0l-13, Step 9 Vocational Rehabilitation Program Specialist in RSA Region IV (Atlanta).

2. I am 55 years old, and have worked for RSA for a total of 17.5 years, both in the Atlanta Regional Office (October 1979-December 1988 and August 2002-present), as well as in RSA's Central Office (April 1997-August 2002).

3. I am legally blind, cannot drive and would not be able to find another Federal position in my area. Moving to Washington, even if offered a position, is not a viable option as my spouse, home and support system are in Georgia.

4. I have a total of 28 years and 9 months of Federal Service; I transferred from Washington to Atlanta with every expectation of completing 30 years of Federal Service before retirement in December 2006.

5. On July 18, 2005, I received a notice of reduction in force that will result in my separation from federal service effective September 30, 2005.

6. Since August 2002 I have been permitted to telecommute from my home in Southeast Georgia, making only bi-monthly trips to Atlanta, which is 5 hours away by car. I work from home with the assistance of adaptive computer equipment that has both screen enlargement and voice output. I have dial-up access to the Department of Education, and this arrangement has proven very satisfactory to my employer, my customers and me. I have received high performance ratings since I have been assigned to Atlanta.

7. I serve as a State Representative for North Carolina, Alabama and Mississippi. In this capacity I am the primary contact between RSA and the administrators of four VR agencies in these states. I am responsible for conducting monitoring of program activities to assure compliance with The Rehabilitation Act, to provided guidance and technical assistance to state officials, to review and approve required State Plans and their amendments, and to be available to state officials for consultation on any matter involving The Rehabilitation Act and its regulations. I also serve as the Regional Training Specialist, and as such I am responsible for



EXHIBIT 5

      providing technical assistance, as well as being the principle RSA staff person to approve modifications to grant budgets and continuation applications. Also, I am the Regional Specialist for Social Security, and I am responsible for providing technical assistance, training and information to any of the 12 state VR agencies in Region IV with respect to Social Security related matters.

8. The closing of the Regional Offices will have a devastating short and long-term financial and personal consequence for me. Since February 2005 when OSERS management first announced its plan to abolish my position without divulging their specific plan to implement this action, I have been forced to make financial decisions based on speculation rather than fact. In March 2005 my husband and I refinanced our home/farm mortgage to extend the terms over a longer period of time. I had intended to work until the original mortgage was paid in full, but am now confronted with the very real possibility of less income and a longer mortgage obligation. I also withdrew funds from my IRA to payoff debts, and because of this will have less income after retirement.

      I am covered by the FERS system. By being forced to retire on September 30, 2005, I have been advised by Department of Education Personnel that my annuity will be $300-$400 less per month. Also, I will make less contributions to both the Thrift Savings Plan and Social Security, so my lifetime income after retirement will be significantly lower than anticipated.

      The prospect of continued employment based on an assignment to Washington, D.C. presents overwhelming negative personal consequences for me. My husband and I have built a home/farm in Southeast Georgia that now has a long-term mortgage. I am legally blind, and the remaining vision I have is declining, requiring that I use a cane for safe mobility in any place other than very familiar surroundings. I also suffer from chronic clinical depression, which would most certainly be exacerbated by a move to the highly stressful environment of Washington and the loss of my family support system. My mobility is further compromised by the affects of arthritis brought on by a severe leg fracture. My husband is 70 years old and in frail health. It is unrealistic to expect him to re-locate with me. We are able to maintain and independent lifestyle because we each provide accommodations to mitigate the effects of our individual limitation (driving, reading, lifting, cooking, housekeeping). Such independence would no longer be possible if we lived separately.

9. I would like to maintain my grade and salary until retirement. I also seek to retain my telecommuting status and continue to be provided with all reasonable accommodations necessary for me to continue satisfactory completion of assigned duties.

*Mary S. Davis*              8/12/05
Mary S. Davis                Date