AFFIDAVIT

Under penalties of perjury, LOERANCE DEAVER swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-15 Supervisory Vocational Rehabilitation Program Specialist (Regional Commissioner) for RSA Region VI (Dallas) and RSA Region VIII (Denver).

2. My date of birth is April 11, 1942. I am African American and sixty-three years old.

3. As Regional Commissioner, I review and analyze plans, develop facilitate and manage program changes, including the allocation of scarce resources among major rehabilitation programs; establish and revise program and financial operating procedures; review grantee operations; aggregate and access program data; and provide high-level technical assistance to internal and external customers, constituents and stakeholders. I supervise a staff in two geographically separate regional offices in Dallas and Denver covering eleven states with vastly different political environments and service delivery needs. I am responsible for providing leadership, technical assistance, consultation and support to State Vocational rehabilitation agencies (General, Combined and Blind), other public and private agencies and universities contributing to the vocational rehabilitation, supported employment and independent living of individuals with disabilities.

4. I received a notice of reduction in force on July 18, 2005, which informed me that my position will be eliminated and I will be separated from federal service effective October 1, 2005.

5. The proposed closing of the Regional Offices is being done without the appropriate analysis or any rational business justification, and the "reorganization" is not being carried out properly or transparently. I am distressed and tremendously concerned that I am being isolated from the planning of the future of the RSA and my own offices in Region VI and Region VIII, while being required to carry out the agency's mission with grantee agencies and in providing technical assistance. It is my understanding that state VR agencies and other constituent groups vigorously oppose the proposed reorganization and closing of the regional offices.

EXHIBIT

6

6.  The pending closure of the RSA regional offices associated with unfounded attacks on me as a manager, my employees, and other regional office personnel, by officials in OSERS and the Department of Education seeking to justify their decision and tactics used to close regional offices has been very stress provoking on me personally. Plans to forcibly retire me from federal service without any consideration of my personal preferences or the negative impact of such actions on my family and me is debilitating. I am under tremendous stress and my resulting anxiety is having a deleterious impact on my health. I now have to use prescribed medication for high blood pressure and anxiety.

_____    8/11/05
Loerance Deaver              Date