# AFFIDAVIT

Under penalties of perjury, **MICHAEL EVANS** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-13, Step 7 Vocational Rehabilitation Program Specialist in RSA Region VI (Dallas). I have worked in this capacity since April 1992.

2. My date of birth is July 30, 1941. When I was initially hired by the then-Department of Health, Education and Welfare in November 1977, I was legally blind and thus was employed through Schedule A. Two or three years after I was hired, I was converted to career competitive status. I joined RSA as a competitive service employee.

3. My left eye is enucleated. As noted in paragraph 2, when I first entered federal service, I was legally blind. Because the state of medicine treating my condition advanced over time and the risks were reduced, I was able to have surgery to improve the vision in my right eye. I had the surgery and was no longer legally blind. Then, during my second or third year of employment with RSA, I experienced a great loss of vision in my right eye. It was reduced to much less than is required to meet the legal definition of blindness. My doctors could not agree amongst themselves about whether I could safely undergo further surgery without serious risk of losing my remaining vision. The Regional Commissioner ordered a low vision device for me as an accommodation. I later decided to take the risk of surgery, and it was successful in restoring my vision to better than legal blindness. I presently require only good lighting to perform my duties.

4. Presently I am the State representative for the VR agencies of New Mexico (Blind and general); Louisiana (combined) and Montana (combined). Previously I also served as the representative for Arkansas (Blind and general) and Texas (Blind and general). I am the functional specialist for Independent Living (IL). That means I provide technical assistance to the State agencies in Region VI in conjunction with the assigned State representative regarding their State Plans for IL. I also provide technical assistance to all IL centers in Region VI and conduct (along with a grants management specialist) the compliance reviews of the IL Centers in the Region. I am responsible for reviewing all of the 704 reports that are submitted annually by the Independent Living Centers in Region VI. I have previously functioned as the Randolph-Sheppard specialist in Region VI, the Projects With Industry specialist in Regions VI and VIII, the Community Rehabilitation Facility specialist in Region VI and the Americans With Disabilities Act coordinator or specialist in Region VI.



EXHIBIT 7

5. I received a notice of reduction in force on July 18, 2005, and am informed that I will be separated from federal service on September 30, 2005.

7. The Department shows a total disregard for the wishes of the country's disabled population that overwhelmingly favors maintaining the present RSA regional structure and keeping the RSA program decentralized.

8. For the first time in RSA history, the regional offices were unable to complete the required program audit reviews and reports because of a new layer of headquarters review constructed by management for the purpose of blocking the issuance of reports. The employees have been unable to perform their duties because of roadblocks intentionally erected by OSERS in part to justify the decision to eliminate the regional offices. The Regional Commissioners were in practice removed from the chain of command in setting the guidelines and standards for the 107 report formats.

9. OSERS management stated during a teleconference and I think also in an email from the Assistant Secretary that all regional office employees who entered federal service as Schedule A employees and later converted to career status should now willingly reapply for employment under Schedule A for the proposed vacancies to be filled in the RSA Central office. In other words, the employees were instructed to give up their career status if they wanted their disability considered during this employment process. The employees were told to apply for the jobs that would become open in RSA CO as Schedule A applicants although this would result in their forfeiting their career rights status and place them in the tenuous position if reemployed of being excepted Schedule A employees within a probationary status.

10. The outcome of the agency's actions will be to leave many disabled and older employees unemployed, in many cases trying to live on small annuities because their productive years have been cut short. Most will have no hope of recovering commensurate employment in the future. Many of these employees have college age children and many others have just finished putting their children through college and have had no opportunity to save for their retirement or to recoup the cost of the college educations provided for their children. As management is well aware, many are forced to make impossible choices under the threat of the Department's plan to close the regional offices because they face a future without health insurance if they do not take the buyout offer, but the buyout will leave them with reduced annuities. Persons with disabilities are placed in extreme anxiety at the prospect of losing their health insurance. The agency is destroying the employment and lives of disabled Regional Office employees who, through hard work and effort, have become productive federal employees, and now see all their efforts were for naught, as the future may hold nothing for us but second class employment opportunities that offer no health insurance or retirement benefits.

11. The regional office employees find themselves depressed, nervous and spending all their time trying to respond to management efforts to destroy their jobs and transfer their functions. Management's actions are among the most vicious in my memory.

12. I have just finished paying for my son's college education. Prior to that, I provided for my daughter's college education. I was planning to work for two more years that would have allowed me to recoup the cost of my children's education and to apply it toward my retirement situation. This RIF has allowed me no time to get my personal financial situation in order.

_Michael Evans_                    _August 9, 2005_
Michael Evans                       Date