# AFFIDAVIT

Under penalties of perjury, **JOSEPH FARRELL** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-12, Step 5 Vocational Rehabilitation Program Specialist in RSA Region I (Boston). I have worked in this capacity since February 1999.

2. I am 65 years old, and have Diabetes Mellitus with peripheral neuropathies. I also have a cardiac disability and had an angioplasty several years ago. I require accommodations by my employer with regard to walking and working at home in stormy, icy, snowy weather.

3. My duties are as follows: I assure that assigned State Vocational Rehabilitation (VR) agencies operate in conformity and compliance with applicable Federal laws (primarily Title I of the Rehabilitation Act of 1973, as amended [Act]) and subsequent regulations and polices. I provide leadership and obtains and assures technical accuracy of all State Plans required by the Rehabilitation Act in the areas of geographic responsibility and recommends approval or disapproval to the Regional Commissioner. I negotiate changes and provide technical assistance to key State VR agency officials to bring assigned State VR agencies' State Plans into compliance. I lead review teams consisting of rehabilitation specialists, state agency representatives, and outside reviewers. My regional leadership areas of responsibility are Deafness and Communicative Disorders, Employment, TWWIIA, and Program Evaluation/Standards and Indicators, including representing RSA as a national expert. I also develop strategies for completion of annual Section 107 monitoring review based upon comprehensive assessment of compliance/accountability issues in assigned state agencies.

4. On July 18, 2005 I received a notice of reduction in force that stated that I will be separated from federal service effective September 30, 2005.

5. The closing of the RSA regional office impacts my work and personal life in many ways. I am a 42-year vocational rehabilitation professional who was very happy with my work assignment. I am not being given a chance to continue to use my expertise by working in a telework situation nor am I being given any exclusive rights to bid on the transfer of my functions to the RSA Central Office where the Assistant Secretary and


EXHIBIT 8

the Deputy Commissioner have admitted they don't have the expertise in Central office to do our jobs.

6. On June 23, 2005, my wife and I adopted our three grandchildren (ages 11, 10 and 4) so I obviously need to keep working. I am a person with a disability who is 65 years old and feel I will have difficulty finding another job especially because of the age factor.

I would also have great difficulty relocating from the Boston area because it would mean uprooting our three grandchildren who have already had much difficulty in their young lives and have now established educational, social and medical ties in our community. One child is disabled and particularly needs all the supports that are in place for him. My wife and I also have multiple medical supports for our own disabling conditions, which would be difficult to reestablish elsewhere. In addition, we are a small family constellation with an aging elderly parent (age 87) in the area and needing our support. All told it would represent an extreme hardship for our family to have to relocate to another area at this point in our lives.

_____     August 16, 2005
Joseph Farrell                                         Date