**AFFIDAVIT**

Under penalties of perjury, **MARTHA ANN GARBER** swears and affirms that the following is true to the best of her knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-13, Step 8 Vocational Rehabilitation Program Specialist and Team Leader in RSA Region VI (Dallas). I have been with RSA for seventeen years.

2. I am over fifty-five years of age (DOB in 1949) and have multiple mental and physical disabilities.

3. On July 18, 2005, I received a notice of reduction in force stating that my office is being closed and my position abolished, and therefore I will be separated from federal service effective September 30, 2005.

4. Recently OSERS transferred RSA policy functions to OSERS and the RSA employees performing those functions transferred to OSERS. For some reason, the Regional Office employees are being treated differently than the Central Office policy staff. The functions I do are being transferred to Washington, but I am not. As the functions are transferred, I am getting calls from CO staff regarding how to accomplish certain functions.

5. The regional offices have been understaffed for years. OSERS has methodically reduced staff by failing to open vacancies or promote individuals for the work they do. At one point, my Regional Commissioner (RC) had five regions to cover and no subordinate supervisors in three of the regions. During this time I was serving as the team leader for Region VI. In order "to get the job done," I fulfilled the duties of a subordinate supervisor for both Regions VI & VIII. When the RC raised this issue to OSERS, his request to upgrade the position to a GS 14 subordinate supervisor was denied; however, I continued to fulfill those responsibilities. Documentation is available to support this claim.

6. OSERS has requested that all regional employees with disabilities apply under Schedule A for the few RSA jobs that have been advertised in headquarters. However, many of us who are disabled are also career competitive employees and would lose protections enjoyed by career competitive.

7. I have been vocal on many occasions, including national All-hands RSA staff teleconferences regarding the unfairness and discrimination apparent in the reorganization and the unfairness of one group (regional office

EXHIBIT 10

employees) being treated differently, I am concerned about reprisal by management.

8. I am three years away from my planned retirement. My husband is a psychologist in private practice in the Dallas area and I have a child living at home. The loss of my job will be an economic hardship, while a move to D.C. would cause a great disruption in my home life and economically would be a disaster. If the geographical accommodation is not possible, I would like to recover all cost related to the move. I have incurred medical costs related to this action as my mental health and resulting physical health issues continue to manifest for which I would like to be compensated.

_____     8/9/2005
Martha A. Garber                    Date