**AFFIDAVIT**

Under penalties of perjury, **SEYMOUR LEVY** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). I have worked in the RSA Region V Office (Chicago) since August 1979. I have been a Financial Management Specialist for this entire period. I am currently a GS-501-13 (Step 9).

2. I am 58 years old and have spent my entire career in government service. I graduated from Northern Illinois University with a B.S. in Business Administration. After graduating I completed one year in the MBA Program at Northern. In the middle of my summer session I was drafted by the Army and not allowed to finish the semester. I served in the military from July 1969 through February 1971. I served as a medic in South Vietnam from January 1970 through February 1971 and received four medals for my service including the Bronze Star.

3. I have worked for the Treasury Department (five years); Health, Education and Welfare for two years; and for the Department of Education for twenty-four years (ever since it was founded).

4. I have served as the regional expert in all matters pertaining to financial management in RSA-funded programs and projects. Some of my responsibilities include:

    a. Assume leadership in monitoring the financial management performance of State VR agencies and other grantees.
    b. Lead National policy workgroups related to national areas of expertise to develop National financial policies and guidelines.
    c. Serve as Team Leader in the design and conduct of periodic State agency or other grantee agency fiscal reviews.
    d. Review and analyze cost allocation plans to ensure compliance with approved State Plans, regulations, laws, and established accounting procedures.
    e. Review and coordinate responses to audit reports.
    f. Plan and periodically conduct regional financial management conferences and workshops for State VR agencies and other grantees.
    g. Oversee the design, development and implementation of management information systems.
    5. I have served as the Team Leader in the Chicago RSA Regional Office since 1990 (second in authority to the Regional Commissioner).

**EXHIBIT 13**

6. On July 18, 2005, I received a notice of reduction in force that indicated I will be separated from federal service as of September 30, 2005.

7. I had not planned on retiring in the immediate future because I enjoy my job, and also I have twin sons who are juniors at the University of Wisconsin-Madison and the out- of-state tuition is extremely expensive.

*Seymour Levy*　　　　　08/09/05
Seymour Levy　　　　　　Date