**AFFIDAVIT**

Under penalties of perjury, **CHARLES LINSTER** swears and affirms that the following is true to the best of his knowledge:

1.    I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). Most recently, I served RSA as a Vocational Rehabilitation Program Specialist (GS-101-13, Step 4) in the RSA Region V (Chicago) office.

2.    My date of birth is 19 July 1949 (55). I am a person with a disability On 13 December 1965, I suffered an accident that resulted in quadriplegia. My lesion level is at the sixth and seventh cervical vertebra. As a quadriplegic, I am recognized as an individual with a significant disability under section 7(21)(A) of the Rehabilitation Act of 1973, as amended, (the Act) and its interpretive regulations at 34 C.F.R. § 361.5(b)(31)(iii). My physiatrist, Dr. Michael Berkowitz, can verify his disability by calling 312-238-1284.

3.    On 24 November 1975, then a client of the Illinois Division of Rehabilitation Services, I began an Unpaid Federal Work Experience Program, authorized under section 501 of the Act with RSA at its Region V Office in Chicago. On 15 March 1976, I became employed by RSA under a 700-Hour Limited Appointment. At the end of the period, on 15 July 1976, I received a Schedule A appointment from RSA. All three of these program/appointments are limited to individuals with disabilities. On 15 July 1979, this appointment was converted to a career appointment.

4.    The duties of my position are listed on U.S. Department of Education Announcement Number OSERS-2004-0049 (see enclosure). In addition to those duties, I was the RSA representative to the Illinois Division of Rehabilitation Services, the Indiana Division of Disability, Aging and Rehabilitative Services, the Michigan Commission for the Blind and the Michigan Rehabilitation Services. I was also the RSA Region V specialist for title I and VI-B of the Act State plans, Workforce Investment Act of 1998, Programmatic and Physical Accessibility, Supported Employment Programs (including Projects With Industries), Facilities, Title V of the Act, Freedom of Information Act/Privacy Act, Legal/ Regulatory, School-to-Work, American Indian Program, Migrant Farm Worker Project, Information/Complaints and Americans With Disabilities Act.

5.    On 1 February 2005, I was informed that all RSA Regional Offices would be closed on 30 September 2005. This will result in the functions of my employment being transferred to RSA's Central Office in Washington

ALL-STATE LEGAL®

EXHIBIT

14

D.C.  I was also informed that the RSA budget for FY 2006 required a cut of 66 positions and that these cuts were all to come from the RSA Regional Offices. I was not offered employment at RSA's Central Office but was told that I could compete for an unknown number of positions there.

6.    Although I was 55 years old at this time, the 30th anniversary of my service computation date is 15 March 2006.  To preserve my pension and health benefits, I had to consider something less than my full pension. On 18 May 2005, I was informed that I qualified for a voluntary early retirement (VER). The VER offered required that I had to terminate my Federal employment no later than 2 July 2005. Since the VER was my best option I chose it but it was not voluntary.  I was constructively discharged from my position, and have amended my EEO complaint to include this issue.

7.    It would be very difficult for me to leave the Chicago area to work in D.C. if I was offered reinstatement and a transfer because I am responsible for my youngest daughter, Katie, who is developmentally disabled.  I have been her legal guardian since 1997. My daughter is 26 years old. For a number of years she lived with me.  In February 2005, she was placed in a group home funded by the Illinois Division of Developmental Disabilities after a long and expensive legal fight in which I appealed IDDD's rejection of her application for residential services.   I am called from time to time by Katie's group home and the sheltered workshop where she works to approve or disapprove certain aspects of her life that only her guardian can authorize.  My daughter will never grow up, just older.  I visit her frequently to let her know that her Daddy still loves and cares for her.  A transfer to Washington would compromise my duties as my daughter's sole surviving parent and guardian.


Charles Linster
Charles Linster

8-12-05
Date