## AFFIDAVIT

Under penalties of perjury, **JEFFREY MITCHELL** swears and affirms that the following is true to the best of his knowledge:

1. I am a former employee of the Rehabilitation Services Administration (RSA), a program component of the Office of Special Education and Rehabilitative Services (OSERS) in the U.S. Department of Education (ED). Most recently, I served as GS-101-14 Assistant Regional Commissioner (Supervisory Vocational Rehabilitation Program Specialist) in Region III (Philadelphia).

2. My date of birth is December 20, 1939 (age 65). Although I am not currently "disabled, " I have a record of a general anxiety disorder for which I received therapy during the 1970s.

3. I first joined the federal government in April 1962 (military), and then worked continuously for the Department of Health Education and Welfare and then for the successor Department of Education (ED) for my entire civilian career, which began in 1972. I began as an operating accountant in 1972 in Washington, D. C., and then moved to Philadelphia and eventually joined the "program" side of RSA/ED later in the 1970s, advancing in the late 1980s through competitive selection to the position of Assistant Regional Commissioner for the Philadelphia Regional Office. I have worked for Dr. Ralph N. Pacinelli, Regional Commissioner for the Philadelphia and Atlanta offices, for thirty years.

4. I retired on July 2, 2005 rather than be terminated pursuant to a threatened Reduction in Force of RSA's regional employees. This was several years earlier than I had intended to leave my position, and I did it involuntarily to protect my income and my health insurance, and to escape the highly threatening atmosphere that OSERS has created for RSA's regional employees. I felt that it was necessary to leave for the sake of my emotional health. I was unable to sleep properly for several months because of the harassing and demeaning attacks I was enduring from within my own agency.

5. Prior to the decision by OSERS to close the RSA regional offices, they tried to force me out of my position in Philadelphia last autumn by a geographic transfer to other regions, but wouldn't even tell me specifically where they were going to send me. I resisted the pressure to be transferred because I believe that it was discrimination based on my age and that the purpose was not because I was needed elsewhere but because they wanted to make it unbearable and force me out through retirement. Two other older employees, Terry Conour and Jim Nowell, were subjected to similar pressure at that time.

ALL-STATE LEGAL®    EXHIBIT

16

6.    I filed an EEO complaint about the campaign to transfer me prior to my involvement in the complaint of the regional commissioner and the regional employees who are opposing the RIF.  Ironically, after I had successfully resisted being pressured into retiring during 2004, in January 2005 OSERS announced that they were closing the regional offices, and I ended up in forced retirement ahead of my schedule after all.

7.    My family is long-lived, and thus I did not intend to retire before I turned 70.  Because I opted to receive an annuity for my spouse's life rather than my own, my annuity is reduced by 10% and I am now living on half of my former income.  My wife and I had not expected that I would be retiring now, and have a substantial home-equity loan that is outstanding.  The suddenness of this entire reorganization and RIF was breathtaking.

8.    If I were to be offered reinstatement under a scenario where the regional offices were not closed, I would absolutely take it.  I valued my job and it was a pleasure to work with my colleagues, who are highly qualified, highly dedicated professionals doing an important job.  Also, I am very concerned that RSA will not be able to perform its statutory function without the regional employees.  On some of the videoconference calls I have participated in since OSERS announced the plan to close the regions, it became clear that management has no idea what they are doing and are exceedingly cavalier about how this whole situation will unfold.  At one meeting Jennifer Sheehy actually said that if they determined in FY2006 that they didn't have enough people to do the work, they would simply hire new people as needed.  We were outraged by this in the regions, where our careers have been destroyed on grounds that our terminations were absolutely necessary, to learn that management apparently feels that it will have a great deal of flexibility, but only after we are gone.

9.    Some of the more responsible and experienced Central Office employees have expressed similar concerns about how the work can possibly get done with only 81 people left, especially when the remaining staff will be totally unfamiliar with the work that was done in the regions.  Suzanne Tillman, Jenn Rigger and Joyce Caldwell in particular have been very courageous in repeatedly questioning this entire disastrous scheme.

10.   The regional employees have been under attack by OSERS as an underhanded way to try to justify gutting the agency, even as they told us to our faces that the closures are a "straight business decision" solely to reduce overhead.  OSERS management is comprised of people who have displayed a lack of integrity and who clearly are not to be trusted.

11.    The process of harassment to which I have been subjected has had a significant adverse effect on me and, quite noticeable, my wife, whose health has suffered as a result of the stress to which I have been subjected.


8/23/05

Date

Jeffrey M. Mitchell