**AFFIDAVIT**

Under penalties of perjury, **JOHN NELSON** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-13, Step 10 Vocational Rehabilitation Program Specialist in RSA Region I (Boston). I have worked in this capacity since March 2000.

2. I have a cervical 6-7 spinal cord injury sustained in 1966 at age 14. This means that I do not have control over hand/finger muscles, my right triceps muscle, and limited upper chest muscles. I cannot feel or move from my breastbone down. I use an electric wheelchair. With this disability I graduated from high school as an honor student, graduated from the University of Vermont with a BS in Education and Biology and from Suffolk University in Boston with an MBA.

3. I have worked for the Federal government for over 22 years. During that time I have had several Schedule A appointments. I have worked for RSA in more areas and with a wider variety of duties than anyone that I know. I have been rated Outstanding in my most recent performance appraisal.

4. I have worked in RSA since March 1987 in the following capacities:
Chief, Independent Living Branch, Central Office, GS-0101-14, step 7 from 11/91- 3/2000;
Special Assistant to the Commissioner, Rehabilitation Services Administration
Special Assistant to the Commissioner for Public Affairs (Public Affairs Specialist), GM-0135-14 from 2/91-11/91;
Special Assistant to the Commissioner for Regional Operations (Program Analyst), GM-0345-13 from 12/89-2/91; and
Chief, Administrative Management Staff, Rehabilitation Services Administration GS-0343-12 from 3/87 – 12/89.

5. My duties include: Primary contact for assigned State Vocational Rehabilitation (VR) agencies, Regional Specialist for Independent Living, Training, Projects with Industry, and Financial Management. Monitor and provide technical assistance to State VR agencies, private non-profit, and university grantees to ensure compliance with Titles I, III, VI, and VII of the Rehabilitation Act of 1973, as amended (Act) and relevant program, general administrative, and financial regulations. Team Leader for on-site reviews of grantees under the State VR, Centers for Independent Living, and Projects with Industry programs. Prepare written assessments and conduct follow-up as may be required to bring State programs into conformity with Federal requirements and explore problems and

EXHIBIT 17

       questions adversely affecting program operations; assist State VR agencies in developing plans/programs based on identified needs and recommended solutions. Negotiate and elicit workable agreements to correct program weaknesses. Review and recommend approval of Title I and Title VII State plans and corrective action plans/program improvement plans. Review and approve annual reports for discretionary grants issued by the Regional Office and sign grant award notifications (authorized to make awards up to $2 million each). Recognize and stimulate the development of innovative approaches to be used by State and local grantees; interpret new regulations and advise grantees on their compliance efforts; develop and present training on new program requirements and regulations; stimulate cooperative efforts and promote partnerships with private organizations.

6. I received a notice of reduction in force on July 18, 2005, and am informed that I will be separated from Federal service on September 30, 2005.

7. Since I have devoted the majority of my working life to RSA, I was personally devastated by the news of the closing of the Regional Offices. I took a voluntary downgrade from a grade 14 to a grade 13 to work in the Regional Offices. This was approximately a $10,000 cut in pay and a loss on step increases since I ended up a step 10. I had achieved every professional objective that I set in D.C. and wanted to work in the part of RSA that was closer to our grantees and where the heart of the organization was based. If the Regional Offices are closed the only way that I could maintain working for RSA would be to return to what I sacrificed significantly to leave. Personally, I need to live closer to my mother than Washington, DC, as I am the only remaining close relative in the area (even at 210 miles away). My mother just turned 90 this year and can only continue to live in her home with substantial support from nurses aids. I am also in the process of accepting responsibility for her power-of-attorney for her financial affairs. Washington is a 13 hour drive (one way) from where she lives in Newport, VT. Where I live now, I have driven up and back in the same day when required. I have just purchased a house and couldn't imagine selling it and returning to Washington, especially at a lower grade than that I left.

8. Instead of receiving a pension sufficient to live on, I will only receive a small pension and will not be able to access my Thrift Savings Plan contributions for another seven years. I will not be able to pay my mortgage, taxes, and personal attendant, in addition to other basics like food and medicine.

9. Of course I will seek other employment; however, discrimination against people with disabilities is very real. I had substantial periods of unemployment each time that I finished college and tried to return to employment. Even with ADA and more work experience, I am not guaranteed anything but a challenge.

10. My wife has Lyme Disease, arthritic joints, degenerated discs in her back, and Fibromyalgia. With a $6,000 drop in income per month she would be forced to

try to work beyond her physical capacity to attempt to keep even with our bills. This effort would have significant and very damaging long-term effects on her since she cannot work many hours with commuting, and working in a location away from home and the opportunity to control the pace of work. My paycheck was supposed to pay the bills. My pension simply cannot.

_____        _____
John Nelson                                                     Date   August 8, 2005