# AFFIDAVIT

Under penalties of perjury, **KATHLEEN M. NIEMI** swears and affirms that the following is true to the best of her knowledge:

1. I am a former employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position was GS-343-12, Step 10 Management and Program Analyst in RSA Region V (Chicago).

2. This position was "reassigned" in July 1997 and renamed "Management & Program Analyst." As I recall, the agency did away with the GS-1101 series and assigned all Grants Management Specialists to M&P Analyst.

3. I started with the federal government on September 5, 1972. When I retired on July 2, 2005 I had credit for 33 years and 1 month. I became the Grants Management Specialist in RSA in September, 1986. I have been in RSA since March 1975, starting as a Clerk Stenographer, GS-4. I worked my way up through RSA to Secretary, then Staff Assistant, then Grant Assistant and finally Grants Management Specialist.

4. My duties included: receiving and reviewing grant-related materials advising the Regional Commissioner, program officers and team leaders on policies and/or procedures for processing grants. Reviewing and funding all discretionary grants within established timeframes. Providing advice and technical assistance to discretionary grantees on grants management policies and accountability issues. Ensuring grantees perform required post-award activities through monitoring and technical assistance. Participating as the financial person during on-site review of discretionary grants, developing a report of findings and working with the grantee to ensure that they implemented a corrective action plan. Working with discretionary grantees to ensure all required reports are accurate and submitted in a timely manner.

5. I felt compelled to take the early-out retirement option. I am 51 years old, with 33 years, 1 month of service. Prior to the Department's announcement that they were closing the Regional Office's, I had no intention of retiring before I was 55 years of age. If I did not accept the early-out option, I would have to wait until I was 62 to collect my annuity and would lose my medical insurance. In 1998 I was diagnosed with Rheumatoid Arthritis; one prescription that I take costs Blue Cross/Blue Shield $3500 for a three month supply. Under the plan, I only have to pay $35.00 for the prescription. It is critical that I not lose my medical coverage.


EXHIBIT 18

6. I have been a good employee, receiving many Quality Step Increases and Performance/Cash Awards through the years.

7. My early retirement age reduction in my annuity is $313.27 per month for life. However, if I was able to retire at age 55, in four years, I would have had 37 years of service which would have put my annuity at 70% of my earnings instead of the 54% that I am receiving now. This is unfair and will cause me great harm in terms of my ability to afford housing, food and other necessities as the cost of living increases.

_Kathleen M. Niemi_          _09/15/05_
Kathleen M. Niemi          Date