# AFFIDAVIT

Under penalties of perjury, **RALPH N. PACINELLI** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-15 Supervisory Vocational Rehabilitation Program Specialist (Regional Commissioner) for RSA Regions III (Philadelphia) and IV (Atlanta).

2. My date of birth is October 6, 1934 (70 years and 8 months).

3. I have been with the federal government for over 34 years, and with RSA for at least 33 years. I have been regional commissioner since August 1975.

4. As Regional Commissioner, I review and analyze plans and develop facilitate and manage program changes, including the allocation of scarce resources among major rehabilitation programs; establish and revise program and financial operating procedures; review grantee operations; aggregate and access program data; and provide high-level technical assistance to internal and external customers, constituents and stakeholders. I supervise a staff in two geographically separate regional offices in Philadelphia and Atlanta covering fourteen states with vastly different political environments and service delivery needs. I am responsible for providing leadership, technical assistance, consultation and support to State Vocational rehabilitation agencies (General, Combined and Blind), and other public and private agencies and universities contributing to the vocational rehabilitation, supported employment and independent living of individuals with disabilities.

5. I received a notice of reduction in force on July 18, 2005 which informed me that my position will be eliminated and I will be separated from federal service effective October 1, 2005.

6. I opted not to take the buyout or to retire because personal and professional commitments to my family and to my organization, especially the people that I directly supervise, do not support leaving my position with RSA. Professionally, work is very important to me and it is important to my psychological make-up. I carry an extraordinarily heavy workload both in and outside of RSA, and leaving my position abruptly would provide harm to those who count on me to perform. Also, and equally important, I consider the likelihood of obtaining a comparable position in this or any other field to be very slight, given my age and salary history. The prospect of extended unemployment is particularly adverse for me because of extant and future financial obligations connected with an aged mother who requires daily services that are provided by an Assisted Living facility which



are very expensive. As the only child and sole provider, my fiduciary responsibilities are pivotal to her health and well-being.

7. The impact of this reorganization on me is that it will forcibly, abruptly and maliciously terminate my distinguished career without retention, reassignment, transfer or relocation rights. Additionally, since the announcement of the office closure enormous stress has been suffered by management's issuance of premature, incomplete, convoluted, contradictory, and insensitive missives that devalue the individual worker and degrade the professionalism of the work products and importance of the work effort itself. A steady stream over the past five to six months of unfounded and unwarranted attacks on me and my work and the work of the offices and the people that I supervise has contributed to a high level of anxiety, uncertainty, stress and concern and these malicious and harmful actions threaten my general health and overall well-being. I spend an inordinate amount of time currently in providing counseling to staff who feel frightened, threatened and saddened by the callous treatment from their employer. Their problems become my problems, adding to my level of stress and discomfort. I am told at home that I am more abrupt, less tolerant, less attentive, more insensitive and more irritable as a function of what is happening at work. Without question the quality of my family life has truly suffered due to the announced closure and the RIF notice.

_Ralph N. Pacinelli_       _August 12, 2005_
Ralph N. Pacinelli               Date