## AFFIDAVIT

Under penalties of perjury, **BRENDA SUE RANKIN-WHITE** swears and affirms that the following is true to the best of her knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-13, Step 9 Vocational Rehabilitation Program Specialist in RSA Region IV (Atlanta).

2. My date of birth is August 1, 1947 (58). I am also a person with a disability. I have Post Polio partial lower extremity paralysis. I am a manual wheelchair user and rely on long-leg bi-lateral braces. My ability to stand and walk are substantially limited by this condition.

3. My service date is November 6, 1989.

4. On a daily basis, my responsibilities include: respond to Title I VR services programs in Florida and Tennessee requesting technical assistance; review and approve Title I and Title VII state plans for both states; develop, plan, lead/direct, and execute monitoring activities; develop technical monitoring reports of compliance findings; review conformance of title I grantees with federal standards and indicators, develop and monitor performance improvement plans; provide technical assistance to the 45 Title VII discretionary grantees in the southeast; review and approve 45 Title VII annual performance reports for continuation funding; develop and execute Title VII monitoring of conformance with standards and indicators; develop technical report of compliance findings, assist in development and monitor corrective action plans; respond verbally and in writing to constituent/Congressional inquiries/concerns; develop, organize, coordinate and provide regional training to Titles I and VII grantees on federal requirements; serve on national workgroups to develop Title VII position papers on legislative changes on reauthorization and policy; develop and revise monitoring instruments and state plan preprint forms; develop, plan and conduct national state rehabilitation council training; coordinate training/monitoring activities under RSA Operational Plan as co-manager and sub-objective manager; provide technical assistance to other regional staff on independent living issues (designated as "national independent living expert"); respond to issues related to assistive technology for individuals with disabilities and traumatic brain injury, including serve on national and regional advisory committees; coordinate training activities with Regional Rehabilitation Continuing Education Programs nationally and regionally; coordinate communication with other federal agencies, including Social Security Administration, Department of Labor, Administration on Aging, as well as other components of ED – Office of Special Education and the National Institute on Disability and Rehabilitation Research; jointly author publications



EXHIBIT

21

      under the Institute on Rehabilitation Issues (TANF and Vocational Rehabilitation); coordinate and conduct public meetings on disability-related issues (e.g., women's health issues); represent RSA on other disability-related areas, including health issues of women with disabilities; and serve as federal reviewer on peer review panel. Other current duties include serving as Team Leader for the RSA Region IV Office.

5. At 58 years of age and after 16 years of federal service, I am being separated by RIF. Currently, my income is the primary income of the household. My age and years of service "qualify" me for "optional retirement," which means I am not entitled to severance pay at the time of separation. However, in light of the five percent per year age penalty, my annuity will be so small -- approximately $500 monthly -- that it would not cover the cost of COBRA, let alone provide for monthly family expenses. On the other hand, if I defer my annuity, I will not be entitled to any health benefits. I have a disability, partial lower extremity paralysis resulting from polio at age nine months, and health benefits are very critical to me. I will be forced to rely on COBRA, which is considerably cost prohibitive. I will apply for coverage under my spouse's health plan. However, since I have a pre-existing condition, at a minimum, I will have to wait one year for coverage to take effect, and may be denied coverage altogether. Paying for my health coverage under COBRA and family coverage under my spouse's plan at the same time will be excessively burdensome, especially considering that I will derive no benefits during the first year of coverage under his plan.

6. At my age, I anticipate having difficulty obtaining appropriate employment at my current salary level. In fact, if I am unable to obtain suitable employment soon after the RIF, I will be forced to resort to savings and possibly selling my house to liquidate funds to meet basic living expenses until I reach the eligible age for Social Security benefits.

7. I am seeking continued employment and responsibilities with ED at my current grade and step, preferably out-stationed within my current commuting area of Atlanta, GA with the option to telecommute to Washington, D.C. as needed. However, I am willing to relocate to Headquarters in D.C. with relocation expenses included. So far I have not been offered relocation, though my functions are clearly transferring from Atlanta to D.C.

_[signature]_   _Aug 8- 2005_
Brenda Sue Rankin-White   Date