## AFFIDAVIT

Under penalties of perjury, **Bruce J. Rose** swears and affirms that the following is true to the best of his knowledge:

1. I am an employee of the U.S. Department of Education (ED), Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is GS-101-11, Step 8 Vocational Rehabilitation Program Specialist in RSA Region IV (Atlanta).

2. My date of birth is April 20, 1952 (53). I am a person with a disability: congenital cerebral palsy. This condition limits my physical abilities to office-related duties since I do not have the capacity to do anything requiring major physical strength.

3. My service date is August 29, 1988 (17 years).

4. My daily duties include responsibility for managing most of the Region IV RSA statistical reports. I am also the regional office CAP and PAIR specialist. Both of these areas require providing technical assistance to our grantees, and editing and analyzing the various reports.

5. I received a RIF notice on July 18, 2005 which states that I will be separated from federal service as of October 1, 2005.

6. The major effects of the closing of the RSA Regional Offices are the loss of employment, income, and health insurance. Given my age and disability, it would be next to impossible for me to secure employment in the private sector that also includes health insurance.

7. The loss of income will affect me in the following ways: Because of my disability, I have many medically-related expenses. Even though I would be covered under COBRA (for a limited time), the cost would be prohibitive given the loss of income. Also, I am facing the very strong probability of major cervical surgery in the not too distant future. While I have no mortgage, I do have a monthly condominium association fee, annual property taxes, and routine homeowner expenses.

8. Since I am a GS-11, I do not qualify to apply for the recently-posted RSA positions in Washington, D.C. Therefore, I am requesting to retain my current grade and step, current duties and responsibilities, and, if possible to do so from my current commuting area—without competing. An alternative resolution would be management-directed reassignment to another ED Principal Office within the current commuting area.



EXHIBIT

22

9. The effects of this RIF go far beyond the monetary loss that I will experience. In fact, no amount of money can make me whole for the loss of my position. This is also about my dignity and self-worth as a person. I have had many, many struggles throughout my life to accomplish independence and overcome the barriers posed by my disability. I have achieved economic self-sufficiency, and am a highly skilled and contributing member of society and the federal service. I attained this at great cost and years of hard work, and being able to work is more than just income to me. Being relegated to unemployment or Social Security Disability at this stage in my life eliminates more than my income and expectations—it undoes everything I have striven for: personal independence and helping to advance vocational rehabilitation for people with disabilities.

_Bruce J. Rose_　　　　　_Aug. 10, 2005_
Bruce J. Rose　　　　　　Date