## AFFIDAVIT

Under penalties of perjury, **JACQUELYN E. TELLIER** swears and affirms that the following is true to the best of her knowledge:

1. I am an employee of the U.S. Department of Education, Office of Special Education and Rehabilitative Services (OSERS), Rehabilitation Services Administration (RSA). My position is Rehabilitation Program Specialist, Grade 12, Step 5 in Region I (Boston).

2. I am a fifty year old single woman with a physical disability (scoliosis with compensatory spinal curvatures) that limits me to sedentary work with flexibility to change positions frequently throughout the day. I have limitations in lifting, standing, bending, and walking. In addition, I have occupational asthma and must have the accommodation of working from home most days.

3. Further, in March 2005, I was a passenger in a motor vehicle accident that resulted in a herniated neck disc (i.e., C5-6) and bulging discs at C4-5 & C6-7. Since that time, I have been receiving therapy and treatment and there is a great potential that I will require neck surgeries in the future. My treating physicians and health care providers are in the Boston area; a move to Headquarters will impede my ability to continue with my medical treatment and rehabilitation.

4. My service date is August 16, 1999.

5. I own two homes and need a steady income to insure the two mortgage payments. In November 2004, and after working for RSA for a little over 5 years, I relocated to live closer to the office. In doing so, I sold my home (primary residence) and purchased a home for 3 times as much as my original primary residence. It would be a hardship if I were forced to sell at this point in time.

6. In addition, I have a Power of Attorney for my elderly mother who has dementia. I oversee her care, organize her daily activities, contribute to her financial needs and handle her financial affairs. This responsibility requires that I have a steady income and flexibility to be able to tend to her needs.

7. If I lose my job, I feel it would be difficult to obtain work with enough flexibility to meet my needs. My occupational asthma requires that I be permitted to telework from home. My ability to breathe is substantially


EXHIBIT 24

impaired by exposure to chemicals present in the standard office environment.

8. I perform all of the required duties of a Vocational Rehabilitation Program Specialist as described on the standardized PD for same (as developed by the Regional Commissioners and agreed upon by the Rehabilitation Program Specialists). I am the assigned State Representative for the Connecticut State VR agency and all other grantees and projects within that state. Further, I act as a regional office resource in each of the following specialty areas:

    **A. State Rehabilitation Council:** Regional office SRC specialist. Provide technical assistance as needed. Served as team member on national planning committee for the agency's first SRC Forums (held regionally). The two-day program offered SRC members the chance to: learn more about what their peers in neighboring states are doing, network with others, learn more about the Rehab. Act of 1973, as amended, policies and relevant issues.

    **B. Independent Living (IL):** Back-up for regional office IL Specialist. Team member on IL on-site reviews. Review plans and reports. Provide technical assistance as applicable.

    **C. Client Assistance Program (CAP) & Protection & Advocacy (PAIR):** Review and approve CAP & PAIR applications, plans and reports. Provide technical assistance to CAP & PAIR advocates as needed. Act as regional office representative and consult with the Regional Continuing Education Program at Assumption College, Worcester, MA, to plan and develop regional CAP training.

    **D. Mental Health:** Participated on the 30th Institute on Rehab. Issues resulting in a publication (*Innovative Methods for Providing Vocational Rehabilitation Services to Individuals with Psychiatric Disabilities*); Editor and contributing author-Chapter 4.

    **E. Diversity:** ED representative on the Greater Boston Federal Executive Board's Diversity Committee promoting diversity in the federal workplace. Chair of the Speakers Committee for the four past years. Lead the committee to successfully plan, develop and organize the annual Diversity Training Day (approximate attendance: 300) to promote diversity within government.

    F. I am also the **Assistant Asset Manager** for the Region, which means that I assist the Regional Commissioner in maintaining the office inventory of all tech. equipment.

    G. I am also a **team member** on Monitoring On-Site visits for Maine, New Hampshire and Rhode Island, and a team member on Projects with Industry on-site reviews.

9. I have twenty years of experience with the Massachusetts Rehabilitation Commission (MRC): 15 years as Vocational Rehabilitation Counselor (VRC) IV-Supervisor, 1 year in statewide programs, and 4 years as a VRC I, II & III. In that capacity, I provided vocational rehabilitation services to persons with significant disabilities. I retired from MRC in order to work for RSA. Due to my retirement status, I am unable to return to MRC or any other departments within the State.

10. My lengthy time and extensive experience in, and my dedication to the field of rehabilitation will make it extremely difficult for me to find comparable work in the area at a similar rate of pay and benefits. Separation from RSA will cause a great hardship to me.

_____   8/9/05
Jacquelyn E. Tellier          Date