# AFFIDAVIT

Under penalties of perjury, **JOANNE M. WILSON**, swears and affirms that the following is true to the best of her knowledge

1. Following my confirmation by the U.S. Senate, I served as Commissioner of the Rehabilitation Services Administration (RSA) from August 6, 2001 to March 1, 2005. RSA is a program component of the U.S. Department of Education's Office of Special Education and Rehabilitative Services (OSERS).

2. Like many of RSA's constituents, I am a Blind person.

3. Prior to joining RSA, I founded and served as the Director of the Louisiana Center for the Blind, that state's first adult orientation and adjustment training and independent living center for the Blind. I now work for the National Federation of the Blind at its offices in Baltimore, Maryland.

4. One of the reasons I resigned from RSA effective March 1 is because I could not support the plans of the Department of Education and the Office of Special Education and Rehabilitative Services to close the RSA's Regional Offices. The plan was hatched without consulting me or requesting input from my staff, consumers, public or private providers. This plan will greatly harm RSA's ability perform its mission of administering billions of dollars specifically earmarked by Congress to provide vocational rehabilitation and supported employment at the state and local levels to people with disabilities. The regional offices directly serve and administer hundreds of grant programs and 80 state agencies, each of which is unique in terms of culture, issues, and problems. The closure of the regional offices will also hurt the regional employees, who are some of the best and most committed staff RSA has ever had, and many of whom have overcome significant disabilities to become contributing members of society and expert public servants in the vocational rehabilitation field.

5. Ironically, despite OSERS' and RSA's fundamental purpose of assisting people with disabilities to become empowered and enabled and self-sufficient, there is a high degree of dislike for people with disabilities in the upper levels of OSERS. The person who best embodies this attitude is Andrew Pepin, a career federal employee who has served as the Executive Officer to the last several Assistant Secretaries of Education for OSERS.

EXHIBIT 25

6. Unfortunately, Mr. Pepin resents many of the policies that are in place in the federal government to assist people with disabilities. He seems to believe that people with disabilities have it much too easy and get breaks no one else does. His negative attitudes towards people with disabilities have influenced decisions regarding the reorganization of RSA. Given his apparent dislike of all people who are disabled, I cannot imagine how it was that Mr. Pepin ended up in a career position in an agency specifically dedicated to helping this population.

7. On numerous occasions I received the impression that Mr. Pepin bitterly resented having to work with disabled people, including my two predecessors and me as Commissioner, who are all blind. During the Clinton Administration, Mr. Pepin's boss was Assistant Secretary Judith Heumann, a very significantly disabled woman and a big promoter of people with disabilities. She helped to put in place all kinds of initiatives throughout the federal OSERS to hire disabled people. It was a real personal cause for her. When she left, Mr. Pepin literally drew up a checklist of her initiatives to help people with disabilities, and told me at least twice that he now had the opportunity to "straighten out," i.e., eliminate, these policies one by one.

8. Mr. Pepin told me to my face on numerous occasions and in front of witnesses that we have "too many blind people" on staff at RSA. He gave me charts and sheets where he put it all in writing and marked them up to make his points about how many we had on staff at RSA. He was frequently inaccurate about people's disabilities and needs, but that didn't keep the Assistant Secretaries who came into OSERS with the Bush Administration from listening to him and letting him have his way, with the result that vocational rehabilitation in this country is now in terrible danger.

9. Mr. Pepin really has a personal vendetta against the National Federation of the Blind (NFB). He resented the influence that NFB had on RSA by virtue of being the largest and most vocal group of disabled people in the United States. Paul O'Connell, who reports to Mr. Pepin and is OSERS' Director of management and support staff warned me a few times that if an applicant for an RSA position mentioned on their resume that he or she was a member of the NFB or that the applicant was Blind, "they would have trouble being hired." Dr. O'Connell has heard the same things I have from Mr. Pepin – and probably much worse - and he knows that this is the opposite of how OSERS should operate, but he nevertheless just carries out the mission as defined by Mr. Pepin.

10. When I first arrived, there was a big debate in the agency about how to handle providing accommodations like readers and sign-language interpreters. Mr. Pepin wanted to micromanage the way disabled employees would have access to readers and interpreters. He wanted a pool of readers who would be provided to employees on an "as needed" basis. The disabled employees wanted their own readers and interpreters so they could work more efficiently and have control in their work environment. Mr. Pepin also seemed overly concerned that the readers and interpreters would "get their foot in the door" to federal service through the accommodation process. He wanted to prevent them from gaining new skills or otherwise benefiting from having been employed as an excepted service employee.

11. Another issue arose after the attacks of September 11, 2001. There was a lot of talk about how to evacuate people from the Department's building in the event of an emergency, and the question arose of how to make sure that people in wheelchairs exited quickly and safely in the event of elevator shutdowns or other contingencies. The immediate reaction of Mr. Pepin and the other panel members was to decide this issue without consulting anyone who is actually wheelchair bound and who would know anything about the issue. When I and others in RSA and OSERS pointed out that the people who were the subject of the proposed policy should be consulted at least for informational purposes, the reaction from OSERS management, i.e., Mr. Pepin, was to reject the input of people with disabilities and to allow the policy development process to grind to a halt rather than concede that anyone in a wheelchair might have anything valuable to contribute to a policy for people in wheelchairs. We went for years without a workable emergency evacuation policy because of this unwillingness to let disabled people into the room be part of the discussion about issues concerning them, and I would be surprised if any such policy was ever issued.

12. Obviously Mr. Pepin's attitude runs completely counter to everything that OSERS should stand for, as well as the principles and requirements of the Rehabilitation Act and the President's own New Freedom Initiative, which is supposed to encourage the federal government to hire more people with disabilities and serve as a model for the private sector.

13. I believe that the impetus for the reorganization in its current discriminatory and destructive form came jointly from Andy Pepin and C. Todd Jones. Mr. Jones is now the Department's associate deputy secretary for budget. He was a hill staffer during the 1990s and expressed to me his frustration that he was unsuccessful in shepherding a bill through the House of Representatives in 1995 that would have block-granted vocational rehabilitation dollars and destroy the public VR Program as we know it. The bill was called the "Careers Act," and made it out of committee and to a vote on the House floor before it was stopped, something which almost never happens. As he explained it, Mr. Jones was in charge of the bill, and its defeat – largely due to the eleventh hour efforts of the NFB – in the Republican-controlled House was a severe blow to him. Before Mr. Jones understood that I am in fact an advocate for people with disabilities and do not agree that federal vocational rehabilitation should be gutted, he communicated the above history to me, and told me, "I lost once, I'm not going to lose again."

14. I am horrified to learn of the new ED policy under which individual programs are required to bear both the FTE and salary burdens of employees who are hired as readers, interpreters and personal care attendants for disabled employees. Previously these salaries were paid for out of a pool of funds under the aegis of the Department's Office of Management. Because there is so much pressure about keeping headcounts low, this is an obvious disincentive to hire people with disabilities.

15. On the issue of headcount, it is important to note that even as the Department is taking away 65 positions from RSA due to alleged budget constraints, it is hiring people in areas that are of interest to the current powers-that-be. The number of FTEs for the Department of Education for 2006 will actually be increased. I therefore question the assertion that there are budget constraints motivating this reorganization. RSA has been targeted for cuts because its stealthy elimination suits the preferences of a small number of people at the Education Department, who are motivated by equal parts dislike of people with disabilities and dislike of federal assistance to people with disabilities.

_____        _____
Joanne M. Wilson                                               Date