UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Anderson et al ~~Certain Regional Office Employees of Rehabilitation Services Administration, Office of Special Education and Rehabilitative Services, U.S. Department of Education, Applicants~~   )
)
)
)   C.A. No. _____
)
)
)
)
v.   )
)
)
Margaret Spellings, Secretary,   )
U.S. Department of Education,   )
Respondent   )
_____)

**PROPOSED ORDER GRANTING APPLICATION
FOR PRELIMINARY INJUNCTION**

UPON CONSIDERATION of Applicants' <u>Application for Temporary Restraining Order and/or Preliminary Injunction</u> and the supporting Memorandum, any Response thereto, and the full record, the Court hereby finds:

That Applicants are regional office employees of the Rehabilitation Services Administration ("RSA" or "agency"), all but one of whom are over the age of forty and seventeen of whom are disabled within the meaning of the Rehabilitation Act;

That the agency is terminating Applicants federal employment and related benefits through closure of its regional offices and a reduction in force of all regional positions which is scheduled to take effect September 30, 2005;

That Applicants have demonstrated that they will likely succeed on the merits of their transfer of function, disparate impact, and disparate treatment claims that the agency's planned closure of the RSA's regional offices, its failure to transfer Applicants with their functions to agency headquarters, and its determination instead t terminate

them all pursuant to a reduction in force, violate 3 U.S.C.§ 3503, the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 621, 633a et seq., and the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 700 et seq.;

That the agency's actions are motivated by discriminatory animus against the disabled and that Applicants will be adversely impacted and irreparably injured by the Agency's actions, particularly the impending closure of the regional offices and the termination of the regional office employees under the RIF which will take effect September 30, 2005, unless the Court enters an injunction to enjoin the agency from terminating Applicants' employment;

That no other party will be substantially harmed if the Court grants an injunction halting the RIF and closure of the RSA regional offices until this case is decided on the merits;

That the public interest in eradicating employment discrimination and in the continued effective implementation of the Rehabilitation Act and Vocational Rehabilitation services for people with disabilities currently and expertly administered by the RSA, supports the rant of an injunction to prevent the agency's closure of the regional offices, termination of the regional employees under the RIF, and any selections made under Vacancy Announcements that discriminate against the disabled Applicants and violate the Applicants' entitlement to transfer non-competitively with their functions; and it is hereby **ORDERED**:

That Applicants' Application is **GRANTED**; and that the agency, and any other person or entity acting in concert therewith, is hereby enjoined from

1. Separating the Applicants from federal service via a noticed Reduction in Force which will take effect September 30, 2005;

2. Closing the regional offices of the RSA and transferring the functions performed therein to agency headquarters in Washington, D.C. without offering to transfer the employees who performed those functions;

3. Relative to the closure of the regional offices, Destroying documents and records

    (a) vital to the performance of the continuing functions, whether in the regional offices or in Headquarters; or

    (b) relevant to the pending EEO complaints of the Applicants, and thus protected by 29 C.F.R. §1614.302; And

4. Selecting individuals under competitive Vacancy Announcements to perform the functions transferring from the regional offices to agency headquarters, inasmuch as these positions should properly have been offered non-competitively to Regional employees who currently perform the transferring functions

This ORDER is effective upon Applicants' posting of security in the amount of _____ Dollars ($_____) and shall remain in effect until a final hearing shall be completed and the Court adjudicates and decides Applicants' Complaint.

Entered this _____ day of _____, 2005

_____
United States District Judge

**Service Copies To :**

June D. W. Kalijarvi, Esq.
George M. Chuzi, Esq.
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, NW
Suite 610
Washington, D.C. 20036

Hon. Kenneth L. Wainstein
United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20001