UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anderson, et al.

| | |
|---|---|
| Certain Regional Office Employees of Rehabilitation Services Administration, Office of Special Education and Rehabilitative Services, U.S. Department of Education, Applicants<br><br>v.<br><br>Margaret Spellings, Secretary, U.S. Department of Education, Respondent | )<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Date: September 20, 2005 |

**MOTION FOR LEAVE TO FILE EXCESS PAGES**

Applicants, by and through undersigned counsel, hereby move this Court for leave to file a memorandum in support of Applicants' <u>Application for Temporary Restraining Order and Preliminary Injunction</u> in excess of the 45 page limit prescribed by Rule 7(e) of the Local Civil Rules, and in support thereof, state as follows:

1. Applicants are twenty-four current and former employees of the Rehabilitation Services Administration ("RSA"), a program component of the Office of Special Education and Rehabilitative Services ("OSERS") of the U.S. Department of Education ("ED").

2. On June 26, 2005 and July 20, 2005, Applicants filed formal EEO complaints against certain actions of their employer, including its closure of the RSA regional offices, the noticed reduction in force of all of RSA's regional employees, and its failure to offer to transfer the regional office employees to RSA headquarters in Washington, D.C. pursuant to the

       impending transfer of all regional office functions there effective October 1, 2005.

3. Applicants have a complex and heavy burden to meet because they seek to enjoin impending federal government personnel actions on grounds that these violate the civil service rules, the Age Discrimination in Employment Act, and the Rehabilitation Act of 1973, and must show how the twenty-four applicants are impacted thereby.

4. Because more pages are required to present an adequate argument in support of a preliminary injunction on these multiple and complex bases, Applicants respectfully request an enlargement of __ pages within which to file their <u>Application</u> and <u>Memorandum for Temporary Restraining Order and Preliminary Injunction</u>.

A proposed Order accompanies this Motion.

                                      Respectfully Submitted,

                                      __/s/ June D. W. Kalijarvi__
                                      June D. W. Kalijarvi, Esq.  (D.C. Bar No. 183863)
                                      George M. Chuzi, Esq. (D.C. Bar No. 336503)
                                      KALIJARVI, CHUZI & NEWMAN, P.C.
                                      1901 L Street, NW
                                      Suite 610
                                      Washington, D.C. 20036
                                      Tel: (202) 331-9260
                                      Fax: (202) 331-9261
                                      Counsel for Applicants