UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Anderson et al.*

| | |
|---|---|
| Certain Regional Office Employees of Rehabilitation Services Administration, Office of Special Education and Rehabilitative Services, U.S. Department of Education, Applicants ) ) ) ) ) ) ) v. ) ) Margaret Spellings, Secretary, ) U.S. Department of Education, ) Respondent ) _____) | C.A. No. _____ |

**PROPOSED ORDER GRANTING EXCESS PAGES**

Upon consideration of Applicant's <u>Motion for Leave to File Excess Pages</u>, the proposed Order, and the Full record, it is hereby ORDERED:

1. That Applicants' <u>Motion for Leave to File Excess Pages</u> is GRANTED; and

2. That Applicants' <u>Application for Temporary Restraining Order and Preliminary Injunction</u> and <u>Supporting Memorandum</u> shall not exceed ___ pages.

Signed this ___ day of _____, 2005

_____
United States District Judge

**Service Copies To :**

June D. W. Kalijarvi, Esq.
George M. Chuzi, Esq.
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, NW
Suite 610
Washington, D.C. 20036

Hon. Kenneth L. Wainstein
United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20001