# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON et al.,** Plaintiff(s), | |
| vs. | Civil Case No. 05cv1855 (CKK) |
| **MARGARET SPELLINGS** Defendant(s). | |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an Exhibit to the motion has been filed in paper form in a the Clerk's Office.  It is available for public viewing and  copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk