UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON,** 6665 Colonial Rd. Brooklyn, NY 11220 | ) ) ) ) |
| Bryan Bashin 374 41st Street Oakland, CA 94609 | ) ) ) ) **Civil Action No. 05-1855 (RMC)** |
| Keith Beichner 108 Chaucer Place Cherry Hill, NJ 08003 | ) ) ) ) |
| Joseph Cordova 663 C West Division Street Chicago, IL 60610 | ) ) ) ) |
| Mary Davis 1275 Sarah D. Buie Rd. White Oak, GA 31568 | ) ) ) ) |
| Loerance Deaver 10532 Royal Chapel Dr. Dallas, TX 75229 | ) ) ) ) |
| Michael Evans 10611 DeBercy Ct. Dallas, TX 75229 | ) ) ) ) |
| Joseph Farrell P.O. Box 1164 Coventry, RI 02816 | ) ) ) ) |
| Marian Fuller 6155 Bobcat Bluff Littleton, CO 80124 | ) ) ) ) |
| Martha Garber 120 Heather Glen Coppell, TX 75019 | ) ) ) ) |
| Diana Koreski 6510 284th Ave., SE | ) ) |

| | |
|---|---|
| Issaquah, WA 98027 | ) |
| | ) |
| Allen Kropp | ) |
| 42 Idlewood Drive | ) |
| Cumberland, ME 04021 | ) |
| | ) |
| Seymour Levy | ) |
| 2800 N. Lake Shore Dr. | ) |
| Chicago, IL 60657 | ) |
| | ) |
| Charles Linster | ) |
| 500 W. Belmont Ave. | ) |
| Chicago, IL 60657 | ) |
| | ) |
| Brian Miller | ) |
| 312 Victoria Street | ) |
| El Cerrito, CA 94530 | ) |
| | ) |
| Jeffrey Mitchell | ) |
| 392 Roberts Drive | ) |
| Somerdale, NJ 08083 | ) |
| | ) |
| John Nelson | ) |
| 103 Kimball Rd. | ) |
| Amesbury MA 01913 | ) |
| | ) |
| Kathleen Niemi | ) |
| 304 Scotts Court | ) |
| Bolingbroke, IL 60440 | ) |
| | ) |
| Noel Nightingale | ) |
| 3800 S. Ferris Place | ) |
| Seattle, WA 98144 | ) |
| | ) |
| Ralph Pacinelli | ) |
| 600 Old School House Dr. | ) |
| Springfield, PA 19064 | ) |
| | ) |
| Brenda Sue Rankin-White | ) |
| 2160 Spring Creek Rd. | ) |
| Decatur, GA 30033 | ) |
| | ) |
| Bruce J. Rose | ) |
| 430 Lindbergh Drive NE | ) |
| Atlanta, GA | ) |

| | |
|---|---|
| Janette Shell | ) |
| 1145 N. Vermilion Street | ) |
| Gary, IN 60606 | ) |
| | ) |
| Jacquelyn Tellier | ) |
| 42 8th Street, #5412 | ) |
| Charlestown, MA 02129, | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| v. | ) |
| | ) |
| **Margaret Spellings, Secretary** | ) |
| U.S. Department of Education | ) |
| 400 Maryland Ave., SW | ) |
| Washington, D.C. 20202 | ) |
| in her official capacity, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, in place of any other counsel listed.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058


By: _____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2005, I caused the foregoing Praecipe to be served on Plaintiff's Attorney, June D.W. Kalijarvi via the Electronic Case Filing System (ECF) or, if this means fails, then by mail, postage prepaid, addressed as follows:

**George Chuzi**
**Heather G. White**
**June D.W. Kalijarvi (Plaintiff's Counsel of Record)**
**Kalijarvi, Chuzi & Newman, P.C.**
**1901 L Street, NW**
**Suite 610**
**Washington, D.C.  20036**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739