# Exhibit 1

## COMPARISON OF FUNCTIONAL RESPONSIBILITIES
## RSA REGIONAL AND HEADQUARTERS OFFICES

| MAJOR FUNCTIONAL AREAS | REGIONAL OFFICES | HEADQUARTERS |
|---|---|---|
| **Monitoring** | X | X |
| Monitor and Evaluate formula and discretionary grant programs. (RO) | | |
| Develops and maintains monitoring systems for all formula grant programs. (HQ) | | |
| Analyzes, coordinates and substantiates all formula grant audit findings and negotiates audit exceptions with GAO, the Office of Inspector General, and the States on behalf of RSA. (HQ) | | |
| Develops and applies standards for quality services through State program reviews in conjunction with Regional offices. (HQ) | | |
| **Technical Assistance** | X | X |
| Provide Technical assistance and Consultation to Formula Grant programs. (RO) | | |
| Provides technical consultation, policy interpretation, and advice to State VR agencies and Regional staff on the Supported Employment program. (HQ) | | |
| Serve as advocates for rights of individuals with disabilities. (RO) | | |
| Assist IHEs and other organizations/agencies to develop, implement, improve, and expand training programs designed to prepare rehabilitation professionals to provide rehab services to eligible individuals with disabilities. (RO) | | |
| Provides technical consultation, interpretation of policy matters and advice to State Vocational Rehabilitation agencies, States, Client Assistance Programs, Independent Living Part B Programs, rehabilitation facilities, and Regional staffs. (HQ) | | |
| Develops nationwide policies, standards and procedures for the guidance of State Vocational Rehabilitation agencies in providing services to disabled individuals. (HQ) | | |
| Initiates interpretations and guidance on effective rehabilitation practices consistent with the requirements and priorities of the Rehabilitation Act. (HQ) | | |
| Promotes improved rehabilitation services to the deaf, hard of hearing and speech and language impaired individuals through research, advocacy, and technical consultation. (HQ) | | |
| Oversees implementation of the Randolph-Sheppard Act and provides leadership and | | |

| Description | |
|---|---|
| consultation for public and private agencies which serve persons who are blind or visually impaired. (HQ) | |
| **Grants Administration** | |
| Possess approval/disapproval authority for selected discretionary grant programs. (RO) | X |
| Directs and manages the training grant authorities contained in the Rehabilitation Act, including long and short-term training, State agency in-service training, continuing education programs, and experimental and innovative training programs. (HQ) | |
| Administers training grants and contracts designed either to increase the supply of professional, paraprofessional, and technical personnel in various rehabilitation disciplinary areas or to improve the skills and competencies of employed rehabilitation personnel. (HQ) | |
| Provides technical guidance related to the award of discretionary grants and contracts by RSA components and ensures the efficient administration of RSA discretionary grants and contracts assigned. (HQ) | |
| **VR and IL State Plans** | |
| Exercise approval authority over State Plans (RO) | X |
| Provides technical direction and assistance on preparing and reviewing the 3-year State Vocational Rehabilitation plan preprint and related submissions. (HQ) | |
| Identifies, negotiates, and resolves State plan conformity and operational compliance problems and issues referred by Regional Offices. (HQ) | |
| **Planning** | |
| Establish program goals, objectives, and priorities. (RO) | X |
| Develops and interprets Federal regulations, policies, administrative and fiscal policies and procedures governing the use of formula grant funds by States and coordinates RSA task forces on policy. (HQ) | |
| Provide leadership to formula grant programs. (RO) | |
| Administers formula grants, develops regulations, policy, and guidelines, recommends priorities, and provides technical assistance to States and rehabilitation facilities. (HQ) | |
| Provide information for and contribute to the development of national rehabilitation policies. (RO) | |
| Serve as a focus for consideration of issues impacting on individuals with disabilities. (RO) | |
| Provides leadership and consultation in the provision of VR services to under-served | |

| | | | |
|---|---|---|---|
| populations such as the mentally ill and mentally retarded, individuals with SLD, individuals with traumatic brain injuries, and Native Americans. (HQ) | | | |
| Develops interagency cooperative agreements, procedures, and policies for cooperative programming involving State Vocational Rehabilitation agencies. (HQ) | | | |
| Acts as a focal point within RSA for executing management initiatives related to the reduction of fraud, waste, and abuse in RSA formula grant programs. (HQ) | | | |
| Coordinate Department activities with the Secretary's Regional Representative (SRR). (RO) | | | |