# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ANDERSON, | ) |
| BRYAN BASHIN, et. al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 1:05-CV01855 (RMC) |
| | ) |
| MARGARET SPELLINGS | ) |
| Secretary, Department of Education, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

DECLARATION OF THOMAS JOHNSTON

I, Thomas Johnston, declare:

1. That I am a Supervisory Personnel Management Specialist, GS-15, Human Resources Services, Office of Management, U.S. Department of Education, 400 Maryland Ave., S.W., Washington, D.C. 20202.

2. As Supervisory Personnel Management Specialist, I am responsible for supervising recruiting and staffing services for positions in the Rehabilitation Services Administration (RSA) in Washington, D.C. My staff is responsible for sending out official job offers for RSA Washington, D.C. positions.

3. On September 7, 23 and 27, 2005, my staff or I sent out e-mails offering 18 RSA regional office employees 19 positions in RSA in Washington, D.C., with one employee receiving offers for two different positions. These offers were in response to applications for employment under vacancy announcements posted at the agency. Copies of the job offers are attached to this declaration.

Pursuant to 28 U.S.C. 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2005.

THOMAS JOHNSTON
Supervisory Personnel Management Specialist
Department of Education
400 Maryland Ave., S.W.
Washington, D.C. 20202

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 11:36 AM |
| **To:** | Fuller, Marian |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialist, GS-101-13 |

Hello Ms. Fuller

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses. Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.   SONJA
202-401-0522

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 11:56 AM |
| **To:** | Farrell, Joseph |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabiliation Program Specialist, GS-101-13 |

Hello Mr. Farrell

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS at 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position.  This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses.  Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.    SONJA
401-0522

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 12:13 PM |
| **To:** | Evans, Michael |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialsit, GS-101-13 |

Hello Mr. Evans

You have been selected for the subject position

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses. Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.   SONJA
202-401-0522

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 11:29 AM |
| **To:** | Anderson, Richard |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialist, GS-101-13 |

Hello Mr. Anderson

You have been selected for the subject position.

You must notify me at 202-401-0522 by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position.  This date and time to notify me as to whether or not you accept or decline this job offer will not be extended.

OSERS will pay for relocation expenses.  Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.


THANKS MUCH.    SONJA
401-0522

1

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 12:18 PM |
| **To:** | Davis, Mary S |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialist, GS-101-13 |

Hello Ms. Davis

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended

OSERS will pay for relocation expenses. Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.


.THANKS MUCH.    SONJA
401-0522

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 11:42 AM |
| **To:** | Garber, Martha |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialsit, GS-101-13 |

Hello Ms. Garber

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses. Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment witht the Department of Education.

THANKS MUCH.   SONJA
202-401-0522

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 11:46 AM |
| **To:** | Harris, Geraldine |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialsit, GS-101-13 |

Hello Ms. Harris

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject posotion. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses. Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.    SONJA
401-0522

**Johnston, Thomas**

| | |
|---|---|
| **From:** | Johnston, Thomas |
| **Sent:** | Wednesday, September 07, 2005 10:38 AM |
| **To:** | Hunsberger, Dan |
| **Subject:** | Job Offer - Daniel Hunsberger |

Mr. Daniel Hunsberger –

This email is to confirm the job offer that I made by telephone to you on September 6, 2005. The job offer is for a position of Financial Management Specialist, GS-501-13, in RSA headquarters, Washington, DC. The announcement number that you applied under is OSERS-2005-0024.

Your salary will be $89,736 per annum (GS-13, step 7).

Please contact either Sonja Brown at (202) 401-0522 or Thomas Johnston at (202) 401-1519 to accept or decline the job offer.

We look forward to your response.

Thomas Johnston
Supervisory Personnel Management Specialist
Human Resources Services
Office of Management
U.S. Department of Education

**Johnston, Thomas**

**From:**      Johnston, Thomas
**Sent:**       Wednesday, September 07, 2005 10:41 AM
**To:**         Levy, Seymour
**Subject:**    Job Offer - Seymour Levy


Mr. Seymour Levy -

This email is to confirm the job offer that I made by telephone to you on September 2, 2005. The job offer is for a position of Financial Management Specialist, GS-501-13, in RSA headquarters, Washington, DC. The announcement number that you applied under is OSERS-2005-0024.

Your salary will be $94,721 per annum (GS-13, step 9).

Please contact either Sonja Brown at (202) 401-0522 or Thomas Johnston at (202) 401-1519 to accept or decline the job offer.

We look forward to your response.

                                        Thomas Johnston
                                        Supervisory Personnel Management Specialist
                                        Human Resources Services
                                        Office of Management
                                        U.S. Department of Education

## Johnston, Thomas

| | |
|---|---|
| **From:** | Johnston, Thomas |
| **Sent:** | Wednesday, September 07, 2005 10:39 AM |
| **To:** | Lu, Lily |
| **Subject:** | Job Offer - Lily Lu |

Ms. Lily Lu -

This email is to confirm the job offer that I made by telephone to you on September 2, 2005.  The job offer is for a position of Financial Management Specialist, GS-501-13, in RSA headquarters, Washington, DC.  The announcement number that you applied under is OSERS-2005-0024.

Your salary will be $82,259 per annum (GS-13, step 4).

Please contact either Sonja Brown at (202) 401-0522 or Thomas Johnston at (202) 401-1519 to accept or decline the job offer.

We look forward to your response.

> Thomas Johnston
> Supervisory Personnel Management Specialist
> Human Resources Services
> Office of Management
> U.S. Department of Education

## Johnston, Thomas

| | |
|---|---|
| **From:** | Johnston, Thomas |
| **Sent:** | Wednesday, September 07, 2005 10:40 AM |
| **To:** | Luster, Regina |
| **Subject:** | Job Offer - Regina Luster |

Ms. Regina Luster -

I am writing to inform you that you have been selected for the position of Financial Management Specialist, GS-501-13, in RSA headquarters, Washington, DC. The announcement number that you applied under is OSERS-2005-0024.

Your salary will be $94,721 per annum (GS-13, step 9).

Please contact either Sonja Brown at (202) 401-0522 or Thomas Johnston at (202) 401-1519 to accept or decline the job offer.

We look forward to your response.

Thomas Johnston
Supervisory Personnel Management Specialist
Human Resources Services
Office of Management
U.S. Department of Education

**Brown, Sonja**

| | |
|---|---|
| From: | Brown, Sonja |
| Sent: | Friday, September 23, 2005 12:24 PM |
| To: | Miller, Brian |
| Cc: | Brown, Sonja |
| Subject: | Vacancy Announcement #osers-2005-0016, Vocational Rehabiliation Program Specialsit, GS-101-13 |

Hello Mr. Miller

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position.  This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses.  Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.    SONJA
401-0522

1

## Brown, Sonja

| | |
|---|---|
| From: | Brown, Sonja |
| Sent: | Friday, September 23, 2005 12:29 PM |
| To: | Nelson, John |
| Cc: | Brown, Sonja |
| Subject: | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialist, GS-101-13 |

Hello Nelson

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses.  Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.   SONJA
401-0522

## Johnston, Thomas

**From:** Johnston, Thomas
**Sent:** Tuesday, September 27, 2005 1:29 PM
**To:** Nightingale, Noel
**Cc:** Brown, Sonja; Covington, Eudora
**Subject:** Job Offer - Noel Nightingale

The purpose of this email is to offer you a position of Supervisory Vocational Rehabilitation Program Specialist, GS-101-15, in RSA headquarters, Washington, DC.

You applied for and were selected under vacancy announcement OSERS-2005-0018.

Your salary will be $114,344 per annum (GS-15, step 4 ).

Please contact by noon EDT, Friday, September 30, 2005, either Sonja Brown at (202) 401-0522 or Eudora Covington at (202) 401-1517 to accept or decline the job offer.

We look forward to your response.

> Thomas Johnston
> Supervisory Personnel Management Specialist
> Human Resources Services
> Office of Management
> U.S. Department of Education

## Johnston, Thomas

**From:**     Johnston, Thomas
**Sent:**      Tuesday, September 27, 2005 1:08 PM
**To:**        Rankin-White, Sue
**Cc:**        Brown, Sonja; Covington, Eudora
**Subject:**   Job Offer - Brenda Rankin-White

The purpose of this email is to offer you a position of Supervisory Vocational Rehabilitation Program Specialist, GS-101-14, in RSA headquarters, Washington, DC.

You applied for and were selected under vacancy announcement OSERS-2005-0018.

Your salary will be $100,152 per annum (GS-14, step 5).

Please contact by noon EDT, Friday, September 30, 2005, either Sonja Brown at (202) 401-0522 or Eudora Covington at (202) 401-1517 to accept or decline the job offer.

We look forward to your response.

> Thomas Johnston
> Supervisory Personnel Management Specialist
> Human Resources Services
> Office of Management
> U.S. Department of Education

## Johnston, Thomas

**From:** Johnston, Thomas
**Sent:** Wednesday, September 07, 2005 10:41 AM
**To:** Shell, Janette
**Subject:** Job Offer - Janette Shell

Ms. Janette Shell -

This email is to confirm the job offer that I made by telephone to you on September 6, 2005. The job offer is for a position of Financial Management Specialist, GS-501-13, in RSA headquarters, Washington, DC. The announcement number that you applied under is OSERS-2005-0024.

Your salary will be $77,274 per annum (GS-13, step 2).

Please contact either Sonja Brown at (202) 401-0522 or Thomas Johnston at (202) 401-1519 to accept or decline the job offer.

We look forward to your response.

Thomas Johnston
Supervisory Personnel Management Specialist
Human Resources Services
Office of Management
U.S. Department of Education

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 11:51 AM |
| **To:** | Shell, Janette |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialist, GS-101-13 |

Hello Ms. Shell

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position. This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses. Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.    SONJA
401-0522

1

# Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 12:35 PM |
| **To:** | Spinelli, Anthony |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilitation Program Specialsit, GS-101-13 |

Hello Mr. Spinelli

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position.  This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenes.  Please contact Paul O'Connell to discuss your situation.

Thank you for your interest in employment with the Department of Education.

THANKS MUCH.   SONJA
401-0522

## Brown, Sonja

| | |
|---|---|
| **From:** | Brown, Sonja |
| **Sent:** | Friday, September 23, 2005 12:01 PM |
| **To:** | Tellier, Jacquelyn |
| **Cc:** | Brown, Sonja |
| **Subject:** | Vacancy Announcement #osers-2005-0016, Vocational Rehabilaitation Program Specialslt, GS-101-13l |

Hello Ms. Tellier

You have been selected for the subject position.

You must notify me by CLOSE OF BUSINESS 4:00 PM on September 28, 2005 as to whether or not you accept or decline the subject position.  This date and time to notify me as to whether or not you accept or decline this job offer WILL NOT be extended.

OSERS will pay for relocation expenses.  Please contact Paul O'Connell at 202-245-7465 to discuss your situation.

Thank you for your interest In employment with the Department of Education.

THANKS MUCH.   SONJA
401-0522

1