## One-Third of Individuals Exited the VR Program Nationwide with Employment, although Employment Rates Varied Significantly among State VR Agencies

More than 217,000 individuals with disabilities exited the state VR programs with employment in fiscal year 2003 after receiving customized services. This group represents one-third of the 650,543 individuals who left the program nationwide in fiscal year 2003 after submitting an application for services. The most common reasons that the remaining two-thirds of the individuals left the program without a job were that the individual refused services, failed to cooperate, or could not be located or contacted. State VR agencies collectively purchased more than $1.3 billion in services for all individuals who exited the program in fiscal year 2003, two-thirds of which was used to provide services to individuals exiting with employment. Employment, earnings, and the amount of purchased services received while in the VR program varied significantly by individuals' type of disability and other characteristics. In addition, the state VR agencies varied substantially in the employment rates they achieved, the characteristics of individuals they served, their frequency of providing certain services, and their service expenditures.

### One-Third of Individuals Exited the VR Program Nationwide with Employment in Fiscal Year 2003

Of the more than 650,000 individuals exiting the VR program in fiscal year 2003, one-third (217,557) obtained a new job or maintained their existing job for at least 90 days after receiving customized services.[6] (See fig. 2.) Most of these individuals (94 percent) exited the program with jobs that paid at least their state's minimum wage, but about half of them worked less than 40 hours per week. Overall, individuals who exited the VR program with employment earned a median income of $271 per week, or the equivalent of $14,092 per year. In addition, 30 percent of these individuals (65,832) were already working when they applied to the program, and they increased their median earnings from $225 to $300 per week between program entry and exit.[7] One state VR agency official noted that this figure may, however, underestimate the actual value of VR

---

[6] In this report we calculate the employment rate as the percentage of individuals who exited with employment after at least 90 days out of all the individuals who exited the VR program in fiscal year 2003. Education calculates the employment rate in a different manner, reporting it as the percentage of individuals who exited with employment after at least 90 days out of the group of individuals who received services under an employment plan. Education's rate is different from the employment rate we are using because Education does not include those individuals who exited without employment during the application phase or after limited services. Education's rate was 58 percent nationwide in fiscal year 2003.

[7] We are not able to adjust for inflation because individuals entered the VR program at different times. However, most individuals (75 percent) who exited the program in fiscal year 2003 entered the program less than 2 years previously.

services extended to individuals working at both program entry and exit. For example, the VR program will pay for services such as vehicle modifications and repairs necessary to help some individuals maintain transportation to and from existing jobs, but these individuals typically do not experience any earnings increase between program entry and exit.



Figure 2: Individuals Exiting the VR Program, Fiscal Year 2003 (n = 650,643)

Source: GAO analysis of Education data.

Note: Numbers do not add to 100 percent because of rounding.

Overall, two-thirds (433,086) of individuals exited the VR program without employment at some point following their initial application to the program.[8] Of those who exited without employment in fiscal year 2003,

---

[8]Almost one-quarter of these individuals had their cases closed without employment because state VR agencies could not locate or contact them. As a result, the employment status of these individuals was actually unknown at the time of their case closure. It is possible that some of these individuals may have found work between their last contact with the VR program and when the program actually closed their case.

most did so because they refused services or failed to cooperate with their VR counselor (46 percent of the time) or could not be located or contacted (24 percent). (See fig. 3.) One state VR agency official told us that the VR program has historically closed a large number of cases because individuals cannot be located or contacted. However, she also noted that individuals with disabilities coming to the VR program are often a transient population with high rates of poverty and other multiple barriers—issues that can require more time and priority than notifying VR counselors that they have moved.

**Figure 3: Reasons for Individuals Exiting the VR Program without Employment, Fiscal Year 2003 (n=433,086)**



Source: GAO analysis of Education data

Note: Numbers do not add to 100 percent because of rounding.

[a]Because these individuals could not be located or contacted, their employment status was actually unknown at the time of their VR case closure. It is possible that some of these individuals may have found work between their last contact with the VR program and when the program actually closed their case.

[b]The category of "Other" includes individuals who exited because of institutionalization, transfer to other state VR agencies, death, transportation problems, unavailability of extended services, extended employment, or "all other" reasons (in 17 percent of all cases). There is no separate category for individuals who were unable to find a job or keep a job.

Of those who exited during the application phase in fiscal year 2003, the majority (105,955) left before an eligibility determination could be made, and relatively few (26,563) left because the VR program found them ineligible. Specifically, Education's data show that 20 percent of individuals who exited during the application phase were found ineligible: 2 percent had disabilities deemed too significant to benefit from services, and 18 percent had no disabling condition, impediment to employment, or need for VR services.

Overall, the VR program invested nearly two-thirds ($872 million) of its $1.3 billion in purchased services on individuals who achieved or retained employment upon exiting the program in fiscal year 2003. State VR agencies also spent nearly $200 million on individuals who subsequently exited the program without employment because they failed to cooperate or refused services, and $112 million was spent on those whom state VR agencies were unable to locate or contact. As shown in table 2, individuals' average length of time in the program, number of services, and cost of purchased services received varied by each of the four exit categories. However, the amounts of purchased services reported by state VR agencies do not reflect the total cost of services provided to individuals in the VR program.[9] For example, state VR agencies do not report the cost of counselor time spent with each individual or the cost of services arranged for by the state VR agency but paid for by other sources.[10] In addition, the amounts of purchased services do not reflect the amounts that individuals are required to pay for certain services at the majority of state VR agencies if they demonstrate the financial ability to do so.[11]

---

[9] A study in the late 1980s found that the total dollar cost for all types of services provided to VR individuals was actually two to three times greater than the cost of purchased services alone. (See M. Berkowitz et al., *Enhanced Understanding of the Economics of Disability*, final report submitted to the National Institute of Disability and Rehabilitation Research, Richmond, Virginia: Virginia Department of Rehabilitative Services, 1988, chapter 5).

[10] VR agencies are required to utilize certain "comparable" services or benefits, if available, in part or in whole through any other program, before providing or paying for those services through the VR program. Services provided and/or paid for by other entities are included in Education's data as services furnished to an individual while in the VR program.

[11] According to the fiscal year 2003 state plans submitted by each agency to Education, a majority of state VR agencies maintain a financial needs test to determine individuals' level of financial participation for certain VR services.

Table 2: Time in Program, Number of Services, and Cost of Services by Type of Exit from the VR Program, Fiscal Year 2003

|  |  | Exited without employment, during the application phase (n = 132,518) | Exited without employment, after limited services (n = 145,868) | Exited without employment, after services under an employment plan (n = 154,700) | Exited with employment, after services under an employment plan (n = 217,557) |
|---|---|---|---|---|---|
| Time in program | Median | 77 days | 252 days | 667 days | 465 days |
|  | Mean | 142 days | 349 days | 880 days | 699 days |
| Number of services (purchased and not purchased) | Median | 0 | 1 | 3 | 4 |
|  | Mean | 0.6 | 1.4 | 3.5 | 4.2 |
| Cost of all purchased services | Median | 0 | $16 | $900 | $2,010 |
|  | Mean | $109 | $280 | $2,659 | $4,008 |
| Total cost of all purchased services |  | $14 million | $41 million | $411 million | $872 million |

Source: GAO analysis of Education data

Services received by individuals in the VR program varied both by whether they exited the program with employment after receiving services under an employment plan and whether they were employed at entry to the program. Regardless of whether they were working at application, individuals who received services under an employment plan but exited the VR program without employment received fewer job-related services, such as job search, job placement, or on-the-job supports than individuals who exited with employment. (See table 3.) In general, individuals not working when they applied to the VR program received more services than those who were already working when they applied to the program. However, individuals already working were more likely to receive diagnosis and medical treatment of their impairment as well as rehabilitation technology.

Table 3: Percentage of Individuals in the VR Program Receiving Services by Each of the 22 Service Categories Tracked by Education, Fiscal Year 2003

| | Exited with employment, after services under an employment plan | | Exited without employment, after services under an employment plan | |
|---|---|---|---|---|
| | Not working at application (n = 151,711) | Working at application (n = 65,832) | Not working at application (n = 136,006) | Working at application (n = 18,652) |
| Assessment | 69 | 68 | 66 | 66 |
| Vocational counseling and guidance | 65 | 65 | 60 | 60 |
| Job placement assistance | 41 | 20 | 21 | 16 |
| Diagnosis and medical treatment of impairment | 38 | 56 | 35 | 40 |
| Job search assistance | 37 | 19 | 22 | 16 |
| Transportation services | 31 | 16 | 29 | 20 |
| Other services | 27 | 20 | 20 | 17 |
| On-the-job supports | 21 | 12 | 12 | 9 |
| Maintenance | 17 | 11 | 12 | 11 |
| Occupational or vocational training | 17 | 9 | 14 | 12 |
| College or university training | 15 | 10 | 14 | 17 |
| Job readiness training | 15 | 5 | 11 | 5 |
| Information and referral | 14 | 15 | 11 | 12 |
| Miscellaneous training | 14 | 10 | 11 | 10 |
| On-the-job training | 6 | 3 | 3 | 2 |
| Rehabilitation technology | 6 | 19 | 4 | 7 |
| Disability-related augmentative skills training | 4 | 6 | 3 | 3 |
| Technical assistance services | 4 | 5 | 3 | 4 |
| Basic academic remedial or literacy training | 2 | 1 | 2 | 1 |
| Interpreter services | 1 | 1 | 1 | 1 |
| Personal attendant services | < 1 | < 1 | < 1 | < 1 |
| Reader services | < 1 | < 1 | < 1 | < 1 |

Source: GAO analysis of Education data

Individuals may also benefit from the VR program in important nonmonetary ways, aside from employment and earnings. For example, regardless of whether individuals leave the VR program with employment, they may increase their educational level, psychological or physical functioning, productivity in the work setting, independence for self or

| | |
|---|---|
| | family members, or integration into the community as a result of receiving VR services. However, Education does not collect data on any nonmonetary benefits that individuals achieve through the VR program aside from educational gains and identification of homemakers and unpaid family workers. Moreover, it is difficult to measure the actual influence of the VR program in assisting individuals to obtain these benefits, employment in general, or any wage increases.[12] |
| Rate of Employment, Earnings, and Purchased Services Varied by Individuals' Impairments and Other Characteristics | Individuals exiting the VR program in fiscal year 2003 had a variety of primary impairments, and individuals with mental or psychosocial impairments (including depression, schizophrenia, and drug and alcohol abuse, among others) constituted the largest group. (See fig. 4.) About 40 percent of all individuals exiting the VR program in fiscal year 2003 also had secondary impairments.[13] |

---

[12] Without an experimental or rigorous quasi-experimental design with a valid comparison group, studying actual impact of the VR program is limited.

[13] Eight percent of all cases were missing values for secondary impairment information.



Figure 4: Primary Impairments of Individuals Exiting the VR Program, Fiscal Year 2003

Source: GAO analysis of Education data

[a] All individuals classified as having no impairment exited during the application phase.

Note: Figure reflects all records containing impairment information (n = 617,770). Five percent of the records were missing impairment information. Numbers do not add to 100 percent because of rounding.

Individuals with mental or psychosocial impairments collectively realized the lowest rate of employment (30 percent). In contrast, deaf and blind individuals, each collectively comprising 5 percent of the total VR population, achieved the highest rates of employment nationwide, at 63 percent and 52 percent respectively. (See fig. 5.) Officials at three state VR agencies we visited told us that the availability of state-funded supports and follow-along services were influential in placing and keeping individuals in jobs, especially for individuals with mental impairments.



Figure 5: Rates of Exit from the VR Program by Primary Impairment Group, Fiscal Year 2003

Source: GAO analysis of Education data

Note: N = 604,051. Five percent of the records were missing impairment information. In addition, 2 percent showed that there was no impairment. All numbers do not add to 100 percent because of rounding.

Individuals with cognitive impairments (including mental retardation and specific learning disabilities) collectively achieved the lowest median rate of earnings, compared with those for all other impairment groups exiting the VR program with employment, as shown in figure 6.[14]

---

[14]For figure 6, we compared hourly wages only among the 85 percent of individuals exiting the VR program in the discrete employment category for individuals not requiring any ongoing support services in an integrated setting. We did not compare the hourly wages among all individuals exiting with employment because some impairment groups had more individuals in certain employment categories not expected to have any earnings, such as homemakers and unpaid family workers, which would reduce their overall median hourly wages. Although we consider this a less useful measure, when all individuals exiting with employment in fiscal year 2003 are included, impairment groups achieved the following median hourly wages: $7 for cognitive, $8 for mental/psychosocial, $8 for other physical, $6.67 for blind, $8.76 for orthopedic/neurological, and $9.29 for deaf.



Figure 6: Median Hourly Wage by Impairment Group among Individuals Exiting the VR Program with Employment who did Not Require Ongoing Support Services, Fiscal Year 2003

Source: GAO analysis of Education data

Individuals exiting the VR program in fiscal year 2003 after having previously participated in the VR program did not necessarily gain employment after their repeat involvement. More than 96,000 individuals (15 percent) exited the VR program in fiscal year 2003 with a prior VR case closure during the previous 3 years. As figure 7 shows, nearly three-quarters of those who previously exited the program without employment failed to achieve employment after their repeat involvement with the VR program.



Figure 7: Employment Status of Individuals Exiting the VR Program in Fiscal Year 2003 Who Previously Participated in the VR Program (n=96,165)

Source: GAO analysis of Education data

Individuals also received varying amounts of purchased services from state VR agencies, depending on their type of disability. For example, among those who exited in fiscal year 2003 with employment and did not require ongoing support services, blind or other visually impaired individuals received more in purchased service dollars ($2,889 at the median) than any other impairment group, while individuals with cognitive ($1,385) and mental impairments ($1,566) received the least. Officials at several state VR agencies for the blind told us that blind and visually impaired individuals generally require more expensive services, such as assistive technology, than individuals with other types of disabilities.

Individuals receiving Social Security disability benefits at application to the VR program comprised one-quarter (159,739) of the total VR population and collectively achieved a lower rate of employment

nationwide than nonbeneficiaries in fiscal year 2003.[15] Specifically, 29 percent of beneficiaries exited the VR program with employment in fiscal year 2003 as opposed to 36 percent of nonbeneficiaries. In addition, more Social Security disability beneficiaries required ongoing support services at their jobs, for earnings that were less than half that of nonbeneficiaries ($140 versus $300 per week at the median).[16] Beneficiaries exiting with employment (47,142) also received a median $2,765 in purchased services during their time in the VR program, or nearly $1,000 more than nonbeneficiaries at the median. Separately, beneficiaries' receipt of VR services did not necessarily reduce their dependence on Social Security disability benefits. For example, among individuals receiving SSDI benefits at their time of exit from the VR program with employment in fiscal year 2003, more than 82 percent of blind and visually impaired beneficiaries and 65 percent of nonblind beneficiaries did not have jobs that were paying enough to disqualify them from receiving continued SSDI benefits, if the work was sustained at that level.[17]

Individuals who transitioned from special education services at their schools into the workplace (transitioning students) achieved about the same rate of employment as other individuals with impairments who were

---

[15]These beneficiary figures include individuals receiving either Social Security Disability Insurance (SSDI) benefits or Supplemental Security Income (SSI) benefits, as well as individuals concurrently receiving both SSDI and SSI. Social Security beneficiaries must meet a strict definition of disability to qualify for benefits. They are presumed eligible for VR services and are considered to have a significant disability. A small number of beneficiaries (6 percent) were initially found ineligible for the VR program during the application phase because their disability was considered too significant to benefit from services (2 percent of all nonbeneficiary applicants were found ineligible for this reason). Four percent of all cases were missing values for whether an individual was receiving SSI or SSDI benefits at VR program entry.

[16]These beneficiaries were receiving SSI and/or SSDI when they exited the program with employment.

[17]These figures are based on beneficiaries' earnings at the time they exit the VR program, which is after 90 days on the job. SSDI benefits can be ceased after a beneficiary works for a 9-month trial work period and then earns a wage greater than the "substantial gainful activity" level set by the Social Security Administration, which was $800 per month for nonblind individuals and $1,330 per month for blind individuals in fiscal year 2003. We did not include individuals receiving SSI benefits in our computation because these benefits can be suspended based on an individual's total income and assets, and not just on earnings alone.

under age 22 when they applied to the VR program.[18] (See table 4.) However, the latter group was in the VR program almost twice as long and received more than double the amount of purchased services than transitioning students, and enrolled in or completed a greater degree of postsecondary education than transitioning students. This might be related to the fact that more than 70 percent of the transitioning students had cognitive impairments (as opposed to 36 percent among their same-age counterparts),[19] of which more than half were specific learning disabilities.

**Table 4: Transitioning Students Exiting the VR Program with Employment after Services under an Employment Plan, Fiscal Year 2003**

|  | Transitioning students: individuals under age 22 with IEPs at program entry who exited with employment (n = 27,223) | Nontransitional students: individuals under age 22 without IEPs at program entry who exited with employment (n = 24,956) |
|---|---|---|
| Employment rate[a] | 35% | 34% |
| Median time in VR program | 652 days | 1,047 days |
| Median cost of purchased services | $1,192 | $2,970 |
| Percent who gained postsecondary education between program entry and exit | 14% | 37% |
| Median wage at time of exit | $6.75/hour | $8.00/hour |

Source: GAO analysis of Education data

[a]This employment rate is derived from the universe of individuals under age 22 at program entry, with or without IEPs, who exited the VR program in fiscal year 2003.

---

[18]Education's data do not explicitly contain an indicator for transitioning students; therefore we classified individuals as transitioning students if they were younger than age 22 at VR program entry and had previously received special education services under an individualized education program (IEP). Overall, transitioning students comprised 12 percent (77,741) of all VR exits in fiscal year 2003.

[19]Two percent of the cases for transitioning students were missing values for impairment type, and 3 percent of the cases for individuals under age 22 without IEPs at program entry were missing values for impairment type.

## State VR Agencies Varied Significantly in the Rates of Employment They Achieved, the Populations They Served, and Their Service Expenditures

The 80 state VR agencies' employment rates ranged from 20 to 74 percent in fiscal year 2003. (App. II lists all agencies' employment and other exit rates.) Collectively, the separate state VR agencies for the blind, which exclusively serve blind or other visually impaired individuals, achieved an employment rate of 49 percent.[20] This compared with a collective employment rate of 32 percent among the general agencies and 35 percent among the combined agencies. A study commissioned by Education found that a wide range of agency and external factors may help explain state VR agencies' varied employment rates.[21] Specifically, variables found to help facilitate higher employment rates included an agency's emphasis on employment, access to ongoing support service programs, and an agency's proportion of individuals with mental retardation, visual impairments, or existing employment at the time of application to the VR program. Conversely, poor labor market conditions, particularly high unemployment rates, were reported as being among the most influential hindrances to an agency's performance.

The 39 state VR agencies using an order of selection process collectively achieved a slightly lower rate of employment in fiscal year 2003 than the group of 41 agencies not using an order of selection process. Specifically, the collective employment rate was 32 percent among agencies with orders and 35 percent among agencies without orders. In addition, both groups had a wide range of employment rates among individual agencies. Specifically, state VR agencies' rates of employment ranged from 20 to 62 percent among agencies with orders and from 21 to 74 percent among agencies without orders. State VR agencies with orders are required to give priority acceptance to the category of applicants with "most significant" disabilities, and accept categories of applicants with "significant" and "nonsignificant" disabilities with decreasing priority. As a result, while we expected the group of agencies with orders to experience more individuals exiting during the application phase, the rate of individuals exiting during the application phase was 21 percent among agencies with orders as opposed to 19 percent among agencies without orders. Moreover, agencies with orders varied in how they administered

---

[20]This employment rate for the 24 blind agencies includes 32 percent of individuals exiting as "homemakers." If those exiting as homemakers were reclassified from the employment category to an unemployment category, the blind agencies' collective employment rate would be 33 percent for fiscal year 2003.

[21]See RTI International, *Study of Variables Related to State Vocational Rehabilitation Agency Performance* (Revised Draft Final Report), (October 2004).

their order of selection policies. For example, agencies with orders opened and closed their priority service categories at varying points during the year, depending on their available resources and population projections, thus affecting the proportion of individuals being accepted into their programs with most significant or significant disabilities. Further, agencies with orders varied in how they defined a most significant disability and how many service categories they expected to serve during a particular fiscal year.[22] Specifically, according to the state plans submitted to Education by state VR agencies for fiscal year 2003, 2 of the 39 agencies with orders expected to serve only individuals with most significant disabilities. In contrast, 11 agencies had orders of selection in place for fiscal year 2003, which indicated they could not serve all eligible individuals, yet they expected to serve all eligible individuals who applied to their program during fiscal year 2003.

State VR agencies' proportion of individuals in each impairment category varied significantly. (App. III shows the proportion of individuals in each impairment category by agency.) For example, the incidence of individuals with mental or psychosocial impairments at combined or general state VR agencies ranged from 1 percent to more than 50 percent. Education officials told us that one of the reasons for such variation may be state VR agencies maintaining third-party cooperative agreements with certain outside entities, such as state mental health institutions, which result in higher proportions of individuals in their VR population with corresponding impairments.

State VR agencies also varied in the proportion of Social Security disability beneficiaries they served, from 7 to 66 percent, and Education and state VR agency officials told us that this proportion can influence an agency's overall employment rate and average hourly earnings among those exiting with employment. In addition, although beneficiaries' employment rate nationwide was 29 percent, their collective employment rates at individual state VR agencies ranged from 9 to 68 percent. (See app. IV for a list of

---

[22]Under the Rehabilitation Act, state VR agencies invoking orders of selection define what constitutes a most significant disability. Many of these agencies define a most significant disability as one that seriously limits two or more functional capacities, among other varied criteria. Numerous other agencies, however, define it as one that seriously limits three or four functional capacities. All agencies must define a significant disability, in accordance with the Rehabilitation Act, as one that seriously limits at least one functional capacity and can be expected to require multiple VR services over an extended period of time. All Social Security disability beneficiaries automatically qualify as having at least a significant disability.

each agency's employment rate.) Moreover, agency officials in two states told us that because their state legislatures passed Medicaid buy-in programs, they expected increasing numbers of Social Security disability beneficiaries to begin working or earning higher wages because they no longer feared the loss of important health care benefits, which many automatically received as disability beneficiaries.[23]

State VR agencies also varied in the extent to which they worked closely with the One-Stop system in their states, although Education's data did not completely capture this variation. Education's data showed limited interaction overall between state VR agencies and One-Stop centers. For example, it showed One-Stop centers providing services to less than 1 percent of all individuals who exited the VR program nationwide in fiscal year 2003. In addition, Education's data indicated that 3 percent of all individuals who exited the program in fiscal year 2003 were initially referred to the program by a One-Stop center. However, these data understate the extent of integration by state VR agencies in some states with One-Stop centers or WIA program partners.[24] For example, all of Minnesota's VR offices are co-located at One-Stop centers,[25] and officials at each of the other state VR agencies that we visited told us they had at least some staff colocated at One-Stop centers on an itinerant basis. State VR agency officials in Minnesota cited a number of benefits to office colocation, such as additional services being more readily available, and credited the leadership both within their state parent agency at the Department of Employment and Economic Development and within local regions for the successful colocation of their VR offices. In contrast, officials at most of the other state VR agencies that we visited told us that their interaction with the One-Stop centers in their state was limited and that individuals in their VR programs did not receive very many, if any, services at the One-Stop centers, for a variety of reasons. They told us that these reasons included delayed or late implementation of One-Stop

---

[23]The Medicaid Buy-in program was part of the 1999 Ticket to Work and Work Incentives Improvement Act that allows states to adjust their statutes to enable more persons with disabilities to maintain health benefits even after attaining employment.

[24]State VR agency officials in Minnesota told us there may be inconsistency in how colocated VR offices credit who provides a certain service to an individual in the VR program (i.e., the VR office or the One-Stop center) because Education collects information on only one possible provider for each service. Education does not collect data about services provided at or referrals from colocated VR/One-Stop offices.

[25]An exception is the main blind state VR agency office, which is affiliated with the main One-Stop center in the area.

centers in their state, leasing and other legal problems relating to office colocation, lack of physical accessibility at some One-Stop centers, and the lack of specialized training or services available at One-Stop centers necessary to help individuals with disabilities to obtain or advance in employment.

While state VR agencies varied in the proportions they spent on different service categories, there were general trends across all agencies with respect to expenditures on certain services.[26] Overall, agencies largely focused on assessment, guidance, counseling, and job placement, but did not focus as much on certain other services, such as postemployment services, transportation, or personal assistance services. (See app. V for a list of the percentages spent by each state VR agency on each service category.) Specifically, state VR agencies spent half of their collective total caseload "service budgets" in fiscal year 2003 on assessment, guidance, counseling, and placement.[27] In contrast, they spent less than 1 percent on postemployment services for individuals who previously exited the VR program with employment but required additional services to maintain or advance in their existing jobs. State VR agency officials told us that VR counselors are generally not recognized, in terms of achieving an employment exit, for providing postemployment services. However, Education and several state VR agency officials told us that postemployment services are important for some individuals to maintain their employment. For example, services such as updated computer-assistive technology or software help to coordinate with an employer's new computer system or ongoing mental health services help individuals with mental impairments to cope with new psychosocial issues that arise while on the job.

---

[26] Agencies' expenditures generally include both actual expenditures and unliquidated obligations incurred during the fiscal year. However, during our reliability assessment of Education's RSA-2 dataset containing agencies' reported expenditures, we found that 2 of the 15 agencies we interviewed do not report both their expenditures and unliquidated obligations for a particular fiscal year, as instructed by Education's policy directive. Although we did not determine how many agencies only report actual expenditures, we were still able to conclude that the RSA-2 dataset was sufficiently reliable for our use.

[27] An agency's service budget includes the total amount of services, including those purchased and provided in-house by an agency or agency-operated community rehabilitation program, for assessment, counseling, guidance, placement, diagnosis and treatment of physical and mental impairments, training (including postsecondary education), maintenance, transportation, personal assistance services, and all other services.

State VR agencies varied in the proportion of their total fiscal year 2003 budgets that they spent on providing services, from 43 to 95 percent. Their remaining expenditures were for administrative costs, which varied from 5 to 57 percent of their total budgets.[28] (See app. VI for a list of each state VR agency's administrative costs as a percentage of total expenditures.) The 24 blind state VR agencies collectively spent more of their total budgets on administrative costs than did the collective group of general agencies or combined agencies.[29] This may be because of the cost of maintaining separate blind VR agencies that on average serve fewer individuals than the general or combined agencies. In addition, the group of blind agencies had the highest per capita cost overall for assisting individuals to achieve employment. Specifically, blind agencies spent an average of $42,392 for every person that exited one of their VR programs with employment in fiscal year 2003, compared with an average of $13,640 at the general agencies and $21,501 at the combined agencies.[30] (See table 5.) For each state VR agency's average total expenditure per person exiting its program with employment in fiscal year 2003, see appendix VII.

---

[28]While Education's written guidance informs state VR agencies to include expenditures such as administrative staff salaries, rent, utilities and supplies in their reporting of administrative costs, Education officials told us there is not uniformity in how agencies categorize and report all such expenditures. For example, some state VR agencies report actual administrative expenditures at their field offices in the expenditure category for counseling and guidance services provided by VR personnel.

[29]The average percentage of total agency budgets spent on administrative costs was 17 percent among the blind agencies, 15 percent among the combined agencies, and 11 percent among the general agencies.

[30]These averages are based on an agency's total expenditures in fiscal year 2003 as well as the total number of individuals who exited their program in fiscal year 2003 with employment.