**Table 5: Per Capita Service Costs by Each Type of State VR Agency, Fiscal Year 2003**

| | Blind state VR agencies (n = 24) | General state VR agencies (n = 24) | Combined state VR agencies (n = 32) |
|---|---|---|---|
| Average expended per person served in fiscal year 2003 | $8,601 | $2,908 | $3,998 |
| Average expended per person exiting with employment in fiscal year 2003 | $42,392 | $13,640 | $21,501 |
| Average percentage of persons exiting with employment of all persons served in fiscal year 2003 | 23% | 22% | 20% |

Source: GAO analysis of Education data.

Officials at one separate state VR agency for the blind that we visited said their agency's specialization allows them to understand and rehabilitate blind and visually impaired VR individuals better than combined VR agencies that do not have as specialized a focus on individuals with these impairments. However, blind and visually impaired individuals collectively achieved a 50 percent employment rate when served at blind state VR agencies, compared with a 56 percent employment rate when served at combined state VR agencies.[31] Moreover, blind and visually impaired individuals exiting the VR program with employment in fiscal year 2003 received less in purchased services while in the program and slightly lower weekly earnings when they exited from blind state VR agencies as compared with combined agencies. (See table 6.)

---

[31]We excluded the 6 percent of individuals with blindness or other visual impairments who exited the 24 general state VR agencies in fiscal year 2003 because it is possible that those with less severe visual impairments would be serviced by these general agencies that also have a separate VR agency devoted solely to the blind in their state. However, blind and visually impaired individuals exiting general agencies in fiscal year 2003 collectively achieved a 39 percent employment rate. If individuals exiting as homemakers were reclassified from the employment category to an unemployment category, the blind agencies' employment rate among the blind and visually impaired would be 34 percent, and the combined agencies' rate would be 37 percent.

**Table 6: Blind or Visually Impaired Individuals Exiting with Employment from Blind State VR Agencies versus Combined State VR Agencies, Fiscal Year 2003**

| | Blind or visually impaired individuals exiting blind state VR agencies with employment (n = 8,210) | Blind or visually impaired individuals exiting combined state VR agencies with employment (n = 8,527) |
|---|---|---|
| Median earnings at closure | $180 / week | $195 / week |
| Median hours worked at closure | 21 hours / week | 25 hours / week |
| Median cost of purchased services | $1,800 | $2,645 |
| Median number of services | 4 | 4 |
| Median time in program | 401 days | 486 days |

Source: GAO analysis of Education data

## Education's VR Performance Measures Are Not Comprehensive, and Its Monitoring of State VR Agencies' Performance Has Not Resulted in Timely Feedback

Education's VR performance measures are not comprehensive in that they count only individuals exiting VR programs and fail to measure key populations. Moreover, the targets Education sets for performance do not take into consideration regional differences in VR populations or allow for comparisons across workforce programs. Education's monitoring reports—state VR agencies' primary source of feedback—are frequently late and based on data that are more than 2 years old. As a result, state VR agencies are not getting the kind of timely feedback they need to improve the efficiency and effectiveness of their programs. Education's recent decision as part of its restructuring efforts to eliminate its regional VR offices, which had conducted most of the monitoring of state VR agencies, has made the details of the future monitoring process unclear.

### VR Performance Measures Are Not Comprehensive, Do Not Take into Account State Variations, and Do Not Allow for Comparison with Other Workforce Programs

Education's performance measures have a number of weaknesses, as they are not comprehensive, do not take into account demographic and economic variations among states, and do not incorporate common measures to allow for comparison of workforce programs across executive branch agencies. For example, Education cannot use the current performance measures to comprehensively evaluate the state VR agencies' performance because the measures do not include data on the individuals still receiving services in the VR system, who made up nearly 40 percent of the state VR agencies' service population in fiscal year 2003. Instead, Education's performance measures reflect only the individuals who exit

the program.[32] Education does not track specific information on the services provided, costs, and related data until after individuals exit the program, although this information is generally collected by each state VR agency. As a result, Education cannot determine how well the program is accomplishing its purpose of assisting individuals with disabilities to maximize their employment, economic self-sufficiency, independence, and inclusion and integration into society. Additional measures could also add to the balance of performance measurement to ensure that the organization's various priorities are covered and to prevent skewed incentives.[33] In fact, a study commissioned by Education reported that because the VR employment rate includes only those who exited the VR program, some agencies avoid closing out certain cases in order to meet the performance target for that year.[31]

The performance measures also do not isolate data on certain key populations of VR participants. For example, there are no separate performance targets for transitioning students or individuals receiving postemployment services. As a result, Education does not know the extent of these populations, the services provided to them, or the results they achieve. While Education focused on transitioning students in its fiscal year 2003 monitoring guide and held a national conference on transitioning students in June 2005, it does not use the data captured on this population in performance measures or evaluate the results and resources necessary to assist them. In contrast, according to Education officials, Education wants to move away from counting homemakers as a category of employment but continues to measure performance in this area, including homemakers in its employment outcome. In addition, Education does not capture individual-level data related to postemployment services, which some state VR agencies told us are important in helping former participants maintain their employment, despite the need for these measures to help assess the impact of these services.

---

[32]According to past GAO work, one key attribute of a successful performance measure is its coverage of all activities that an entity is expected to perform to support the intent of the program. GAO, *Tax Administration: IRS Needs to Further Refine Its Tax Filing Season Performance Measures*, GAO-03-143 (Washington, D.C.: Nov. 22, 2002).

[33]GAO-03-143.

[31]See RTI International.

Education has set uniform performance targets for state VR agencies to meet that do not take into account demographic and economic variations within states. For example, one performance measure intended to measure the quality of job placement compares the average wage of individuals exiting the VR program with employment to the average wage of the general population within a state overall, rather than to the population in similar types of jobs or industries. Recognizing that the VR population is different from the general population, Education set the performance target for general and combined state VR agencies as a 0.52:1 ratio to the average state wage. However Education's performance target still does not capture variations in wages within states, which are outside the agencies' control and can affect agencies' ability to achieve performance levels. For example, some states, such as California, have wide variations in wages across the state because of high wages in certain areas that might skew the wage and make it more difficult to perform well on this indicator. In addition, a study commissioned by Education found that equaling or exceeding achievement on another performance measure intended to compare the number of individuals exiting VR services in the current year with that in the prior is "very difficult to achieve in times of declining resources and a poor labor market," both of which may vary by region or state.[35] Unlike the Department of Labor (Labor), which negotiates performance levels for its job training and employment programs under WIA, Education does not currently negotiate performance targets for performance measures with each state VR agency. The same study recommended that Education evaluate the degree to which adoption of alternatives to average state wage, such as entry-level wages, median wage or national mean wage, might improve this performance measure. Education has considered negotiating performance targets by state but has not implemented negotiations.

In contrast to other federal workforce programs, Education's VR program has not yet adopted the OMB-required common measures that allow for comparison of these programs across agencies, but agency officials told us that they are working toward meeting this requirement. OMB's PART review recommended that Education collect the necessary data to support new common measures among workforce programs.[36] Labor created a set of common measures for job training and employment programs, which

---

[35]See RTI International.

[36]It also recommended that Education consider whether additional measures were appropriate for the program.

affect programs in Labor, Education, and several other agencies,[37] and apply to programs serving adults and to those serving youth.[38] Labor required most of its programs to implement the common measures by July 1, 2005, and is working with Education to come to an agreement on the measures and the data it will use.[39] While Labor's state programs generally have access to the data necessary to compute the common measures as they are collected by state labor departments,[40] some state VR agencies have more difficulty obtaining the data because access sometimes requires establishment of data-sharing agreements. In addition, some states have privacy laws protecting the confidentiality of these data, which may further limit the ability of state VR agencies to collect them. Finally, some state VR agency officials expressed concerns that common measures will invite unfair comparisons between VR and other WIA partner programs. For example, they told us that these comparisons would not be fair or valid for state VR agencies because the populations they serve are unique and require a different mix of services or more resources than the populations served by general workforce programs.

Education has not reviewed or revised its performance measures as required under the Rehabilitation Act, although Education plans to evaluate them within the next year. Specifically, the act requires Education to review and, if necessary, revise the evaluation standards and performance measures every 3 years. However, Education has not done so since the measures were first regulated in fiscal year 2000. Although Education's existing performance measures are generally consistent with the program's purpose to promote the employment of individuals with disabilities, OMB's PART review, Education's own study,[41] and many of the

---

[37]Additional agencies affected by the common measures are the Department of Health and Human Services, Department of Veterans Affairs, Department of the Interior, and Department of Housing and Urban Development.

[38]The measures for adults include the percentage of individuals who entered employment, the percentage of individuals who retained employment for at least 6 months, and the increase in earnings of these individuals. The measures for youth include the percentage of individuals who entered employment or education, the percentage of individuals who attained a degree or certificate, and the increase in the literacy and numeracy skills of program participants.

[39]Labor required other programs to implement the common measures by October 1, 2005.

[40]Several of the common measures require access to state Unemployment Insurance wage data.

[41]See RTI International.

state VR agency officials that we contacted, have recommended that Education modify some VR performance measures, eliminate some measures, or add to its existing measures.

## Education Does Not Effectively Monitor and Manage the Performance of State VR Agencies

In monitoring and managing the performance of state VR agencies, Education does not provide timely feedback, censure poorly performing agencies, or take full advantage of opportunities to promote the sharing of best practices among state VR agencies. Education provides feedback to state VR agencies through on-site monitoring visits and reports of annual reviews of performance, many of which are not issued on a timely basis. According to Education officials, as of July 2005 its regional offices had not issued 10 of the 80 monitoring reports expected for fiscal year 2003 and an additional 4 reports are still in process. Further, at least 32 of the 66 monitoring reports issued as of July 2005 were issued 6 months or more after the monitoring reviews.[42] In an effort to address the timeliness and quality of its monitoring reports, Education discontinued its practice of having regional commissioners approve reports and now requires all reports to be approved and issued by Education headquarters staff. However, as of July 2005 Education had issued 7 out of the 80 state VR agency monitoring reports for its revised fiscal year 2004-2005 time frame.[43]

Education's process for monitoring state VR agencies has been impeded by the use of old data.[44] As part of its performance assessment of state VR agencies, Education requires them to submit performance data by December 1, or 60 days after the end of the fiscal year. Until recently, Education took more than a year to identify and correct errors in the data and produce reliable data for its regional offices to use in monitoring. As a

---

[42]While Education provided data on the status of fiscal year 2003 monitoring reports (issued, not issued, or in process) for all 80 state VR agencies, it only provided data on the time period between monitoring reviews and the issuance of fiscal year 2003 monitoring reports for 44 of 65 reports issued to date.

[43]In early 2004, Education instituted a 2-year monitoring cycle for fiscal year 2004 and fiscal year 2005.

[44]Education collects a large volume of data from state VR agencies and then compiles these data into tables. Education provides these tables containing numerous data elements, such as state VR agency expenditures by service and function, participants' average time between various stages of the VR program, and employment rates by impairment category, to its regional offices to use to monitor state VR agencies' performance and give them feedback.

result, regional offices end up using 2-year-old data when conducting monitoring reviews and issuing reports. In addition, Education consistently processes its VR data too late to meet the deadline of November 15 that OMB established in implementing GPRA for executive branch agencies to issue annual reports on program performance for the previous fiscal year. OMB's 2006 PART review recommended that Education improve program management using existing performance data and make these data available to the public in a timelier manner. Education has shown improvement by issuing fiscal year 2004 performance data 5 months after it collected the data, although it still has not met OMB's deadline.

Education does not consistently censure poorly performing or reward high- performing state VR agencies. The Rehabilitation Act requires state VR agencies that fail to meet the performance targets for 1 year to develop a program improvement plan and allows Education to withhold funds from a poorly performing state VR agency—the most severe sanction prescribed by the Rehabilitation Act—in cases where agencies fail to meet the performance targets for 2 or more consecutive years. However, failing agencies do not always develop program improvement plans nor does Education follow up to ensure their completion. In addition, Education has never withheld funds from a poorly performing state VR agency despite the fact that some agencies failed the performance targets for 2 or more consecutive years, including two agencies in fiscal year 2003. Education could not tell us the extent to which agencies have or have not developed improvement plans because of failing targets. Further, while Education does not have authority to provide financial rewards for high-performing state VR agencies, it has not developed other means for rewarding high performance, even though other federal workforce and education programs have developed performance incentives.[45] For example, Labor awards incentives and imposes sanctions on workforce programs based on negotiated performance goals as allowed under WIA.

[45]However, WIA reauthorization legislation pending as of July 2005 contains incentives for successful state VR agencies, including incentive grants for state VR agencies that demonstrate a high level of performance or significantly improve their level of performance in a reporting period.

Beyond the monitoring process, Education relies on the regional offices to promote the sharing of best practices among state VR agencies.[46] Meetings organized by the regional office provide opportunities for state VR agencies in the region to share information on best practices. Education also uses its Web site to disseminate information on best practices. However, as of July 2005 Education's Web site related to featured practices contained two practices submitted by state VR agencies, and the site is not frequently updated. Further, Education collects a large repository of data and the results of performance measures, but it does not review them to identify best practices among the state VR agencies.[47] Education also hosts several national conferences, which provide a venue for state VR agency staff to share information with one another.[48] In addition, Education hosts e-mail list services relating to issues such as the Social Security Administration's Ticket to Work program, deafness, mental illness, and informational issuances.

## Decision to Eliminate Regional Offices Has Made Details of the Future Monitoring Process Unclear

In early 2005, Education decided to restructure its VR program. As part of the restructuring, Education decided to eliminate its regional offices, which had conducted most of the monitoring of state VR agencies to date. According to Education officials, the restructuring was necessary to align the program in a manner to help meet the priorities of the administration and the Secretary. As part of its restructuring plan, Education included an interim monitoring plan that did not contain many details. Education has created a steering committee to look at how monitoring might be accomplished under the new structure and held a conference in August 2005 in order to create a blueprint for monitoring, but it has not completed a final monitoring plan and does not expect to have one in place until about one year after the conference.

---

[46]Best practices refer to the processes, practices, and systems identified in public and private organizations that performed exceptionally well and are widely recognized as improving an organization's performance and efficiency in specific areas. Successfully identifying and applying best practices can reduce expenses and improve organizational efficiency.

[47]Although Education requires the collection of certain data during monitoring visits to state VR agencies, such as data on transitioning students in fiscal year 2003 and on homemakers in fiscal year 2004, as of June 2005 it had yet to analyze these data.

[48]These conferences included the National Transition Conference and National Forum of the Thirty-First Institute on Rehabilitation Issues (IRI).

In the absence of a final monitoring plan, VR agency officials in several states expressed concern that the elimination of the regional offices may make the monitoring process more difficult for a number of reasons. Specifically, they expressed concern that

- Education's proposed reduction of its RSA staff will leave an insufficient number of staff to provide any significant feedback and to carry out the monitoring functions,[49]

- the reduction in staff would result in a loss of institutional knowledge on the details of their particular program, and

- the elimination of the regional offices will make it difficult to have a knowledgeable single point of contact within Education.

When announcing its decision to restructure, Education stated that it plans to devote as many staff as necessary to monitor state VR agency performance. In addition, an Education official said that the plans are to continue its annual reviews of the agencies, but it will conduct on-site monitoring review visits less frequently than the annual reviews done in the past. Education also announced that it will assign a single point of contact to each state VR agency under its new structure.

## Conclusions

Many people with disabilities face a number of barriers to entering or returning to the workforce, and ultimately achieving independence. The VR program was conceived to provide the comprehensive and intensive services needed to overcome these barriers, and indeed more than 200,000 individuals with disabilities were working in fiscal year 2003 after receiving VR services. However, twice as many individuals left the VR program in fiscal year 2003 without getting a job, and individual state VR agencies varied widely in the proportion of individuals who exited their programs with jobs as compared with those who did not.

Education designed its system of performance measures to focus on the group of individuals who exit the VR program with employment. In doing so, it has made evaluating state VR agencies' performance with respect to the rest of the service population difficult. Little is known about the

---

[49]As of April 2005, RSA had 138 staff members. Once its restructuring is completed, RSA projects that it will have 81 staff members.

hundreds of thousands of individuals who received services but had not left the program by the end of fiscal year 2003 because Education does not require the state VR agencies to report detailed information about them. As a result, it is difficult for Education to assess performance in areas such as the timeliness, cost, and quality of the services provided to this population. In addition, this system fails to account for performance relating to special populations, such as transitioning students, that Education has encouraged the state VR agencies to serve. Further, its performance measures do not take into account demographic and economic variations among states. As a result, it is difficult for Education to assess whether or not state VR agencies are effectively and efficiently serving these individuals.

Whatever system of performance measures Education chooses to use, it will have little impact on changing the performance of state VR agencies unless Education provides timely and effective feedback to the agencies regarding their performance. Without timely information, state VR agencies may delay in undertaking necessary corrective action to improve performance. Further, in the absence of incentives for good performance or consequences for poor performance, state VR agencies may not find sufficient reasons for performing at the level that Education sets out for them. Yet Education's provision of constructive feedback has been hindered because of untimely or incomplete monitoring reports. Until recently, the time Education needed to analyze performance data also contributed to delays in providing feedback. Although Education significantly reduced the time it needed to analyze fiscal year 2004 data, it has yet the meet OMB's reporting requirements related to GPRA. Further, Education has missed opportunities for providing feedback by failing to require that some poorly performing agencies develop performance improvement plans.

While Education has begun planning for alterations to its monitoring process to provide better and timelier feedback to state VR agencies, there are too few details at this point to be able to assess whether the new process will achieve this intent. As it deliberates on these changes, it will be important for Education to consider the input of all stakeholders in the current monitoring process. In addition, it will be important to consider such issues as how frequently monitoring visits should be made and how much data the monitoring staff will need to conduct such reviews.

Finally, with the elimination of the regional offices, officials in each of the 80 separate VR agencies may find it more difficult to learn about best practices used by other agencies. Education will need to explore

alternative means to share information about best practices in an efficient manner.

# Recommendations for Executive Action

To improve Education's performance measures and its monitoring of state VR agencies, we recommend that the Secretary of Education

- Reevaluate Education's performance measures to determine whether they reflect the agency's goals and values and ensure that sufficient data are collected to measure the performance of this program. As part of this evaluation, Education should consider:
  - developing additional measures to evaluate performance relating to individuals who remain in the VR program as well as to certain special needs populations, such as transitioning students;
  - revising performance measures to account for additional factors such as the economy and demographics of the states' populations or adjusting performance targets for individual state VR agencies to address these issues, while also considering the costs and benefits associated with collecting additional data; and
  - continuing its work to develop performance measures in line with OMB's common measures.

- Take steps to continue improving the timeliness of the performance data Education collects and analyzes to ensure that data are available for timely feedback to state VR agencies as well as to comply with the GPRA reporting requirements established by OMB.

- Ensure that Education's new plan for the monitoring of state VR agency performance addresses issues such as the timeliness of monitoring reports and the frequency of on-site visits that will be necessary to adequately gauge performance.

- Ensure that it consistently applies its existing consequences for failure to meet required performance targets or consider developing new consequences that it will be willing to apply in such situations. Further, Education should consider whether developing incentives such as recognition for successful performance would provide a more useful tool for encouraging good performance.

- Develop alternative means of disseminating best practices among state VR agencies in light of the elimination of the regional offices, such as a central repository of best practices information.

## Agency Comments and Our Evaluation

We provided a draft of this report to Education for comment. In commenting on the report, Education indicated that it is in full agreement that better measures and monitoring could improve the performance of the VR program. However, Education did not specifically comment on each recommendation.

In addition, Education highlighted initiatives either planned or under way to improve the management of the VR program. Several of these initiatives addressed issues raised in our report for which we recommended changes. In particular, Education agreed with our findings on performance measures and indicated that the department is currently working to address these issues. Education also described the steps it is taking to implement a new system for monitoring state VR agencies. Further, the agency indicated that it will broaden the dissemination of the information it produces and will publicize the availability of its monitoring and analytic work products. Moreover, Education acknowledged that it will do more to highlight performance related to certain key populations such as transitioning students.

While acknowledging the importance of monitoring and feedback, Education pointed out that state VR agency performance is influenced by a number of factors that are beyond Education's control. It also pointed out that the state VR agencies are aware of their own patterns of expenditures and outcomes and that the most fundamental opportunities for improvement are at the state level. We recognize the challenge Education faces in managing a program that is carried out through agencies that are not under its direct control. However, we believe that, by establishing better performance measures and implementing a better monitoring system that includes dissemination of comparative information about the performance of state VR agencies, Education will be in a better position to manage this decentralized program.

Education also expressed concern that the manner in which we calculated the employment rate for individuals exiting the VR program might be confusing because it differs from the way in which Education calculates this rate. We believe that it is important to report the outcomes of all the individuals who exited the VR program in fiscal year 2003 because more than 40 percent of those who applied for services left the program before receiving services and because a low percentage of the individuals who left before receiving services were found ineligible.

Education also provided technical comments, which we have incorporated as appropriate. Education's comments are provided in appendix VIII.

Copies of this report are being sent to the Department of Education, appropriate congressional committees, and other interested parties. The report will also be made available at no charge on GAO's Web site at http://www.gao.gov. If you or your staff have any questions, please contact me at (202) 512-7215. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made major contributions to this report are listed in appendix IX.

Robert E. Robertson
Director, Education, Workforce,
    and Income Security Issues

# Appendix I: Scope and Methodology

To determine the extent to which state vocational rehabilitation (VR) agencies assist individuals in achieving employment, we primarily used the Department of Education's (Education) Rehabilitation Services Administration (RSA) RSA-911 case service dataset from fiscal year 2003, which was the most recently available in time for us to use in production of this report. We used Education's RSA-2 expenditure dataset from fiscal year 2003 to compute service expenditures and to compute the information in appendix V, appendix VI, and appendix VII.

The RSA-911 is an individual-level dataset collected annually by Education from each of the 80 state VR agencies regarding every individual who exits the VR program during a particular fiscal year. The record for each individual includes information such as whether or not the individual exited the VR program with employment, the weekly earnings and hours worked if the individual exited with employment,[1] the types of services received, and numerous demographic factors, such as disability type, gender, age, race and ethnicity, public benefits at program entry and exit, and any income from work at program entry. Counselors or other staff at each state VR agency typically input this information from each individual's case file into their agency's data system, which ultimately produces the RSA-911 file sent annually by that agency to Education. Education uses standardized, electronic testing to check each agency's submitted data for errors and anomalies before publishing them and requires agencies to correct or verify data elements that are missing, "impossible," or outside "reasonable" ranges.

We assessed the fiscal year 2003 RSA-911 dataset and determined that it was sufficiently reliable for our use. Specifically, we performed electronic testing on all 650,643 case records contained in this dataset to identify any missing data, errors, or anomalies. In addition, we interviewed key Education officials responsible for collecting, verifying, and publishing RSA-911 data to better understand their data reliability assessment process, as described above, in part. We also performed structured interviews with key officials who work with RSA-911 data at multiple state VR agencies to better understand the processes by which agencies collect, safeguard, and report these data to Education.

---

[1]For individuals exiting in the homemaker or unpaid family worker categories of employment, who are not expected to achieve any earnings, we converted to zeros all of the missing values that existed in the dataset for these individuals' earnings at exit.

In order to more easily report some of our data findings, we recombined the categories for certain RSA-911 data elements, such as type of disability[2] and type of exit or case closure.[3] We then computed descriptive statistics, including frequencies and cross-tabulations, to produce the majority of data findings described in this report. Using these data, we calculated the employment rate in a different manner than Education. Education calculates the employment rate as the percentage of individuals who exited with employment after at least 90 days out of the group of individuals who received services under an employment plan, but does not include those individuals who exited without employment during the application phase or after limited services.

We also assessed the fiscal year 2003 RSA-2 dataset and determined that it was sufficiently reliable for our use. The RSA-2 contains aggregated agency expenditures from each of the 80 state VR agencies as reported in various categories, such as administration and different types of services. We interviewed key Education officials and learned that each state VR agency may use a different system for aggregating and reporting its RSA-2 data to Education. Therefore, we performed structured interviews with key officials at 15 state VR agencies in order to assess the processes, safeguards, and overall reliability in agency production and reporting of these data. We selected these 15 state VR agencies to interview because they collectively constituted more than 50 percent of all total expenditures by the VR program in fiscal year 2003 and included blind, general, and combined state VR agencies. Among these 15 agencies, we generally found that their processes and policies were sufficient to ensure data reliability for the purposes of this report.

To further determine the extent to which state VR agencies assist individuals in achieving employment as well as the extent to which

---

[2]Education collects 19 different data codes for type of primary impairment and 37 codes for an impairment's cause or source. We collapsed these 19 primary impairment codes into the 6 categories, used in this report, as follows: codes for Blindness, Other Visual Impairments, and Deaf-Blindness became our "Blind" category; the 5 codes relating to deafness or hearing loss became our "Deaf" category; the 4 codes relating to orthopedic or neurological impairments became our "Orthopedic/neurological" category; the codes for Communicative impairments, Respiratory impairments, General physical debilitation, and Other physical impairments became our "Other physical" category; the code for Cognitive impairments remained our "Cognitive" category; the codes for Psychosocial and Other mental impairments became our "Mental/psychosocial" category.

[3]The background section of this report describes how we collapsed Education's seven case closure categories into the four exit categories used in this report.

Appendix I: Scope and Methodology

Education monitors and measures performance to manage this decentralized VR program, we interviewed key program officials at Education's headquarters and each regional office responsible for monitoring the state VR agencies. In addition, we reviewed relevant laws and regulations, Education policy documents relating to the VR program, and the 80 state VR agency's fiscal year 2003 state plans. We also conducted site visits to the 9 state VR agencies in California, Maryland, Minnesota, New Mexico, Tennessee, and Virginia. We selected these sites to achieve a mix of state VR agency structures (including general, blind, and combined agencies), operations, performance, and geographic diversity. We conducted our review from August 2004 through September 2005 in accordance with generally accepted government auditing standards.

# Appendix II: State VR Agency Exit and Employment Rates, Fiscal Year 2003

| | Exited without employment, during the application phase | Exited without employment, after limited services | Exited without employment, after services under an employment plan | Exited with employment, after services under an employment plan |
|---|---|---|---|---|
| Alabama combined | 14.0% | 9.5% | 22.4% | 54.1% |
| Alaska combined | 17.4% | 27.0% | 22.6% | 33.0% |
| American Samoa combined | 28.0% | 18.7% | 1.3% | 52.0% |
| Arizona combined | 19.3% | 23.4% | 35.9% | 21.5% |
| Arkansas blind | 21.2% | 6.3% | 10.2% | 62.3% |
| Arkansas general | 37.7% | 7.8% | 26.2% | 28.3% |
| California combined | 15.8% | 23.6% | 27.5% | 33.1% |
| Colorado combined | 25.3% | 31.7% | 18.0% | 25.0% |
| Connecticut blind | 0.4% | 12.7% | 12.7% | 74.2% |
| Connecticut general | 11.0% | 27.1% | 27.2% | 34.7% |
| Delaware blind | 15.3% | 23.7% | 20.3% | 40.7% |
| Delaware general | 23.1% | 17.6% | 20.4% | 38.9% |
| District of Columbia combined | 19.6% | 33.1% | 17.7% | 29.6% |
| Florida blind | 31.7% | 5.6% | 23.3% | 39.3% |
| Florida general | 25.7% | 21.9% | 24.4% | 28.0% |
| Georgia combined | 22.7% | 15.3% | 30.6% | 31.3% |
| Guam combined | 32.0% | 28.0% | 16.0% | 24.0% |
| Hawaii combined | 16.4% | 23.1% | 25.6% | 34.9% |
| Idaho blind | 18.8% | 14.9% | 18.2% | 48.1% |
| Idaho general | 17.2% | 28.8% | 22.0% | 32.0% |
| Illinois combined | 15.7% | 17.3% | 20.9% | 46.1% |
| Indiana combined | 16.9% | 23.8% | 26.2% | 33.1% |
| Iowa blind | 8.2% | 12.3% | 9.7% | 69.7% |
| Iowa general | 20.4% | 26.1% | 29.3% | 24.2% |
| Kansas combined | 22.5% | 17.9% | 28.0% | 31.6% |
| Kentucky blind | 16.4% | 13.6% | 14.7% | 55.4% |
| Kentucky general | 19.1% | 27.6% | 16.9% | 36.5% |
| Louisiana combined | 24.7% | 26.9% | 22.3% | 26.1% |
| Maine blind | 14.8% | 10.9% | 12.7% | 61.5% |
| Maine general | 12.6% | 29.5% | 28.4% | 29.5% |
| Maryland combined | 34.7% | 21.7% | 10.1% | 33.6% |
| Massachusetts blind | 3.1% | 7.7% | 15.8% | 73.4% |
| Massachusetts general | 12.9% | 41.7% | 21.8% | 23.7% |

Appendix II: State VR Agency Exit and
Employment Rates, Fiscal Year 2003

| | Exited without employment, during the application phase | Exited without employment, after limited services | Exited without employment, after services under an employment plan | Exited with employment, after services under an employment plan |
|---|---|---|---|---|
| Michigan blind | 17.7% | 11.9% | 27.3% | 43.1% |
| Michigan general | 13.8% | 23.0% | 29.2% | 34.0% |
| Minnesota blind | 19.8% | 17.0% | 37.7% | 25.5% |
| Minnesota general | 20.8% | 28.8% | 22.9% | 27.5% |
| Mississippi combined | 21.5% | 13.6% | 19.9% | 45.0% |
| Missouri blind | 12.6% | 8.3% | 37.2% | 41.9% |
| Missouri general | 17.5% | 43.0% | 8.4% | 31.1% |
| Montana combined | 16.1% | 40.5% | 16.1% | 27.3% |
| Nebraska blind | 58.0% | 7.5% | 13.8% | 20.7% |
| Nebraska general | 11.7% | 29.0% | 25.2% | 34.1% |
| Nevada combined | 18.6% | 27.6% | 26.1% | 27.8% |
| New Hampshire combined | 6.5% | 32.4% | 13.8% | 47.3% |
| New Jersey blind | 13.3% | 21.1% | 18.1% | 47.5% |
| New Jersey general | 14.2% | 31.6% | 21.3% | 32.9% |
| New Mexico blind | 16.3% | 11.1% | 36.3% | 36.3% |
| New Mexico general | 29.6% | 21.2% | 19.7% | 29.5% |
| New York blind | 8.0% | 12.5% | 17.1% | 62.4% |
| New York general | 16.3% | 27.2% | 23.9% | 32.6% |
| North Carolina blind | 19.2% | 8.5% | 22.1% | 50.3% |
| North Carolina general | 26.5% | 17.4% | 25.7% | 30.4% |
| North Dakota combined | 14.5% | 28.6% | 18.6% | 38.4% |
| Northern Marianas combined | 30.7% | 16.8% | 20.8% | 31.7% |
| Ohio combined | 21.7% | 26.5% | 21.0% | 30.8% |
| Oklahoma combined | 18.7% | 22.5% | 33.1% | 25.7% |
| Oregon blind | 13.2% | 14.7% | 28.9% | 43.1% |
| Oregon general | 17.3% | 34.2% | 19.5% | 29.0% |
| Pennsylvania combined | 15.9% | 11.9% | 27.1% | 45.0% |
| Puerto Rico combined | 32.1% | 14.3% | 14.8% | 38.9% |
| Rhode Island combined | 16.0% | 27.6% | 22.9% | 33.4% |
| South Carolina blind | 10.6% | 5.9% | 26.9% | 56.6% |
| South Carolina general | 17.9% | 10.4% | 23.2% | 48.5% |
| South Dakota blind | 26.9% | 9.2% | 13.8% | 50.0% |
| South Dakota general | 28.6% | 21.0% | 18.8% | 31.6% |
| Tennessee combined | 44.2% | 11.7% | 18.9% | 25.2% |

Appendix II: State VR Agency Exit and
Employment Rates, Fiscal Year 2003

| | Exited without employment, during the application phase | Exited without employment, after limited services | Exited without employment, after services under an employment plan | Exited with employment, after services under an employment plan |
|---|---|---|---|---|
| Texas blind | 34.9% | 6.2% | 15.6% | **43.4%** |
| Texas general | 21.4% | 18.9% | 27.6% | **32.2%** |
| Utah combined | 19.4% | 22.6% | 23.1% | **34.9%** |
| Vermont blind | 2.3% | 5.4% | 23.1% | **69.2%** |
| Vermont general | 4.9% | 26.3% | 27.4% | **41.4%** |
| Virgin Islands combined | 18.8% | 13.5% | 27.1% | **40.6%** |
| Virginia blind | 8.9% | 16.6% | 16.6% | **57.8%** |
| Virginia general | 13.6% | 22.6% | 31.4% | **32.4%** |
| Washington blind | 11.0% | 23.9% | 27.8% | **37.3%** |
| Washington general | 21.6% | 36.9% | 21.3% | **20.2%** |
| West Virginia combined | 11.7% | 36.7% | 15.2% | **36.4%** |
| Wisconsin combined | 34.4% | 15.4% | 26.5% | **23.7%** |
| Wyoming combined | 20.7% | 24.6% | 16.4% | **38.3%** |
| National average | 20.4% | 22.4% | 23.8% | **33.4%** |

Source: GAO analysis of Education data

# Appendix III: State VR Agency Population Proportions by Primary Impairment, Fiscal Year 2003

| | No impairment | Blind or other visual impairment | Deaf or other hearing impairment | Orthopedic or neurological impairment | Other physical impairment | Cognitive impairment | Mental or psychosocial impairment |
|---|---|---|---|---|---|---|---|
| Alabama combined | 6.3% | 6.2% | 6.6% | 17.3% | 10.2% | 30.1% | 23.3% |
| Alaska combined | 4.6% | 3.5% | 5.6% | 31.8% | 10.4% | 16.1% | 28.0% |
| American Samoa combined | 2.8% | 2.8% | 2.8% | 56.9% | 27.8% | 5.6% | 1.4% |
| Arizona combined | 0.3% | 4.0% | 5.0% | 17.7% | 8.5% | 28.9% | 35.6% |
| Arkansas blind | 17.7% | 82.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Arkansas general | | 0.2% | 4.1% | 31.6% | 23.2% | 24.8% | 16.2% |
| California combined | 0.3% | 7.1% | 4.7% | 18.8% | 9.1% | 35.5% | 24.6% |
| Colorado combined | 5.3% | 5.5% | 5.7% | 25.4% | 10.1% | 20.9% | 27.3% |
| Connecticut blind | | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Connecticut general | 5.1% | 0.6% | 12.8% | 17.9% | 7.3% | 22.3% | 34.1% |
| Delaware blind | 5.1% | 91.5% | 0.0% | 1.7% | 1.7% | 0.0% | 0.0% |
| Delaware general | 0.1% | 0.6% | 3.3% | 22.0% | 9.2% | 31.1% | 33.8% |
| District of Columbia combined | 11.4% | 4.0% | 1.9% | 7.6% | 14.7% | 13.9% | 46.5% |
| Florida blind | 1.1% | 98.8% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% |
| Florida general | | 1.4% | 9.2% | 22.3% | 20.0% | 11.1% | 35.9% |
| Georgia combined | 7.0% | 4.0% | 6.4% | 16.6% | 12.3% | 28.5% | 25.2% |
| Guam combined | 1.0% | 6.1% | 10.1% | 28.3% | 12.1% | 20.2% | 22.2% |
| Hawaii combined | 1.6% | 6.0% | 4.3% | 14.1% | 8.3% | 23.9% | 41.8% |
| Idaho blind | 0.6% | 96.8% | 0.0% | 2.6% | 0.0% | 0.0% | 0.0% |
| Idaho general | 0.0% | 0.7% | 3.8% | 25.3% | 11.0% | 22.5% | 36.6% |
| Illinois combined | 0.0% | 7.2% | 6.2% | 16.7% | 11.0% | 32.0% | 26.9% |
| Indiana combined | 4.0% | 5.5% | 14.2% | 22.5% | 9.2% | 22.0% | 22.6% |
| Iowa blind | 4.1% | 94.8% | 0.0% | 0.5% | 0.0% | 0.5% | 0.0% |
| Iowa general | 6.9% | 0.4% | 3.9% | 17.9% | 10.8% | 27.5% | 32.6% |
| Kansas combined | 0.0% | 6.3% | 5.7% | 21.2% | 10.2% | 24.8% | 31.8% |
| Kentucky blind | 0.0% | 99.8% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% |
| Kentucky general | 0.3% | 0.1% | 6.1% | 21.2% | 11.0% | 19.6% | 41.9% |
| Louisiana combined | 19.8% | 3.7% | 5.2% | 15.6% | 10.6% | 21.0% | 24.1% |
| Maine blind | 0.3% | 98.4% | 0.0% | 0.0% | 0.7% | 0.3% | 0.3% |
| Maine general | 0.2% | 0.2% | 6.9% | 21.8% | 9.0% | 24.6% | 37.2% |
| Maryland combined | 0.1% | 3.5% | 6.3% | 14.0% | 9.0% | 24.3% | 42.8% |
| Massachusetts blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Appendix III: State VR Agency Population
Proportions by Primary Impairment, Fiscal
Year 2003

| | No impairment | Blind or other visual impairment | Deaf or other hearing impairment | Orthopedic or neurological impairment | Other physical impairment | Cognitive impairment | Mental or psychosocial impairment |
|---|---|---|---|---|---|---|---|
| Massachusetts general | 0.0% | 0.8% | 5.2% | 18.0% | 10.9% | 18.5% | 46.6% |
| Michigan blind | 1.7% | 97.7% | 0.0% | 0.0% | 0.5% | 0.0% | 0.2% |
| Michigan general | 0.0% | 0.8% | 7.0% | 13.0% | 13.1% | 29.3% | 36.8% |
| Minnesota blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Minnesota general | 0.0% | 0.2% | 3.7% | 16.8% | 10.7% | 27.7% | 40.9% |
| Mississippi combined | 0.1% | 10.1% | 11.4% | 17.3% | 22.1% | 19.9% | 19.2% |
| Missouri blind | 6.4% | 92.4% | 0.0% | 0.7% | 0.4% | 0.0% | 0.1% |
| Missouri general | 4.2% | 1.0% | 5.5% | 21.3% | 13.8% | 24.1% | 30.2% |
| Montana combined | 0.0% | 4.5% | 2.5% | 34.6% | 11.4% | 21.8% | 25.2% |
| Nebraska blind | 1.3% | 98.4% | 0.0% | 0.0% | 0.3% | 0.0% | 0.0% |
| Nebraska general | 0.0% | 0.0% | 3.3% | 21.0% | 18.7% | 47.6% | 9.3% |
| Nevada combined | 0.0% | 9.7% | 5.3% | 24.3% | 12.8% | 17.2% | 30.7% |
| New Hampshire combined | 0.1% | 5.6% | 10.2% | 22.9% | 11.0% | 25.1% | 25.1% |
| New Jersey blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| New Jersey general | 14.2% | 0.5% | 6.0% | 16.1% | 8.8% | 21.9% | 32.6% |
| New Mexico blind | 0.8% | 97.5% | 0.0% | 0.8% | 0.8% | 0.0% | 0.0% |
| New Mexico general | 0.0% | 1.1% | 6.0% | 26.8% | 12.1% | 20.6% | 33.4% |
| New York blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| New York general | 0.1% | 0.5% | 3.0% | 19.9% | 9.3% | 26.0% | 41.1% |
| North Carolina blind | 3.7% | 96.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| North Carolina general | 1.1% | 0.4% | 3.4% | 22.3% | 13.9% | 23.3% | 35.6% |
| North Dakota combined | 0.9% | 3.2% | 5.6% | 20.9% | 10.0% | 24.6% | 34.8% |
| Northern Marianas combined | 0.0% | 23.8% | 15.8% | 14.9% | 31.7% | 10.9% | 3.0% |
| Ohio combined | 0.0% | 8.5% | 7.4% | 20.0% | 14.6% | 21.1% | 28.3% |
| Oklahoma combined | 4.5% | 7.4% | 4.3% | 23.7% | 15.9% | 21.3% | 22.9% |
| Oregon blind | 0.0% | 95.4% | 0.0% | 1.5% | 0.5% | 1.0% | 1.5% |
| Oregon general | 0.0% | 1.0% | 4.6% | 25.7% | 18.5% | 20.0% | 30.2% |
| Pennsylvania combined | 0.0% | 3.5% | 6.6% | 21.1% | 11.8% | 22.8% | 34.2% |
| Puerto Rico combined | 7.3% | 8.5% | 5.3% | 24.5% | 15.9% | 14.8% | 23.7% |
| Rhode Island combined | 0.0% | 6.2% | 3.2% | 17.0% | 8.6% | 22.8% | 42.2% |
| South Carolina blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| South Carolina general | 1.1% | 0.6% | 4.8% | 14.1% | 17.0% | 9.5% | 52.9% |
| South Dakota blind | 1.7% | 95.7% | 0.0% | 0.9% | 0.0% | 0.9% | 0.9% |
| South Dakota general | 1.2% | 0.1% | 3.5% | 25.2% | 10.2% | 27.8% | 32.0% |

GAO-05-865  VR Review

**Appendix III: State VR Agency Population Proportions by Primary Impairment, Fiscal Year 2003**

| | No impairment | Blind or other visual impairment | Deaf or other hearing impairment | Orthopedic or neurological impairment | Other physical impairment | Cognitive impairment | Mental or psychosocial impairment |
|---|---|---|---|---|---|---|---|
| Tennessee combined | 0.4% | 3.9% | 2.6% | 17.5% | 12.6% | 33.3% | 29.7% |
| Texas blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Texas general | 0.0% | 0.1% | 5.2% | 27.1% | 15.9% | 15.6% | 36.2% |
| Utah combined | 0.0% | 3.0% | 4.0% | 24.0% | 8.7% | 15.1% | 45.1% |
| Vermont blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Vermont general | 0.0% | 0.4% | 4.3% | 23.5% | 13.2% | 21.5% | 37.2% |
| Virgin Islands combined | 0.0% | 9.4% | 6.3% | 14.6% | 11.5% | 46.9% | 11.5% |
| Virginia blind | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Virginia general | 0.0% | 0.6% | 4.4% | 17.3% | 11.9% | 32.0% | 33.7% |
| Washington blind | 0.0% | 97.9% | 0.0% | 0.6% | 0.6% | 0.6% | 0.3% |
| Washington general | 0.0% | 2.1% | 4.9% | 27.0% | 8.4% | 30.1% | 27.6% |
| West Virginia combined | 1.4% | 3.4% | 8.0% | 22.7% | 14.9% | 26.0% | 23.5% |
| Wisconsin combined | 26.2% | 2.2% | 3.0% | 22.5% | 10.0% | 15.2% | 20.9% |
| Wyoming combined | 0.0% | 2.8% | 4.3% | 34.5% | 10.7% | 12.3% | 35.4% |
| National average | 2.2% | 5.4% | 5.4% | 20.2% | 12.4% | 22.6% | 31.7% |

Source: GAO analysis of Education data