# Appendix IV: Social Security Beneficiaries' Employment Rates by State VR Agency, Fiscal Year 2003

| | Exited without employment, during the application phase | Exited without employment, after limited services | Exited without employment, after services under an employment plan | Exited with employment, after services under an employment plan |
|---|---|---|---|---|
| Alabama combined | 11.1% | 12.5% | 33.5% | 42.9% |
| Alaska combined | 11.8% | 31.9% | 26.3% | 29.9% |
| American Samoa combined | 31.0% | 10.3% | 0.0% | 58.6% |
| Arizona combined | 14.1% | 27.2% | 39.4% | 19.3% |
| Arkansas blind | 13.2% | 7.5% | 14.4% | 64.9% |
| Arkansas general | 24.8% | 13.2% | 44.5% | 17.4% |
| California combined | 9.5% | 23.2% | 35.8% | 31.4% |
| Colorado combined | 17.0% | 36.5% | 23.6% | 22.9% |
| Connecticut blind | 1.1% | 24.5% | 17.0% | 57.4% |
| Connecticut general | 6.9% | 33.2% | 33.3% | 26.6% |
| Delaware blind | 12.8% | 25.6% | 25.6% | 35.9% |
| Delaware general | 26.3% | 14.5% | 27.7% | 31.5% |
| District of Columbia combined | 9.8% | 45.7% | 24.2% | 20.2% |
| Florida blind | 23.3% | 7.9% | 29.8% | 39.1% |
| Florida general | 3.1% | 32.5% | 40.7% | 23.7% |
| Georgia combined | 13.4% | 19.2% | 37.3% | 30.1% |
| Guam combined | 45.5% | 36.4% | 9.1% | 9.1% |
| Hawaii combined | 7.4% | 31.8% | 27.3% | 33.4% |
| Idaho blind | 8.9% | 19.6% | 25.0% | 46.4% |
| Idaho general | 7.3% | 31.3% | 29.4% | 32.0% |
| Illinois combined | 15.4% | 17.6% | 30.5% | 36.4% |
| Indiana combined | 9.1% | 27.5% | 35.3% | 28.2% |
| Iowa blind | 2.5% | 16.3% | 16.3% | 65.0% |
| Iowa general | 15.0% | 29.0% | 35.0% | 21.0% |
| Kansas combined | 17.9% | 16.4% | 34.1% | 31.6% |
| Kentucky blind | 7.8% | 23.0% | 19.4% | 49.8% |
| Kentucky general | 14.9% | 33.6% | 25.8% | 25.7% |
| Louisiana combined | 23.2% | 31.5% | 27.8% | 17.4% |
| Maine blind | 11.2% | 14.6% | 14.6% | 59.6% |
| Maine general | 7.4% | 31.3% | 31.5% | 29.7% |
| Maryland combined | 35.0% | 19.7% | 12.4% | 33.0% |
| Massachusetts blind | 4.1% | 6.5% | 21.1% | 68.3% |
| Massachusetts general | 9.4% | 44.3% | 25.8% | 20.5% |
| Michigan blind | 15.6% | 11.7% | 31.3% | 41.4% |

Appendix IV: Social Security Beneficiaries'
Employment Rates by State VR Agency,
Fiscal Year 2003

| | Exited without employment, during the application phase | Exited without employment, after limited services | Exited without employment, after services under an employment plan | Exited with employment, after services under an employment plan |
|---|---|---|---|---|
| Michigan general | 12.5% | 24.5% | 34.0% | 29.1% |
| Minnesota blind | 16.7% | 17.9% | 40.9% | 24.6% |
| Minnesota general | 14.4% | 31.8% | 27.8% | 26.0% |
| Mississippi combined | 19.2% | 23.6% | 27.2% | 30.0% |
| Missouri blind | 7.4% | 13.8% | 47.5% | 31.3% |
| Missouri general | 5.7% | 54.1% | 13.0% | 27.2% |
| Montana combined | 2.4% | 44.6% | 22.8% | 30.2% |
| Nebraska blind | 26.4% | 12.5% | 33.3% | 27.8% |
| Nebraska general | 3.9% | 32.0% | 36.6% | 27.5% |
| Nevada combined | 14.4% | 31.9% | 32.6% | 21.1% |
| New Hampshire combined | 5.7% | 32.7% | 16.7% | 44.9% |
| New Jersey blind | 13.6% | 27.2% | 21.5% | 37.7% |
| New Jersey general | 12.6% | 32.9% | 30.1% | 24.5% |
| New Mexico blind | 10.8% | 14.9% | 37.8% | 36.5% |
| New Mexico general | 28.8% | 18.9% | 24.4% | 28.0% |
| New York blind | 9.0% | 23.1% | 23.7% | 44.1% |
| New York general | 8.2% | 29.7% | 29.3% | 32.8% |
| North Carolina blind | 8.5% | 17.1% | 35.4% | 39.0% |
| North Carolina general | 15.3% | 25.1% | 33.8% | 25.8% |
| North Dakota combined | 2.1% | 27.9% | 28.2% | 41.8% |
| Northern Marianas combined | 5.6% | 27.8% | 50.0% | 16.7% |
| Ohio combined | 14.8% | 30.8% | 29.0% | 25.4% |
| Oklahoma combined | 10.1% | 29.1% | 41.7% | 19.1% |
| Oregon blind | 10.4% | 17.9% | 38.7% | 33.0% |
| Oregon general | 13.6% | 37.8% | 24.0% | 24.6% |
| Pennsylvania combined | 7.2% | 13.9% | 42.1% | 36.8% |
| Puerto Rico combined | 20.3% | 19.4% | 18.3% | 41.9% |
| Rhode Island combined | 8.1% | 31.4% | 29.3% | 31.2% |
| South Carolina blind | 5.5% | 6.7% | 33.9% | 53.9% |
| South Carolina general | 17.7% | 16.6% | 34.5% | 31.2% |
| South Dakota blind | 12.9% | 19.4% | 32.3% | 35.5% |
| South Dakota general | 19.0% | 21.3% | 25.7% | 34.1% |
| Tennessee combined | 29.7% | 20.6% | 25.0% | 24.7% |
| Texas blind | 17.2% | 8.3% | 24.8% | 49.7% |
| Texas general | 17.5% | 23.3% | 37.0% | 22.2% |

**Appendix IV: Social Security Beneficiaries'
Employment Rates by State VR Agency,
Fiscal Year 2003**

| | Exited without employment, during the application phase | Exited without employment, after limited services | Exited without employment, after services under an employment plan | Exited with employment, after services under an employment plan |
|---|---|---|---|---|
| Utah combined | 1.0% | 25.0% | 40.0% | 34.1% |
| Vermont blind | 3.8% | 5.7% | 35.8% | 54.7% |
| Vermont general | 2.5% | 23.2% | 30.4% | 43.9% |
| Virgin Islands combined | 21.1% | 21.1% | 10.5% | 47.4% |
| Virginia blind | 7.9% | 22.3% | 19.5% | 50.2% |
| Virginia general | 14.0% | 22.1% | 34.2% | 29.7% |
| Washington blind | 11.4% | 26.6% | 34.2% | 27.8% |
| Washington general | 11.4% | 41.8% | 26.6% | 20.2% |
| West Virginia combined | 5.4% | 47.9% | 20.3% | 26.4% |
| Wisconsin combined | 15.4% | 27.6% | 32.5% | 24.5% |
| Wyoming combined | 9.4% | 22.7% | 23.1% | 44.9% |
| National average | 12.6% | 27.0% | 31.3% | 29.1% |

Source: GAO analysis of Education data

GAO-05-865  VR Review

# Appendix V: State VR Agency Percentages of Total Agency Service Budget Spent on Each Service Category, Fiscal Year 2003

| | Assessment, counseling, guidance and placement | Diagnosis and treatment of impairments | Postsecondary education training | Job readiness, vocational, occupational and all other training |
|---|---|---|---|---|
| Alabama combined | 48% | 10% | 10% | 21% |
| Alaska combined | 57% | 5% | 5% | 11% |
| American Samoa combined | 15% | 9% | 1% | 55% |
| Arizona combined | 58% | 8% | 7% | 14% |
| Arkansas blind | 42% | 21% | 7% | 23% |
| Arkansas general | 66% | 5% | 19% | 6% |
| California combined | 50% | 1% | 7% | 17% |
| Colorado combined | 60% | 6% | 4% | 19% |
| Connecticut blind | 37% | 4% | 15% | 17% |
| Connecticut general | 65% | 7% | 5% | 4% |
| Delaware blind | 27% | 1% | 15% | 34% |
| Delaware general | 59% | 4% | 8% | 26% |
| District of Columbia combined | 47% | 7% | 17% | 23% |
| Florida blind | 37% | 11% | 4% | 11% |
| Florida general | 42% | 24% | 4% | 9% |
| Georgia combined | 65% | 3% | 5% | 14% |
| Guam combined | 78% | 2% | 6% | 8% |
| Hawaii combined | 58% | 1% | 9% | 16% |
| Idaho blind | 46% | 7% | 4% | 31% |
| Idaho general | 57% | 5% | 9% | 18% |
| Illinois combined | 55% | 6% | 7% | 19% |
| Indiana combined | 31% | 18% | 9% | 23% |
| Iowa blind | 29% | 0% | 4% | 45% |
| Iowa general | 64% | 2% | 17% | 9% |
| Kansas combined | 53% | 9% | 5% | 18% |
| Kentucky blind | 50% | 14% | 6% | 2% |
| Kentucky general | 59% | 3% | 15% | 9% |
| Louisiana combined | 47% | 13% | 15% | 16% |
| Maine blind | 48% | 4% | 3% | 1% |

Appendix V: State VR Agency Percentages of
Total Agency Service Budget Spent on Each
Service Category, Fiscal Year 2003

| Maintenance | Transportation | Personal assistance services | All other services | Post-employment services | Rehabilitation technology services | Small business enterprises |
|---|---|---|---|---|---|---|
| 4.5% | 1.3% | 0.6% | 5% | 0.1% | 5.7% | 0.0% |
| 2.5% | 3.4% | 0.7% | 15% | 1.8% | 3.3% | 0.4% |
| 0.0% | 0.9% | 0.0% | 20% | 0.0% | 0.0% | 0.0% |
| 1.7% | 2.2% | 2.5% | 7% | 2.2% | 4.6% | 0.8% |
| 1.0% | 0.7% | 0.1% | 5% | 0.5% | 3.4% | 0.2% |
| 0.8% | 0.4% | 2.0% | 1% | 0.0% | 2.0% | 0.0% |
| 0.3% | 4.3% | 0.4% | 20% | 0.1% | 1.9% | 0.0% |
| 0.7% | 1.5% | 0.8% | 7% | 0.3% | 2.8% | 1.3% |
| 0.0% | 1.4% | 1.0% | 25% | 0.0% | 11.2% | 0.0% |
| 3.3% | 0.8% | 0.3% | 15% | 0.3% | 9.8% | 0.1% |
| 0.0% | 0.2% | 0.5% | 23% | 0.0% | 2.6% | 0.0% |
| 2.7% | 0.0% | 0.4% | 0% | 0.2% | 0.0% | 0.0% |
| 6.3% | 1.1% | 0.2% | 0% | 0.0% | 2.3% | 0.0% |
| 6.7% | 1.9% | 0.2% | 28% | 0.0% | 13.3% | 0.4% |
| 1.0% | 1.9% | 0.0% | 18% | 1.5% | 0.0% | 0.0% |
| 5.5% | 2.6% | 0.6% | 4% | 0.0% | 0.9% | 0.0% |
| 0.0% | 0.3% | 2.6% | 3% | 0.0% | 2.5% | 0.0% |
| 0.7% | 1.2% | 0.2% | 14% | 0.1% | 8.2% | 0.0% |
| 2.7% | 1.7% | 0.2% | 8% | 0.8% | 4.8% | 0.0% |
| 1.3% | 3.2% | 0.3% | 6% | 0.4% | 4.6% | 2.2% |
| 4.1% | 2.2% | 1.2% | 6% | 0.1% | 3.1% | 0.8% |
| 3.1% | 2.3% | 4.0% | 10% | 0.3% | 6.0% | 1.2% |
| 4.3% | 0.5% | 1.9% | 16% | 0.0% | 2.3% | 1.4% |
| 1.0% | 0.8% | 2.0% | 5% | 0.3% | 1.9% | 2.6% |
| 6.0% | 5.6% | 1.4% | 2% | 0.7% | 0.6% | 0.1% |
| 4.4% | 0.0% | 0.4% | 23% | 1.3% | 2.2% | 9.9% |
| 1.3% | 0.3% | 0.6% | 11% | 0.1% | 4.8% | 0.3% |
| 4.0% | 2.2% | 1.6% | 1% | 0.8% | 10.9% | 0.6% |
| 0.5% | 0.3% | 0.0% | 45% | 0.3% | 1.1% | 0.0% |

Appendix V: State VR Agency Percentages of
Total Agency Service Budget Spent on Each
Service Category, Fiscal Year 2003

| | Assessment, counseling, guidance and placement | Diagnosis and treatment of impairments | Postsecondary education training | Job readiness, vocational, occupational and all other training |
|---|---|---|---|---|
| Maine general | 50% | 4% | 9% | 8% |
| Maryland combined | 69% | 3% | 8% | 14% |
| Massachusetts blind | 63% | 2% | 5% | 20% |
| Massachusetts general | 63% | 2% | 8% | 18% |
| Michigan blind | 54% | 2% | 12% | 9% |
| Michigan general | 55% | 4% | 13% | 13% |
| Minnesota blind | 55% | 0% | 6% | 19% |
| Minnesota general | 69% | 0% | 7% | 13% |
| Mississippi combined | 48% | 36% | 3% | 3% |
| Missouri blind | 30% | 7% | 9% | 23% |
| Missouri general | 38% | 7% | 12% | 29% |
| Montana combined | 41% | 3% | 30% | 7% |
| Nebraska blind | 44% | 0% | 6% | 37% |
| Nebraska general | 68% | 0% | 9% | 15% |
| Nevada combined | 53% | 10% | 6% | 11% |
| New Hampshire combined | 54% | 8% | 10% | 12% |
| New Jersey blind | 47% | 5% | 5% | 35% |
| New Jersey general | 55% | 3% | 10% | 20% |
| New Mexico blind | 69% | 0% | 5% | 3% |
| New Mexico general | 60% | 6% | 12% | 5% |
| New York blind | 25% | 0% | 6% | 64% |
| New York general | 59% | 0% | 6% | 23% |
| North Carolina blind | 62% | 22% | 5% | 0% |
| North Carolina general | 41% | 29% | 10% | 15% |
| North Dakota combined | 45% | 6% | 19% | 21% |
| Northern Marianas combined | 49% | 20% | 0% | 4% |
| Ohio combined | 53% | 6% | 17% | 9% |
| Oklahoma combined | 47% | 12% | 19% | 18% |
| Oregon blind | 42% | 1% | 5% | 19% |
| Oregon general | 64% | 3% | 3% | 5% |
| Pennsylvania combined | 38% | 15% | 12% | 21% |
| Puerto Rico combined | 43% | 1% | 23% | 3% |

Appendix V: State VR Agency Percentages of
Total Agency Service Budget Spent on Each
Service Category, Fiscal Year 2003

| Maintenance | Transportation | Personal assistance services | All other services | Post-employment services | Rehabilitation technology services | Small business enterprises |
|---|---|---|---|---|---|---|
| 2.0% | 3.5% | 0.9% | 23% | 5.2% | 4.0% | 0.0% |
| 1.4% | 1.1% | 0.4% | 3% | 0.5% | 2.8% | 0.6% |
| 0.0% | 0.1% | 0.4% | 10% | 0.8% | 9.8% | 0.0% |
| 1.1% | 2.0% | 0.6% | 6% | 0.2% | 2.4% | 0.0% |
| 2.8% | 0.3% | 7.5% | 11% | 1.1% | 6.6% | 0.0% |
| 3.3% | 4.9% | 0.4% | 6% | 0.4% | 1.1% | 0.8% |
| 7.9% | 1.3% | 0.0% | 11% | 0.8% | 6.6% | 0.0% |
| 1.3% | 2.8% | 0.1% | 7% | 0.2% | 1.5% | 0.0% |
| 1.7% | 0.4% | 1.0% | 7% | 0.2% | 2.5% | 0.1% |
| 4.4% | 4.1% | 0.0% | 23% | 0.7% | 3.9% | 0.0% |
| 5.8% | 3.5% | 1.9% | 3% | 0.0% | 0.4% | 0.0% |
| 1.1% | 2.8% | 0.4% | 14% | 0.5% | 2.4% | 0.1% |
| 3.4% | 0.5% | 1.4% | 6% | 0.0% | 6.0% | 0.2% |
| 0.6% | 1.0% | 0.2% | 7% | 0.8% | 5.2% | 1.0% |
| 1.1% | 2.4% | 1.4% | 16% | 0.2% | 1.1% | 0.0% |
| 1.0% | 2.3% | 0.1% | 12% | 0.1% | 7.3% | 0.0% |
| 3.0% | 3.3% | 2.0% | 1% | 0.9% | 0.4% | 0.0% |
| 2.5% | 1.5% | 0.0% | 7% | 0.0% | 6.1% | 0.0% |
| 7.1% | 1.2% | 0.5% | 15% | 0.7% | 10.7% | 1.5% |
| 2.6% | 3.4% | 1.3% | 10% | 1.1% | 2.7% | 2.8% |
| 2.3% | 1.0% | 0.0% | 1% | 0.2% | 8.6% | 0.1% |
| 1.6% | 3.8% | 2.2% | 4% | 0.3% | 1.9% | 0.0% |
| 2.4% | 1.3% | 1.2% | 5% | 0.4% | 3.0% | 0.1% |
| 2.6% | 2.3% | 0.2% | 0% | 0.1% | 0.9% | 0.0% |
| 3.4% | 2.7% | 0.5% | 2% | 0.3% | 4.3% | 1.1% |
| 0.4% | 4.6% | 0.0% | 22% | 0.0% | 19.6% | 0.0% |
| 1.9% | 1.2% | 0.6% | 11% | 0.4% | 3.5% | 0.4% |
| 0.8% | 2.0% | 0.1% | 1% | 0.2% | 2.0% | 0.0% |
| 1.6% | 0.7% | 1.0% | 29% | 2.4% | 9.5% | 0.0% |
| 0.3% | 4.3% | 0.4% | 18% | 0.8% | 3.2% | 1.8% |
| 3.3% | 0.7% | 0.9% | 9% | 0.4% | 11.7% | 0.0% |
| 16.2% | 9.4% | 1.7% | 2% | 0.0% | 1.3% | 4.0% |

Appendix V: State VR Agency Percentages of
Total Agency Service Budget Spent on Each
Service Category, Fiscal Year 2003

| | Assessment, counseling, guidance and placement | Diagnosis and treatment of impairments | Postsecondary education training | Job readiness, vocational, occupational and all other training |
|---|---|---|---|---|
| Rhode Island combined | 70% | 0% | 6% | 13% |
| South Carolina blind | 43% | 10% | 11% | 22% |
| South Carolina general | 50% | 5% | 2% | 39% |
| South Dakota blind | 53% | 12% | 4% | 6% |
| South Dakota general | 43% | 4% | 9% | 17% |
| Tennessee combined | 33% | 1% | 35% | 24% |
| Texas blind | 64% | 10% | 1% | 12% |
| Texas general | 47% | 24% | 5% | 16% |
| Utah combined | 41% | 9% | 28% | 13% |
| Vermont blind | 50% | 12% | 3% | 10% |
| Vermont general | 60% | 2% | 3% | 16% |
| Virgin Islands combined | 34% | 11% | 5% | 23% |
| Virginia blind | 43% | 4% | 4% | 29% |
| Virginia general | 51% | 4% | 2% | 5% |
| Washington blind | 57% | 0% | 8% | 17% |
| Washington general | 60% | 3% | 10% | 10% |
| West Virginia combined | 41% | 11% | 17% | 26% |
| Wisconsin combined | 46% | 2% | 6% | 17% |
| Wyoming combined | 48% | 11% | 12% | 21% |
| National average | 50% | 7% | 9% | 17% |

Source: GAO analysis of Education data

Note: Service budget does not include the three categories of "post-employment services," "rehabilitation technology services," or "small business enterprises" because expenditures in these categories have already been captured in one of the other eight service categories, depending on the actual nature of the service (i.e., a type of training, transportation, etc.) As a result, only the first eight columns in this appendix add to 100 percent for each state VR agency, or about 100 percent because of rounding.

**Appendix V: State VR Agency Percentages of Total Agency Service Budget Spent on Each Service Category, Fiscal Year 2003**

| Maintenance | Transportation | Personal assistance services | All other services | Post-employment services | Rehabilitation technology services | Small business enterprises |
|---|---|---|---|---|---|---|
| 0.0% | 1.0% | 1.3% | 9% | 0.8% | 5.2% | 0.0% |
| 0.6% | 3.2% | 0.0% | 11% | 0.1% | 3.0% | 0.0% |
| 1.6% | 1.2% | 0.7% | 0% | 0.0% | 1.6% | 0.0% |
| 2.1% | 1.6% | 0.5% | 22% | 0.8% | 14.5% | 3.4% |
| 2.0% | 1.8% | 3.7% | 20% | 0.4% | 5.9% | 0.7% |
| 1.9% | 1.5% | 0.7% | 3% | 0.0% | 1.7% | 0.0% |
| 0.7% | 0.7% | 1.1% | 11% | 2.1% | 1.2% | 1.6% |
| 0.9% | 0.6% | 0.3% | 6% | 1.8% | 2.3% | 0.1% |
| 2.2% | 2.7% | 0.1% | 3% | 1.2% | 8.3% | 0.9% |
| 0.5% | 1.2% | 0.5% | 21% | 2.1% | 17.5% | 0.0% |
| 0.9% | 5.4% | 0.4% | 13% | 1.3% | 0.4% | 0.2% |
| 6.4% | 8.4% | 4.1% | 7% | 2.7% | 2.9% | 0.0% |
| 3.0% | 1.9% | 1.3% | 14% | 0.1% | 13.6% | 0.0% |
| 1.1% | 1.0% | 1.0% | 35% | 0.3% | 0.7% | 0.0% |
| 1.6% | 1.1% | 1.2% | 13% | 0.2% | 15.1% | 0.0% |
| 1.5% | 4.7% | 0.3% | 11% | 1.0% | 2.5% | 0.0% |
| 2.5% | 0.1% | 0.4% | 2% | 0.0% | 1.3% | 0.0% |
| 1.7% | 7.0% | 0.5% | 19% | 0.0% | 5.8% | 0.8% |
| 2.9% | 2.7% | 0.5% | 3% | 1.6% | 5.4% | 1.9% |
| 2.4% | 2.1% | 0.9% | 11% | 0.6% | 4.7% | 0.6% |

# Appendix VI: State VR Agency Total Administrative Costs as a Percentage of Total Expenditures, Fiscal Year 2003

| | Administrative costs as a percentage of total agency expenditures |
|---|---|
| Alabama combined | 6% |
| Alaska combined | 10% |
| American Samoa combined | 23% |
| Arizona combined | 12% |
| Arkansas blind | 13% |
| Arkansas general | 12% |
| California combined | 8% |
| Colorado combined | 15% |
| Connecticut blind | 17% |
| Connecticut general | 14% |
| Delaware blind | 30% |
| Delaware general | 14% |
| District of Columbia combined | 33% |
| Florida blind | 10% |
| Florida general | 12% |
| Georgia combined | 8% |
| Guam combined | 32% |
| Hawaii combined | 11% |
| Idaho blind | 16% |
| Idaho general | 9% |
| Illinois combined | 5% |
| Indiana combined | 4% |
| Iowa blind | 9% |
| Iowa general | 10% |
| Kansas combined | 11% |
| Kentucky blind | 13% |
| Kentucky general | 10% |
| Louisiana combined | 11% |
| Maine blind | 13% |
| Maine general | 12% |
| Maryland combined | 13% |
| Massachusetts blind | 32% |
| Massachusetts general | 13% |
| Michigan blind | 31% |
| Michigan general | 12% |

**Appendix VI: State VR Agency Total
Administrative Costs as a Percentage of Total
Expenditures, Fiscal Year 2003**

| | Administrative costs as a percentage of total agency expenditures |
|---|---|
| Minnesota blind | 16% |
| Minnesota general | 13% |
| Mississippi combined | 15% |
| Missouri blind | 12% |
| Missouri general | 5% |
| Montana combined | 9% |
| Nebraska blind | 14% |
| Nebraska general | 13% |
| Nevada combined | 23% |
| New Hampshire combined | 18% |
| New Jersey blind | 18% |
| New Jersey general | 9% |
| New Mexico blind | 20% |
| New Mexico general | 16% |
| New York blind | 11% |
| New York general | 9% |
| North Carolina blind | 15% |
| North Carolina general | 7% |
| North Dakota combined | 18% |
| Northern Marianas combined | 57% |
| Ohio combined | 9% |
| Oklahoma combined | 10% |
| Oregon blind | 12% |
| Oregon general | 6% |
| Pennsylvania combined | 9% |
| Puerto Rico combined | 14% |
| Rhode Island combined | 24% |
| South Carolina blind | 30% |
| South Carolina general | 7% |
| South Dakota blind | 13% |
| South Dakota general | 9% |
| Tennessee combined | 14% |
| Texas blind | 14% |
| Texas general | 8% |
| Utah combined | 7% |
| Vermont blind | 14% |

GAO-05-865  VR Review

**Appendix VI: State VR Agency Total
Administrative Costs as a Percentage of Total
Expenditures, Fiscal Year 2003**

| | Administrative costs as a percentage of total agency expenditures |
|---|---|
| Vermont general | 16% |
| Virgin Islands combined | 12% |
| Virginia blind | 13% |
| Virginia general | 8% |
| Washington blind | 16% |
| Washington general | 10% |
| West Virginia combined | 17% |
| Wisconsin combined | 10% |
| Wyoming combined | 17% |
| National average | 10% |

Source: GAO analysis of Education data

# Appendix VII: State VR Agency Average Total Expenditures in Fiscal Year 2003 Per Person Exiting with Employment in Fiscal Year 2003

| | Average expended in fiscal year 2003 per person exiting with employment in fiscal year 2003 |
|---|---|
| Alabama combined | $ 9,147.18 |
| Alaska combined | $ 24,709.69 |
| American Samoa combined | $ 20,162.77 |
| Arizona combined | $ 32,761.67 |
| Arkansas blind | $ 16,326.45 |
| Arkansas general | $ 16,952.49 |
| California combined | $ 24,128.90 |
| Colorado combined | $ 21,522.42 |
| Connecticut blind | $ 13,081.71 |
| Connecticut general | $ 14,101.03 |
| Delaware blind | $ 74,690.00 |
| Delaware general | $ 11,316.19 |
| District of Columbia combined | $ 27,751.07 |
| Florida blind | $ 37,040.38 |
| Florida general | $ 13,393.87 |
| Georgia combined | $ 24,005.87 |
| Guam combined | $ 53,709.54 |
| Hawaii combined | $ 20,579.51 |
| Idaho blind | $ 27,716.22 |
| Idaho general | $ 7,688.59 |
| Illinois combined | $ 13,711.01 |
| Indiana combined | $ 15,893.24 |
| Iowa blind | $ 56,907.73 |
| Iowa general | $ 13,808.72 |
| Kansas combined | $ 16,159.61 |
| Kentucky blind | $ 27,367.03 |
| Kentucky general | $ 11,465.51 |
| Louisiana combined | $ 27,213.90 |
| Maine blind | $ 17,585.56 |
| Maine general | $ 17,973.61 |
| Maryland combined | $ 17,905.81 |
| Massachusetts blind | $ 57,309.36 |
| Massachusetts general | $ 19,491.41 |
| Michigan blind | $ 50,281.12 |
| Michigan general | $ 14,790.42 |

| | Average expended in fiscal year 2003 per person exiting with employment in fiscal year 2003 |
|---|---|
| Minnesota blind | $ 73,034.65 |
| Minnesota general | $ 13,687.42 |
| Mississippi combined | $ 11,373.87 |
| Missouri blind | $ 31,100.48 |
| Missouri general | $ 12,337.21 |
| Montana combined | $ 13,638.62 |
| Nebraska blind | $ 47,396.30 |
| Nebraska general | $ 12,185.01 |
| Nevada combined | $ 18,618.61 |
| New Hampshire combined | $ 10,227.07 |
| New Jersey blind | $ 42,340.65 |
| New Jersey general | $ 12,952.84 |
| New Mexico blind | $ 131,027.65 |
| New Mexico general | $ 15,159.09 |
| New York blind | $ 19,137.95 |
| New York general | $ 11,860.90 |
| North Carolina blind | $ 24,436.74 |
| North Carolina general | $ 12,167.74 |
| North Dakota combined | $ 11,679.61 |
| Northern Marianas combined | $ 28,500.53 |
| Ohio combined | $ 22,382.25 |
| Oklahoma combined | $ 16,971.47 |
| Oregon blind | $ 56,235.22 |
| Oregon general | $ 13,480.54 |
| Pennsylvania combined | $ 13,751.45 |
| Puerto Rico combined | $ 34,680.64 |
| Rhode Island combined | $ 18,595.19 |
| South Carolina blind | $ 23,025.59 |
| South Carolina general | $ 7,408.41 |
| South Dakota blind | $ 34,478.06 |
| South Dakota general | $ 14,062.02 |
| Tennessee combined | $ 20,476.00 |
| Texas blind | $ 26,992.63 |
| Texas general | $ 9,327.45 |
| Utah combined | $ 10,947.74 |
| Vermont blind | $ 15,060.00 |

**Appendix VII: State VR Agency Average Total Expenditures in Fiscal Year 2003 Per Person Exiting with Employment in Fiscal Year 2003**

| | Average expended in fiscal year 2003 per person exiting with employment in fiscal year 2003 |
|---|---|
| Vermont general | $ 9,208.06 |
| Virgin Islands combined | $ 58,988.15 |
| Virginia blind | $ 44,716.19 |
| Virginia general | $ 16,076.59 |
| Washington blind | $ 70,120.85 |
| Washington general | $ 26,467.08 |
| West Virginia combined | $ 17,069.67 |
| Wisconsin combined | $ 17,666.19 |
| Wyoming combined | $ 13,102.07 |
| National average | $ 15,544.08 |

Source: GAO analysis of Education data

# Appendix VIII: Comments from the Department of Education



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES

THE ASSISTANT SECRETARY

Cynthia M. Fagnoni
Managing Director
Education, Workforce and Income Security
U.S. Government Accountability Office
441 G Street N.W.
Washington DC  20548

AUG 3 0 2005

Dear Ms. Fagnoni:

Thank you for the opportunity for the Department of Education to review and provide comments on draft report GAO-05-865: Vocational Rehabilitation, Better Measures and Monitoring Could Improve the Performance of the VR Program. This report is projected for September 2005 release.  The vocational rehabilitation program is a complex, multi-billion dollar program embodying a mix of social, economic and personal goals and objectives.  It has a history of Federal support extending back three-quarters of a century. Yet, it tends to be not well understood outside the limited group of individuals and agencies directly involved in the operation of the state formula grant programs or those extremely knowledgeable about disability programs.  The draft report contains several recommendations for executive action.

We would first like to note the painstaking professional efforts made by GAO staff, including but not limited to Beverly Crawford, Megan Matselboba and Shannon Groff, to base this study on the most complete primary source information--of which they reviewed a very large volume-- and the most current policy interpretations.

The Department of Education is in full agreement that "better measures and monitoring could improve program performance" of vocational rehabilitation agencies.  We will first discuss monitoring.

As an initial matter, we would like to point out that the draft report's characterization of all monitoring being conducted by the Rehabilitation Services Administration's (RSA) regional offices is not accurate.  RSA headquarters staff sets monitoring policies and plans monitoring activities.  RSA headquarters staff members participate on monitoring teams.  RSA headquarters, as recognized by the draft report, reviews, approves and issues all monitoring reports

As noted in the draft report, RSA is in the process of implementing a revised system for monitoring state vocational rehabilitation agencies.  We believe the organizational and procedural changes we are making will do much to address the history of untimely or incomplete monitoring reports produced by the previous system of monitoring, characterized in the draft report as ineffective.

600 INDEPENDENCE AVE., S.W.  WASHINGTON, D.C. 20202-2500

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

Page 2 - Continued

We do regard the heading you have chosen to use on page 35, "Decision to Eliminate Regional Offices Has Made Future of Monitoring Uncertain" to be logically correct but potentially misleading. Your report will be issued during the transition from one monitoring system to another. While the future is in all cases marked by uncertainty, this particular characterization impresses us as being overly negative. As your draft report has noted, the prior system of monitoring state rehabilitation agencies had not been working well. The Department is trying to improve the situation and we would prefer not to have our efforts cast in uncertain light simply as an artifact of the timing of this particular report.

As the draft report indicates, we have not yet put in place a completely revised system of monitoring. The revised structure of RSA will take effect October 1. Under the new structure, as of that date, RSA will carry out fully the Federal monitoring and other administrative responsibilities under the Rehabilitation Act. We believe we are developing a clear and comprehensive approach to monitoring incorporating state teams that will conduct the monitoring activities, with a single point of contact on the state teams to interact with individual state agencies. We are establishing functional units that will work collaboratively to develop the monitoring protocols and state information that will be used as the basis for the monitoring activities.

RSA just conducted a two-day monitoring conference. The conference brought together grantees and a wider range of stakeholders and other parties concerned with the availability and accountability of vocational rehabilitation services than has typically been involved in such discussions. We intend to use information gained during the conference in the further refinement of the improved approach to monitoring.

We would like to provide a few technical clarifications. The restructuring of VR monitoring did not result in a "two year cycle" for monitoring for fiscal years 2004 and 2005 as mentioned on page 33 of the draft report. This idea of stretching out the monitoring cycle originated in early 2004 with the RSA program and regional office heads. The stretch-out was not a result of any restructuring of monitoring. It preceded the restructuring and was in fact a painfully clear indication that the old monitoring system would not be producing timely reports. We believe our planned allocation of over 80,000 annual staff hours for monitoring functions and related activities supporting the state formula grants represents a most certain and substantial commitment to improved oversight of the 80 grantee agencies comprising the core of the Rehabilitation Act's service delivery structure. The most current figure (August 2005) for Rehabilitation Services Administration staff is 102 permanent full time positions. In April 2005, 138 staff were on board and the percentage reduction cited on page 35 would therefore be less than the cited percentage of "nearly 50 percent" computed using the figure of 147.

Page 3 - Continued

We would also like to clarify that annual reviews of VR agencies may be performed with or without on-site monitoring. In summary, ED is well along in the process of developing and implementing what should be a better monitoring system, with more consistency and improved management controls.

The conclusions of your draft report focus on the possibility of improving VR agency performance by providing feedback to the agencies and more timely monitoring reports issued to our grantees are an important part of this. Grantees, however, are quite cognizant of their own patterns of expenditure and outcomes and typically have strong internal justifications and motivations for their own activities and service outcomes. A VR agency may wish to maintain its specialized staff, facilities and a high degree of organizational autonomy. Conversely, the agency may be dependent on third-party matching funds and may need to accommodate the needs of the agencies providing matching funds. An agency may be responding to political direction or crosscutting program priorities or to client choices concerning the type or conditions of employment. Some agencies provide many services with state staff; others tend to purchase services from private providers, community based rehabilitation programs, physicians or other healthcare providers, educational institutions and vocational training programs. The Rehabilitation Act does not require a state to adopt any particular mode of service delivery, but we believe program monitoring should consider how various patterns of service delivery might affect client outcomes and program productivity.

In addition to Federal monitoring and directed technical assistance, state VR agencies may be influenced to undergo changes to increase productivity, effectiveness and accountability when monitoring and program information is made readily available to interested and affected individuals and organizations within each state. For example, state rehabilitation and independent living councils and advisory groups might benefit from comparative information about programs in states other than their own. State and local workforce boards, education agencies, community-based rehabilitation programs and advocacy groups might be interested in the results of Federal monitoring of the rehabilitation program within their state. We intend to broaden the dissemination of the information we produce and publicize the availability of our monitoring and analytic work products. We expect to be able to do this efficiently and economically through better website postings. While VR agencies do operate within a highly specific Federal framework, these agencies are first and foremost organs of state government, staffed with state employees through state personnel systems, and the most fundamental opportunities for change and improvement are at the state level.

Page 4 - Continued

In regard to measuring program performance, we are in strong agreement that better measures are needed.  The present VR "standards and indicators" (See 34 CFR 361.80-89) were a first-generation attempt to measure program performance, were late in inception, and, as the draft report notes, have not been updated.  These first-generation measures allow individual grantee agencies to select elements by which they wish to be measured from a menu unique to the VR program.  This approach discourages comparisons both among VR agencies (because all agencies are not subject to a uniform set of metrics) and between the VR system and other publicly-funded programs (because no other program uses the same measures).  Your draft report noted the latter problem particularly.  Performance levels for grantee agencies in these first-generation indicators were set (e.g.: 55.8%; 72.6%; 62.4%) so that a substantial majority of agencies could pass a given indicator.  There is nothing in the standards and indicators to inform readers directly, for example, that there is considerable variation among grantee agencies operating under the same highly specific statute and regulations on a number of metrics relating to program efficiency.   Administrative costs as a percentage of total expenditures vary by several hundred percent and average costs per person exiting in employment range among agencies from below $10,000 per individual to over ten times that figure, as your draft report notes.  The Department is currently working to address these issues.

We also agree with the draft report's observations that the first-generation indicators might be improved regarding the within-state wage and labor market variations you have cited but there are technical challenges to a labor economics approach to VR outcome measurement.  An individual in a successful VR employment outcome is not required to work any particular number of hours or earn a threshold amount of money, or in the case of the few thousand homemaker closures, any money.  Many individuals in the VR client population engage in earnings management (limitation) in order to maintain cash benefits and associated medical services (which may be of vital importance) while workers in the mainstream labor market typically try to make as much money as possible.  Direct comparisons are difficult.

The VR program is participating in the Administration's common measures initiative.  But, as noted in your draft report, the program has faced a number of challenges in implementing the measures.  We do intend, however, to implement and make readily available to the public information on the job training and employment common measures for the VR program.

Page 5 - Continued

The report correctly notes that the current performance measures do not isolate data on certain key populations of VR participants. However, the Department does collect and can analyze data on the size of these populations, the services received, and the outcomes achieved. We intend to do more to highlight performance of key populations such as students who have exited special education programs.

The IDEA transition population has been of continuing interest to the Congress. We note the draft report's observations about transitioning students receiving minimal purchased services, despite an expectation that substantial education and training would be needed to prepare them for employment. We intend to strengthen administration of the interlocking transition provisions between IDEA and the Rehabilitation Act. We intend to ensure that the comprehensive statewide assessment describing the rehabilitation needs of individuals within each state, required of VR agencies (Sec. 101(a)(15) of the Act), will include quantitative information on the numbers and characteristics of students projected by the state education agency to exit special education each year. For example, the numbers of students who are blind or who have orthopedic disabilities exiting special education in a given year can be predicted with high accuracy and it would be desirable for state education and rehabilitation agencies to exchange this information. The education system would also benefit from information from rehabilitation agencies on the eventual vocational outcomes of former IDEA students.

We are, of course, aware that individuals with mental, cognitive or psychosocial impairments comprise over one half of individuals served by the program and that these individuals realize both low rates of employment and low rates of pay if employment is achieved. We note the relatively high percentage of recent repeat participants in VR programs and the confounding finding of more negative employment outcomes for these previous participants as indicated in figure 7, page 20. More needs to be learned about these outcomes.

The draft report presents ED-collected data in a manner difficult for ED to crosscheck in detail in the brief time available. Certain information has been merged, doubtless in an effort to hold the draft report to a reasonable size. The factual information appears fundamentally correct but we note that some likely readers may take issue with how the information is presented. RSA's historical public reporting has been centered on successful outcomes. RSA has not emphasized a systems approach of reporting on all individuals who have left the program both with and without employment, nor has it emphasized direct comparisons or rankings of grantee performance.

Page 6 - Continued

The analytic base for the draft report includes all individuals who have come into contact
with the program, including those found to be ineligible and those leaving at an early
stage. Consequently the measure of employment used by GAO is different from the
measure specified in RSA's regulations.

We suggest that the report would be strengthened technically and made more
understandable within the grantee community by footnotes or annotations to indicate
exactly which data sets and RSA reporting categories from the case services report and
other reports were used to compute the statistical information.   A discussion of the
assumptions behind the analytic approach would be helpful also.  Our staff would be
available to meet with you to help conduct these technical reviews if you believe they
would be useful and there is time to do this before release.

We are fully aware of the need to gain a better understanding of the circumstances of the
two thirds of individuals who come in contact with the VR system but do not exit with
successful employment outcomes. We are concerned about the large number of exits,
particularly as it relates to the program's efficiency.  Some of these individuals who
exited may have obtained jobs on their own, some may have become discouraged with
what can be a lengthy process, and some may have been unable to obtain the services
they desired in type, amount or timing.  Some may have moved or changed or lost
telephone service.  Others may have been referred by third party agencies such as welfare
or corrections without actually having a clear commitment to employment.  Some
individuals with mental or cognitive disabilities simply find it very difficult to act in their
own long-term best interests to increase the possibility of economic self-support.  The
two largest categories of nonsuccessful program exit cited in your draft report--"failed to
cooperate or refused services" and "unable to locate or contact"--comprise seventy
percent of unsuccessful exits, and the circumstances underlying these two broad
categories definitely deserve closer examination.

While we are concerned about the large number of individuals who exit the VR system
before eligibility has been determined or after having been determined eligible, but
before receiving services, we believe it is confusing and somewhat misleading to include
these individuals in the calculation of the employment rate.  In many cases, the VR
agency or counselor has limited ability to influence the decision of a consumer to leave
the VR system. If GAO is going to use a definition of the employment rate that is
different from the one that RSA has historically used and that is reflected in the common
measures, the report should be very explicit about the methodology used by GAO.  The
only time the term appears to be defined in the report is in the discussion of the VR
program's performance indicators on page 8 and this definition is based on the VR
regulations.

**Appendix VIII: Comments from the
Department of Education**

Page 7- Continued

We appreciate the opportunity to review this very interesting report and we believe that
your findings will make an important contribution to improving the efficiency and
productivity of the largest Federally-funded program to assist individuals with disabilities
in obtaining and retaining employment.

Sincerely,

John H. Hager

# Appendix IX: GAO Contacts and Staff Acknowledgments

| | |
|---|---|
| **GAO Contact** | Robert E. Robertson 202-512-7215 or robertsonr@gao.gov |
| **Acknowledgments** | In addition to the contact named above, Michele Grgich, Assistant Director; Beverly Crawford; Shannon K. Groff ; and Megan Matselboba made key contributions to this report. Also, Elizabeth H. Curda, Wilfred B. Holloway, Jonathan McMurray, Luann Moy, Peter Rumble, Daniel A. Schwimer, and Susan B. Wallace provided technical assistance. |

| | |
|---|---|
| GAO's Mission | The Government Accountability Office, the audit, evaluation and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| Obtaining Copies of GAO Reports and Testimony | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "Subscribe to Updates." |
| Order by Mail or Phone | The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to:<br><br>U.S. Government Accountability Office<br>441 G Street NW, Room LM<br>Washington, D.C. 20548<br><br>To order by Phone:  Voice:  (202) 512-6000<br>TDD:  (202) 512-2537<br>Fax:  (202) 512-6061 |
| To Report Fraud, Waste, and Abuse in Federal Programs | Contact:<br><br>Web site: www.gao.gov/fraudnet/fraudnet.htm<br>E-mail: fraudnet@gao.gov<br>Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Gloria Jarmon, Managing Director, JarmonG@gao.gov (202) 512-4400<br>U.S. Government Accountability Office, 441 G Street NW, Room 7125<br>Washington, D.C. 20548 |
| Public Affairs | Paul Anderson, Managing Director, AndersonP1@gao.gov (202) 512-4800<br>U.S. Government Accountability Office, 441 G Street NW, Room 7149<br>Washington, D.C. 20548 |