# Exhibit 6

# DEPARTMENT OF EDUCATION

## Fiscal Year 2006

## Justifications of Appropriation Estimates to the Congress



## VOLUME II

## PROGRAM ADMINISTRATION

### Summary of Changes
($000s)

|  | 2005 base | Change from base |
|---|---|---|
| **Increases:** | | |
| _Program:_ | | |
| Increase in contracted information technology (IT) services for enhancements to IT security | $2,634 | +$483 |
| Increase in contracted IT services for development of enterprise architecture plans designed to improve IT planning within the Department | 1,821 | +1,749 |
| Increase in contracted IT services for the Digital Library initiative, designed to improve customer access to education materials on the Department's web site | 0 | +621 |
| Increase in contracted IT services for the Government-wide E-Travel initiative, designed to facilitate travel arrangements resulting in cost savings and improved employee productivity | 40 | +495 |
| Increase in contracted IT services for the Government-wide Business Gateway initiative, designed to provide one-stop Government information to businesses | 58 | +458 |
| Increase in contracted IT services primarily for an upgrade to the Department's financial management system | 46,196 | +2,406 |
| Small increases for transportation and building alterations | 679 | +63 |
| Subtotal, increases | | +16,993 |
| **Decreases:** | | |
| _Built-in:_ | | |
| Decrease in personnel compensation and benefits due to one less paid day in 2006 | 251,768 | -932 |
| _Program:_ | | |
| Decrease in personnel compensation and benefits due to a decrease of 66 FTE in the Office of Special Education and Rehabilitative Services as a result of closing the regional offices of the Rehabilitation Services Administration | 251,768 | -6,903 |

Y-5

## SALARIES AND EXPENSES OVERVIEW

<u>Federal Student Aid</u> – an increase of 46 FTE, to enable Federal employees to take over duties previously assigned to contractors.

<u>Institute of Education Sciences</u> – an increase of 14 FTE to hire trained scientists to implement programs of research in a variety of areas including mathematics and science, socialization and character development, teacher quality, and special education in line with recent reauthorizations.

<u>Office of the Inspector General</u> – a decrease of 17 FTE due to completion of an employee buyout. The buyout was held in order to allow some hiring of new employees with different skill sets than those of departing staff. Employment also will decrease through additional retirements and attrition.

<u>Office for Civil Rights</u> – a decrease of 18 FTE due to efficiencies realized through the Department's One-ED process.

<u>Office of Special Education and Rehabilitative Services</u> – a net decrease of 66 FTE resulting from the consolidation of the functions of the regional offices of the Rehabilitation Services Administration (RSA) into the central office and the reallocation of staff to reflect program workload. Analysis of 2004 workload data, as illustrated below, shows that 81.5 FTE have been working directly on the Rehabilitation Services State Grant programs while other similar, but larger, formula grants administered by the Department are operating with 50 to 70 percent fewer staff. (Other HQ staff work indirectly on these programs.) RSA is the only office within the Department that manages State formula grant programs from the regional offices. The consolidation of the regional offices' functions into the central office and the reallocation of staff will result both in staffing levels more comparable to other Department offices and in improvements in the administration of the Vocational Rehabilitation program through greater program efficiencies, consistent program implementation, and integrated program planning.

| Program | Account | Direct FTE |
|---|---|---|
| Basic Support Payments | Impact Aid | 20.4 |
| State Grants | Safe Schools and Citizenship Education | 7.0 |
| Educational Technology State Grants | School Improvement Programs | 3.8 |
| Reading First State Grants | Education for the Disadvantaged | 6.0 |
| State Assessments | School Improvement Programs | 7.0 |
| Migrant | Education for the Disadvantaged | 12.3 |
| Improving Teacher Quality State Grants | School Improvement Programs | 8.0 |
| 21st Century Community Learning Centers | School Improvement Programs | 9.5 |
| State Grants | Vocational and Adult Education | 21.5 |
| Grants to Local Educational Agencies | Education for the Disadvantaged | 14.7 |
| Adult Basic and Literacy Education State Grants | Vocational and Adult Education | 19.3 |
| Grants to States | Special Education | 39.7 |
| Language Acquisition State Grants | English Language Acquisition | 42.0 |
| Grants for Infants and Families | Special Education | 23.3 |
| Grants to States | Rehab. Services and Disability Research | 81.5 |

<u>Offices of Vocational and Adult Education (-4 FTE), Safe and Drug-Free Schools (-2 FTE), Secretary (-1 FTE), Deputy Secretary (-2 FTE), and Chief Financial Officer (-8 FTE)</u> – a net decrease of 17 FTE due to the implementation of management improvements—some of which were identified through the competitive sourcing initiatives—and reallocations caused by both eliminated and new programs.