# Exhibit 7

## Baum, Gail

**From:** O'Connell, Paul
**Sent:** Wednesday, August 03, 2005 3:25 PM
**To:** Baum, Gail
**Subject:** FW: READ ME NOW--Stop Document Destruction

-----Original Message-----
**From:** O'Connell, Paul
**Sent:** Wednesday, August 03, 2005 3:06 PM
**To:** Deaver, Loerance; Pacinelli, Ralph; Bashin, Bryan; Nightingale, Noel; Cordova, Joe; Anthony, Edward; Sheehy, Jennifer
**Cc:** Allbritton, Slagle; Pepin, Andrew; O'Connell, Paul
**Subject:** READ ME NOW--Stop Document Destruction

Regional Commissioners: Until I can provide you further guidance/instructions, please stop all destruction of material as you prepare to close the regional offices. "Material" is defined in the broadest possible way to include emails, hard copy documents, recordings, other electronic material, etc. In short, this means everything. I repeat, nothing can be destroyed.

This requirement applies to you personally as well as every member of your staff in both of your regions and I'm asking that you send me an email response acknowledging that you understand the requirement, have informed your staff of this requirement, and that "materials" are no longer being destroyed.

Thanks. Paul

9/26/2005

# Baum, Gail

| | |
|---|---|
| **From:** | Baum, Gail |
| **Sent:** | Monday, August 08, 2005 6:11 PM |
| **To:** | Raaen, Marguerite; Clark, Michell; Adams, Carolyn; Trietsch, Vicki; Berger, Keith; Ryan, JoAnn; O'Connell, Paul; Pepin, Andrew; Skelly, Thomas; Link, Philip; Justesen, Troy; Sheehy, Jennifer; Anthony, Edward; Hager, John |
| **Subject:** | Preservation of Documents Concerning RSA |
| **Importance:** | High |

The Department has received EEO complaints and grievances concerning the closing of the Rehabilitation Services Administration's (RSA) regional offices, the reorganization that becomes effective on October 1, 2005, and the RSA reduction in force (RIF) effective September 30, 2005. "Once a party reasonably anticipates litigation, it must suspend its routine document retention/destruction policy and put in place a 'litigation hold' to ensure preservation of relevant documents." Zubulake v. UBS Warburg LLC, 220 F.R.D. 212, 216 (S.D.N.Y. 2003) (Zubulake). Failure to do so may subject the Department to sanctions for spoliation, which is "'the destruction or significant alteration of evidence, or the failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.'" Id. at 216, citing West v. Goodyear Tire & Rubber Co., 167 F. 3d 776, 779 (2d Cir. 1999). See also United States v. Philip Morris USA Inc., 327 F. Supp. 2d 21, 25 (2004)(Court sanctioned Defendant for email destruction by precluding it from calling as witnesses at trial any individual who failed to comply with its own internal document retention program; fining Defendant $2,750,000; and ordering it to reimburse the United States in the amount of $5,027.48). The EEOC also has document preservation requirements. See 29 C.F.R. 1602.14.

Accordingly, please make sure that you preserve all documents that relate to the operation of RSA, the closing of RSA's regional offices, the RSA reorganization, and the RIF. Documents include all writings (including drafts and identical and nonidentical copies), drawings, graphs, charts, photographs, phonorecords and other data compilations, documents or files maintained on computers (including emails), audiotapes and electronic recordings of any kind.

Please forward this message immediately to individuals in your components that may have the referenced materials.

Thanks for your assistance in this matter. Feel free to call me if you have any questions.

Gail Baum
Office of the General Counsel
202-401-6578

| **Tracking:** | Recipient | Read |
|---|---|---|
| | Raaen, Marguerite | |
| | Clark, Michell | Read: 8/8/2005 6:18 PM |
| | Adams, Carolyn | Read: 8/9/2005 8:07 AM |
| | Trietsch, Vicki | Read: 8/9/2005 9:03 AM |
| | Berger, Keith | Read: 8/9/2005 7:11 AM |
| | Ryan, JoAnn | Read: 8/8/2005 6:12 PM |
| | O'Connell, Paul | Read: 8/9/2005 5:20 AM |
| | Pepin, Andrew | |
| | Skelly, Thomas | Read: 8/8/2005 6:18 PM |
| | Link, Philip | Read: 8/9/2005 6:48 AM |
| | Justesen, Troy | Read: 8/8/2005 6:11 PM |
| | Sheehy, Jennifer | Read: 8/8/2005 6:16 PM |
| | Anthony, Edward | Read: 8/8/2005 6:19 PM |
| | Hager, John | Read: 8/8/2005 6:42 PM |
| | White, James R | Read: 8/9/2005 8:33 AM |
| | Berthiaume, David | Read: 8/8/2005 6:22 PM |
| | Baum, Gail | Read: 8/8/2005 6:11 PM |

| Recipient | Read |
|---|---|
| Friday, Kate | Read: 8/9/2005 9:13 AM |

# RECORDS MANAGEMENT
## OSERS/RSA Regional Offices -- Guidance Updates

### Guidance Updates

*NEW as of 7/7/05* --- Please *physically* separate your active records from your inactive records as follows:

- **Inactive** (principally discretionary grants) files should be divided into separate stacks by year of scheduled destruction. Please label these stacks as "Inactive/<year of destruction>"
- Administrative files (within this category separate by whether they are travel files, T&A files, or Miscellaneous)
- Formula grants (all active files within this category should be separated by program)
- Active Discretionary Grant files should be separated by CFDA number and program name.

*UPDATED as of 7/7/05* --- The following sections have been distributed earlier. Changes/updates are identified in ***bold italics***.

The following is an updated version of the original list of '*FILES TO RETAIN REGARDLESS OF RECORDS DISPOSITION SCHEDULE*'.

1. **Consumer Complaints** – KEEP (return to PAD) ALL "active" files - *limit to current/unresolved issues or those with long track history (up to 3 years).*

2. **Randolph-Sheppard** – KEEP (return to BVID) ALL correspondence, technical assistance, training, and monitoring reports. Do not ship published Federal Register documents (including arbitrations) and laws, State Licensing Agreements, and RSA-15 reports.

3. **Bi-regional Fiscal Conference** materials – DESTROY ALL

4. Formula Grants - **Reallotment** process correspondence – DESTROY ALL

5. **Establishment/Construction** grants – KEEP (return to PAD) ALL

6. **VR and IL State plan/State plan updates** – KEEP (return to PAD) approval letters *for the current round of state plan updates together with any correspondence related to unresolved state plan issues.*

7. Formula Grants – KEEP (return to PAD) any State files relating to *unresolved organizational issues or new ones that have been raised and not addressed (and all issues for Florida).*

8. Formula Grants – KEEP (return to PAD) any State files relating to *new or unresolved* match or MOE issues.

9. Formula Grants – KEEP (return to PAD) **S&I performance improvement plans** and related correspondence.

10. Formula Grants – KEEP (return to PAD) 107 Reports. *Working papers and backup documentation for 107 Reports should be kept ONLY for the 2003 and 2004-2005 monitoring cycles. Documentation for earlier monitoring cycles should*

*DRAFT – June 24, 2005*

# RECORDS MANAGEMENT
## OSERS/RSA Regional Offices -- Guidance Updates

*be DESTROYED. Documentation for the 2003 and 2004-2005 monitoring cycles should not include casefile record review items but should be limited to the the reports that require state agency response and follow-up corrective actions.*

11. Formula Grants – KEEP (return to PAD) ALL *open* Audits and *current* PDLs.

12. Formula Grants -- ***DESTROY* CAP and PAIR assurances** and related correspondence.

13. Travel Authorizations – DESTROY "Transit Subsidy Records."

14. Discretionary/Formula Grants (CIL, PWI, Long-term Training, and CAP) -- KEEP beyond the Records Disposition Schedule if grant still ACTIVE.

15. State agency policy manuals, Administrative Code etc. related to particular RSA report findings or correspondence on select issues (while these documents are held by the States, do we need to hold those versions that existed at the time of -- and apply to -- our report findings, directives, or correspondence) – **DESTROY**

16. **Regional (Identical) Memoranda** (RIM) – **DESTROY**

17. **E-mail correspondence** -- on a host of *significant* program issues -- to agencies, consumers, and others. Sort and categorize into discrete subject folders and store on H: Drive (see #20).

18. **Formula Grants Disposition Schedule** – regional offices do not hold any official "grant" files. Any grant-related records/files to be <u>kept</u> and returned to HQ are specifically noted in other items on this list.

19. **Braille** documents – in general, documents in Braille will be DESTROYED if an electronic or hard copy exists. If an electronic or hard copy does not exist AND the file or record falls into a category to be RETAINED, KEEP Braille copy (return to BVID).

20. **Electronic Files** – This information focuses specifically on electronic files - those on your hard drive or Outlook e-mails. Files and e-mails related to the work you are doing need to be identified, organized, categorized, and then stored in a secure location that can then be accessed by staff authorized to follow up on your assignments. Below are two links that will provide you detailed information on managing electronic files and records. In addition, the HELP Desk is always ready to assist you, particularly in transferring files to the H: Drive.

    H: Drive Best Practices
    http://connected.ed.gov/index.cfm?articleobjectid=490A7499-265D-4D26-7D54BA2F8A2F73D H:Drive Best Practices

    E-mail Best Practices
    http://connected.ed.gov/index.cfm?articleobjectid=96EEB481-A06D-40F8-B92312D5CCFC2819 email Best Practices

## Frequently Asked Questions

**QUESTION:** What should we do with American Indian records?

*DRAFT – June 24, 2005*

Case 1:05-cv-01855-RMC    Document 7-11    Filed 09/28/2005    Page 7 of 9

# RECORDS MANAGEMENT
## OSERS/RSA Regional Offices -- Guidance Updates

**ANSWER:** At the moment, hold onto them. Over the past several years, the National Archives and Records Administration (NARA) issued several directives to Federal agencies regarding the safeguarding of Indian fiduciary trust records. Primarily this relates to the Departments of Interior and Treasury; however, there is some question about the need to maintain Department of Education records. The Department is seeking more specific official clarification from NARA regarding the disposition of OSERS/RSA Regional Office records (as well as other ED records) on this matter. In the interim, we are being prudent. The NARA *"General Records Schedule"* (applicable to ALL federal agencies) specifically indicates that accounting files pertinent to American Indians must NOT be destroyed. Once we receive more specifically substantiated guidance from NARA, we can dispose of these materials appropriately.

**QUESTION:** There is some concern about "Records Management Consultants" access to confidential consumer information and client case records. Should these individuals be permitted to view these files?

**ANSWER:** To correctly determine record dispositions, Contract staff are required to review various records. In light of this, records management professionals working with federal records must obtain the required level of certification or clearance as a prerequisite to a particular task. The contractors working directly with records on this OSERS transition have all undergone a National Agency Check Investigation (NACI) and received the subsequent 'clearance' certification allowing them to access federal records.

This certification extends to all federal records work including the work that they are currently undertaking for the Department of Education. This protects the Department and our clients. To supplement this protection for the Department, OCIO/RIMS is now in the process of having each "Records Management" contractor involved with the OSERS/RSA activity, sign an additional "Non-Disclosure Form" specific to our tasks. This "Non-Disclosure Form" carries distinct penalties for violating federal rules and regulations regarding confidential or classified federal records (i.e., violation of 18 USC 641 [theft of Government property] and may be subject to fines up to $10,000 and imprisonment of up to ten years).

Additionally, contract staff are 'reviewing' file content only to the extent necessary to determine what type of records are in the file and what the correct disposition is (i.e., destroy in five years, archive permanently, etc.) The depth of record review required is typically in direct correlation to the thoroughness of file labeling. In other words if the files are adequately labeled, very little, if any content review is required for record identification.

**QUESTION:** Should the 'working papers' (background documentation) supporting 704 Reports be treated in the same way as the Report itself?

**ANSWER:** *No, backup documentations for 704 Reports should be destroyed.*

**QUESTION:** Since offices have lost procurement capability, how do the RSA's purchase required office supplies?

**ANSWER:** Please contact Slagle Allbritton directly if you need to purchase additional supplies.

**QUESTION:** Are office supplies to be shipped to headquarters?

*DRAFT – June 24, 2005*

# RECORDS MANAGEMENT
# OSERS/RSA Regional Offices -- Guidance Updates

**ANSWER:** Any remaining supplies in the regions will be offered by OM to other ED regional components. Supplies will not be shipped back to HQ.

---

**QUESTION:** How do regional offices determine what contracts are closed out in the GAPS system?

**ANSWER:** RSA regional offices do hot have any contracts, so there is nothing to close out.

---

**QUESTION:** Are regional offices going to receive copies of the GAPS reports to close out the files?

**ANSWER:** No. Each regional office should review reports in the GAPS system directly. If questions remain, please contact the appropriate RSA HQ program office.
Please call hotline if unfamiliar with the procedure for accessing the GAPS system.

---

**QUESTION:** How are Travel Records to be handled?

**ANSWER:** Destroy Transit Subsidy records.

---

**QUESTION:** Are my working papers to be kept?

**ANSWER:** *Working papers (backup documentation) supporting 704 Reports should be DESTROYED.*

*Working papers and backup documentation for 107 Reports should be kept ONLY for the 2003 and 2004-2005 monitoring cycles. Documentation for earlier monitoring cycles should be DESTROYED.*

---

**QUESTION:** Who will be using my files at ED HQ? Will contractors be managing these records once they are shipped to the headquarters?

**ANSWER:** RSA employees will be managing these files. Contractors will not be managing these files.

---

**QUESTION:** Why are these site visits being done?

**ANSWER:** The initial site visits were conducted to assess the number and types of records your office contains.

---

**QUESTION:** What is the proper disposition of Information Memorandum (1982 – 1990)? It appears to potentially be historical information.

**ANSWER:** *A list of IMs not in the HQ system will be provided to Region 10. IMs not on that list should be DESTROYED.*

---

**QUESTION:** What is the proper disposition of Subject and Correspondence files and of weekly reports?

**ANSWER:** Destroy.

---

**QUESTION:** What is the proper disposition of State Plan Program Review files? Part of State Plans and Program Files? Or part of grant program?

*DRAFT – June 24, 2005*

# RECORDS MANAGEMENT
## OSERS/RSA Regional Offices -- Guidance Updates

**ANSWER:** See revised guidance from RSA entitled "RSA Regional Office Record Management Project Files To Retain Regardless Of Records Disposition Schedule."

**QUESTION:** What is the proper disposition of Travel Documents and Hand Written vouchers?

**ANSWER:** <u>Original vouchers</u> within records retention period are to be sent to Headquarters. All other files are to be destroyed.

*DRAFT – June 24, 2005*