UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1855 (RMC) |
| | ) |
| **MARGARET SPELLINGS, Secretary,** | ) |
| **U.S. Department of Education** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S MOTION TO DISMISS**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves to dismiss the Complaint under Fed. R. Civ. P. Rule 12 (1) and (6). As more fully described in the accompanying Defendant's Combined Memorandum in Opposition to Plaintiffs' Applications for a Temporary Restraining Order/ Preliminary Injunction and in Support of Defendant's Motion to Dismiss, Plaintiffs claims are not actionable because they have not yet exhausted their administrative remedies.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney