UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1855 (RMC) |
| | ) |
| **MARGARET SPELLINGS, Secretary,** | ) |
| **U.S. Department of Education** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this \_\_\_ day of _____, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Oliver W. McDaniel
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. 10-450
555 Fourth Street, N.W.
Washington, D.C.  20530

George Chuzi
Heather G. White
June D.W. Kalijarvi (Plaintiff's Counsel of Record)
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, NW
Suite 610
Washington, D.C.  20036