UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Anderson, <u>et al.</u>, , )<br>)<br>Applicants, )<br>)<br>v. )<br>)<br>Margaret Spellings, Secretary, )<br>U.S. Department of Education, )<br>Respondent. )<br>_____) | C.A. No. 05-1855 (RMC) |

**NOTICE OF ENTRY OF APPEARANCE**

Please note the appearance of undersigned counsel on behalf of Plaintiffs/Applicants:

George M.Chuzi, Esq..
D.C. Bar No. 336503
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W.  Suite 610
Washington, D.C. 20036
Tel: (202) 331-9260
FAX: (202) 331-9261
e-mail: gchuzi@aol.com / gchuzi@kcnlaw.com

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　George M. Chuzi
　　　　　　　　　　　　　　　　　　　KALIJARVI, CHUZI & NEWMAN, P.C.
　　　　　　　　　　　　　　　　　　　1901 L Street, N.W. Suite 610
　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　Tel: (202) 331-9260
　　　　　　　　　　　　　　　　　　　FAX: (202) 331-9261

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs/Applicants