UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ANDERSON, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1855 (RMC) |
| | ) |
| MARGARET SPELLINGS, Secretary, | ) |
| U.S. Department of Education | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT AND STIPULATION OF DISMISSAL

Pursuant to the Order of October 4, 2005, Plaintiffs, Richard Anderson *et al.* and the Defendant U.S. Department of Education ["Department"], through counsel, timely file this status report. On September 30, 2005, the Department terminated nine of the plaintiffs under the noticed reduction in force [RIF]: Bryan Bashin, Keith Beichner, Joseph Cordova, Loerance Deaver, Martha Garber, John Nelson, Ralph Pacinelli, Bruce Rose and Jacquelyn Tellier. In addition, Marian Fuller and Joseph Farrell opted to retire from federal service effective September 30 in order to avoid being terminated under the RIF. Plaintiffs Beichner, Deaver, Nelson and Pacinelli subsequently took discontinued service retirement effective October 1, 2005.

The Plaintiffs who were separated by RIF report that they plan to appeal their terminations to the Merit Systems Protection Board, except for Ms. Tellier, who has elected to grieve the RIF under the collective bargaining agreement between the American Federation of Government Employees and the Department. Plaintiffs report that the remaining plaintiffs will continue to pursue their EEO complaints, which are now pending in the agency's administrative process.

Under 29 C.F.R. §1614.310(c)-(i), the Plaintiffs are barred from pursuing their claims in federal court (except for their application for equitable relief) until they have exhausted the available remedies. Therefore, the parties stipulate to the dismissal of the instant complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), without prejudice to the plaintiffs' future standing to seek resolution of their claims in federal court.

Respectfully submitted,

| | |
|---|---|
| JUNE D. W. KALIJARVI (D.C. Bar No. 183863) GEORGE M. CHUZI (D.C. Bar No. 336503) KALIJARVI, CHUZI & NEWMAN, P.C. 1901 L Street, N.W. Suite 610 Washington, D.C. 20036 Tel: (202) 331-9260 Fax: (202) 331-9261 | KENNETH L. WAINSTEIN, D.C. Bar # 451058 United States Attorney |
| | R. CRAIG LAWRENCE, D.C. BAR # 171538 Assistant United States Attorney |
| Counsel for the Plaintiffs | OLIVER W. McDANIEL, D.C. Bar #377-360 Assistant United States Attorney Civil Division 555 Fourth Street, N.W. Washington, D.C. 20530 (202) 616-0739 |
| | Counsel for the Defendant |

October 7, 2005