UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Anderson, )
Bryan Bashin, et al., )
 )
Plaintiffs )
 ) C.A. No. 1:05cv01855 (RMC)
v. )
 )
Margaret Spellings, Secretary, )
U.S. Department of Education, )
Defendant. )

**ORDER**

Having considered the Plaintiffs' Motion for Leave to File Amended Complaint and the accompanying memorandum of facts and authorities, and finding good cause shown therefor, the Motion is GRANTED. Plaintiffs shall file their Amended Complaint within __ days of this Order.

So ORDERED this ____ Day of _____, 2006.

_____
U.S. District Court Judge Rosemary M. Collyer