UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1855 (RMC) |
| | ) |
| **MARGARET SPELLINGS, Secretary,** | ) |
| **U.S. Department of Education** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

The United States Department of Education ("the Department" or Defendant), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a thirty (30) day extension of time until December 18, 2006, within which to answer, move, or otherwise plead to plaintiff's Complaint in the aforementioned action. The Defendant's pleading is currently due on November 16, 2006. Plaintiffs, through counsel, consents to the filing of this motion.

Twenty-four plaintiffs filed this action pursuant to the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 700, *et seq*,. and the Age Discrimination in Employment Act (ADEA) of 1973, as amended, 29 U.S.C. § 633a, *et seq*. Granting this motion will not require the rescheduling of any other dates. Plaintiffs are alleging that the Department of Education has discriminated against them on varied claims based upon age and disability. A temporary restraining order was filed in a previous action to which another Assistant United States Attorney responded. The undersigned was recently assigned primary responsibility in this action and as

such is requesting the additional time to further investigate, review all of the facts, and to obtain information surrounding the allegations in the complaint. The undersigned counsel has made this request based upon the best estimate available for the production of this information. This request is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334